```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HC2, Inc.,

                    Plaintiff,

     -v-

ANDREW DELANEY,

                    Defendant.
------------------------------------------------------------------X

20-cv-3178 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      Defendant shall have until 9:00 a.m. on Wednesday, April 29 to submit a written opposition to Plaintiff's Motion for a Temporary Restraining Order.  Recognizing the expedited nature of the briefing schedule, both parties will be given ample time at oral argument to describe the relevant facts and their legal argument, and the Court will duly consider requests for supplemental briefing as appropriate.  A copy of this order will be sent to the Parties by email.

      SO ORDERED.

Dated: April 28, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                         United States District Judge