```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HC2, Inc.,                                                             :
                                                                       :
                         Plaintiff,                                    :
                                                                       :           20-cv-3178 (LJL)
            -v-                                                        :
                                                                       :           ORDER
ANDREW DELANEY,                                                        :
                                                                       :
                         Defendant.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/7/2020

LEWIS J. LIMAN, United States District Judge:

It is HEREBY ORDERED that:

1. No later than 5:00 p.m. on May 22, 2020, the Parties shall file on ECF submissions supporting and opposing Plaintiff's motion for a preliminary injunction to include (a) all evidence that such Party intends to rely on to support or oppose (as the case may be) the motion for a preliminary injunction; (b) memoranda in support and in opposition to the motion for a preliminary injunction; and (c) proposed findings of fact and conclusions of law.

2. By agreement of the Parties, the Court will receive testimony in support of and in opposition to the motion for a preliminary injunction in the form of declarations (or affidavits) of the witnesses submitted by the proponent of the witness containing the direct testimony of such witness and deposition testimony to be taken prior to the hearing containing any cross-examination or re-direct examination.

3. The Court will hold a hearing on the motion for a preliminary injunction limited to oral argument on Tuesday, May 26, 2020, at 1:00 p.m. by TELEPHONE CONFERENCE. Parties are directed to call the Court's conference line at 888-251-2909 and dial access code 2123101.

4. The Parties are directed to the Court's Individual Practices with respect to the submission of confidential material under seal. Without need to make a further application to the Court, either party may submit a letter brief not to exceed three singled-spaced pages with respect to the filing of confidential material on or before the May 22, 2020 submission date, recognizing that if the letter brief is submitted too close to the May 22, 2020 date for the Court to give it proper attention, the brief will not be ruled upon and the parties will be required to follow the procedures set forth in the Court's individual practices.

SO ORDERED.

Dated: May 7, 2020
New York, New York

_____
LEWIS J. LIMAN
United States District Judge