# EXHIBIT L

| | |
|---|---|
| **From:** | Andrew Delaney <jdelaneyandrew@gmail.com> |
| **Sent:** | Thursday, September 19, 2019 3:20 PM |
| **To:** | John Inderman <jinderman@hirecounsel.com> |
| **Subject:** | Re: Thai start date? |

Why don't they extend the hours beyond 40?  I will work more than 40 hrs. per week.

On Thu, Sep 19, 2019 at 2:21 PM John Inderman <jinderman@hirecounsel.com> wrote:

> Yeah that was my reaction to their request, as well. I was amazed we got four.  Good for you though!
>
> **John A. Inderman, Esq.**
> *Associate Director*
>
> 
>
> 646.356.0550 **Main**
> 646.356.0548 **Direct**
>
> *Confidentiality Notice:*  This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited.  If you have received this e-mail transmission in error, please reply to the sender, so that Hire Counsel/Mestel & Company can arrange for proper delivery and then please delete the message from your inbox.  Thank you.
>
> **From:** Andrew Delaney <jdelaneyandrew@gmail.com>
> **Sent:** Thursday, September 19, 2019 2:20 PM
> **To:** John Inderman <jinderman@hirecounsel.com>
> **Subject:** Re: Thai start date?
>
> ok thank you.  15?  Where did they expect to get them from?  I only know of 4 reviewers so probably you have them all.
>
> On the last Hire Thai project, the client (███████) tried hiring 20 people worldwide & it was a disaster (only New York was Hire).  In the end, I was the only reviewer retained.
>
> On Thu, Sep 19, 2019 at 2:15 PM John Inderman <jinderman@hirecounsel.com> wrote:
>
>> Hi Andy,
>>
>> That's the latest report from Wilmer. However, I just reached out to them again to get a confirmation. I'll let you know as soon as I know. By the way, the duration on this project is likely going to be a lot longer now. They made the estimate of 2 to 3 months based on 15 attorneys working 40 hours a week. We have 4 total.

Best,

John


**John A. Inderman, Esq.**
*Associate Director*



646.356.0550 **Main**
646.356.0548 **Direct**

*Confidentiality Notice:* This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Hire Counsel/Mestel & Company can arrange for proper delivery and then please delete the message from your inbox. Thank you.


**From:** Andrew Delaney <jdelaneyandrew@gmail.com>
**Sent:** Thursday, September 19, 2019 1:59 PM
**To:** John Inderman <jinderman@hirecounsel.com>
**Subject:** Thai start date?


Hi John: Is the Thai project still expected to start Monday? Thank you, Andy