**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
HC2, INC.,
                                       Civil Action No.: 1:20-cv-3178 (LJL)

      Plaintiff,

          -v-

ANDREW DELANEY,

      Defendant.

---------------------------------------------------------- X

## **NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order, dated May 7, 2020 (ECF. No. 25), upon the annexed Declaration of Robert R. Rossi, dated May 22, 2020, with the exhibits annexed thereto, and upon all papers and proceedings had herein; and upon the accompanying Memorandum of Law, dated May 22, 2020, Plaintiff HC2, Inc. ("HC2") will move this Court via telephonic oral conference, on May 26, 2020 at 1:00 p.m., for an order, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendant Andrew Delaney, from using or disclosing confidential and privileged information that he obtained during his employment with HC2, and continuing all injunctive relief set forth in this Court's Temporary Restraining Order, dated April 29, 2020 (ECF. No. 14).

Dated: New York, New York  　　　　　　Respectfully submitted,
　　　　　May 22, 2020

　　　　　　　　　　　　　　　　　　　KASOWITZ BENSON TORRES LLP

　　　　　　　　　　　　　　　　　　　By:　*/s/ Ronald R. Rossi*
　　　　　　　　　　　　　　　　　　　　　Marc E. Kasowitz
　　　　　　　　　　　　　　　　　　　　　Ronald R. Rossi
　　　　　　　　　　　　　　　　　　　　　Kalitamara L. Moody

　　　　　　　　　　　　　　　　　　　　　1633 Broadway
　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 506-1700
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 506-1800

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff HC2, Inc.*