**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



ANDREW DELANEY

Jobs
Fulbright Specialist Faculty 2018-2021
Contract Attorney, ADP, Inc. (Tax Master, Inc.); Bloomberg L.P.; Citibank, N.A.; Cleary, Gottlieb, Steen & Hamilton LLP; Diageo Plc; General Motors, Inc.; HP Enterprises, Inc.; Johnson & Johnson, Inc.; JP Morgan Chase Bank, N.A.; Kroll Inc.; Linklaters LLP; Munger, Tolles & Olsen LLP; Nixon Peabody LLP; Pfizer, Inc.; S&P Global, Inc.; Sequa Corporation; Skadden, Arps, Slate, Meagher & Flom LLP; Sullivan & Cromwell LLP; The Goldman Sachs Group, Inc.; TransPerfect; and Wachtell, Lipton, Rosen & Katz LLP, Los Angeles and New York, 2007-2019
Private Practice 1994-2006
Fulbright Scholar, Bangkok, 1992-1993
Associate, Skadden, Arps, Slate, Meagher & Flom LLP, Hong Kong, 1990-1992
Luce Scholar Reporter, The Press Foundation of Asia, Manila, 1984-1985
Law Clerk, Paul, Weiss, Rifkind, Wharton & Garrison LLP, New York, 1983-1984

Education
Certificate, Inter-University Program for Chinese Language Studies (IUP) in Taipei, 1989, and at Tsinghua University, Beijing, 2017
Certificate (Advanced Khmer), Institute of Foreign Languages, Royal University of Phnom Penh, 2016
Committee on Legal Education Exchange with China 1990
J.D., Harvard University, 1988 (A+ on third year paper from Prof. Dershowitz; Senior Editor, "The Harvard Journal of Law & Public Policy")
B.A. (summa cum laude, Phi Beta Kappa), Amherst College, 1984
Regents Scholarship from New York State; Accepted to Brooklyn Technical High School
St. Gabriel's School, Bronx, New York, 1976

Other
Admitted to practice law in New York (Bar 1989), Arizona (Bar 2005), England and Wales (solicitor 2007), and Ireland (solicitor 2018)
Notary Public
Judge, NYU Law School Immigration Law Moot Court Competition, 2012
Speaker, "Invest Myanmar 2012", Solomon Wise, Kuala Lumpur (quoted in "The Bangkok Post" "Thai 'backdoor listings' for Myanmar companies proposed")
Author of "Bloomberg Banking Law & Technology" (ATM's, Electronic Signatures, Expedited Check Clearing, and Internet Banking) 2006
Author of Bloomberg news story on the Department of the Treasury Report of the Joint Report "U.S. Money Laundering Threat Assessment" 2006
Author of Thailand chapter of book "Product Liability in the Asia-Pacific" (Jocelyn Kellam ed.)
Board of Editors, "Bot Bandit" (Journal of the Law Society of Thailand)
Knowledge of Access Data, Applied Discovery, Attenex, Axcelerate (Recommind), Bloomberg, Cataphora, Citrix, Clearwell, Concordance, DocHunter, DocMatrix, Excel, iConect, IPRO, Lexis-Nexis, Kroll Ontrack, Lotus 123, Lotus Notes, Microsoft Word, PowerPoint, QuickBooks, Relativity, Ringtail, Westlaw, and Xerox
High school voted "most organized"
Fluent in Bahasa Indonesia/Malay, Khmer, and Thai; proficient in Burmese and Chinese