**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 4

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

**From:** Andrew Delaney <jdelaneyandrew@gmail.com>
**Sent:** Friday, March 27, 2020 10:47 AM
**To:** ▉▉▉▉▉▉▉▉▉▉@wilmerhale.com>; ▉▉▉▉▉▉▉▉▉▉@wilmerhale.com>
**Subject:** Fwd: No pay for last week

EXTERNAL SENDER

---------- Forwarded message ---------
From: **Andrew Delaney** <jdelaneyandrew@gmail.com>
Date: Fri, Mar 27, 2020 at 10:40 AM
Subject: No pay for last week
To: <jdavison@hirecounsel.com>, <jdavison@mestel.com>

I was terminated on March 17, 2020 & did not receive any direct deposit today.
Andrew Delaney

1