**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 5

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

**From:** Andrew Delaney <jdelaneyandrew@gmail.com>
**Sent:** Friday, March 27, 2020 11:19 AM
**To:** ███████████████@wilmerhale.com>; ███████████████████@wilmerhale.com>
**Subject:** emails & calls from your agents

EXTERNAL SENDER

I have previously emailed you about my illegal termination & other claims against Wilmer Hale & ████. Your agent Hire Counsel continues to send me emails after I was illegally terminated on March 17, 2020 in retaliation for my coronavirus whistleblower complaint. Despite the NY Governor's order you & your agent are still emailing ex-employees saying that remote work is not possible & sending uninvited communications.