**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 6

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

**From:** Heyison, Michael
**Sent:** Friday, March 27, 2020 3:51 PM
**To:** 'jdelaneyandrew@gmail.com' <jdelaneyandrew@gmail.com>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @wilmerhale.com>
**Subject:** Your Emails to WilmerHale and ▮▮▮▮

Dear Mr. Delaney,

I am WilmerHale's co-General Counsel and am writing to you about the emails dated March 17 and March 27, 2020, that you sent to ▮▮▮▮▮▮▮▮▮▮, a ▮▮▮▮▮ attorney, the emails dated March 17 and 18, 2020, that you sent to my firm's co-Managing Partners, members of its Management Committee, and lawyers working on the ▮▮▮▮ matter (the "Matter"), and the emails that you sent earlier today to WilmerHale's co-Managing Partners. I am informed that you are a lawyer retained as an employee of Hire Counsel and were engaged in an attorney-client privileged confidential review of materials for WilmerHale and its client ▮▮▮▮. I gather from your correspondence that you believe your position with Hire Counsel was terminated because you expressed concern that the working conditions in Hire Counsel's New York office in connection with the COVID-19 outbreak were not acceptable. You are incorrect that Hire Counsel is the agent of WilmerHale or ▮▮▮▮, and neither WilmerHale nor its client seek involvement in any dispute that you may have with Hire Counsel.

Because you chose to write directly to WilmerHale's client ▮▮▮▮ without advance notice to its counsel, I must remind you of your ethical obligations concerning represented persons. Any further communications with ▮▮▮▮ concerning these matters should be directed to ▮▮▮▮▮▮▮▮ at WilmerHale. I represent WilmerHale, and please direct any further communications to the firm or its partners and employees to me. Also, it appears that you may have obtained Mr. ▮▮▮'s name and contact information from materials you reviewed in connection with a review of documents in this Matter, in which case we have concerns about your potential improper use of ▮▮▮▮ confidential information. Therefore, I am also writing to remind you of your legal and ethical obligations as an attorney concerning privileged and confidential information belonging to ▮▮▮▮ and/or its counsel WilmerHale.

We have been informed that Hire Counsel has contacted you in an effort to address your concerns. We would encourage you to engage with Hire Counsel, the company that hired you for the assignment.

Best regards,

**Michael R. Heyison | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6910 (t)
+1 617 526 5000 (f)
michael.heyison@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.