**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 7

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

**From:** Andrew Delaney <jdelaneyandrew@gmail.com>
**Sent:** Friday, March 27, 2020 4:32 PM
**To:** ▮▮▮▮▮@wilmerhale.com>; ▮▮▮▮▮@wilmerhale.com>
**Subject:** Cease & desist threats

> EXTERNAL SENDER

Rather than answering my complaints against you, including my original email to you firm on March 17, 2020, you & your agent Hire Counsel have been sending threatening emails to me.  Let me remind your law firm that you & ▮▮▮ violated your agreement with me & acted unethically by disclosing my involvement in this case to the lawyers on the other side which has caused me great personal & financial risk which I intend to hold all of you strictly liable for.  Please do not write me further.  Your firm & the others acted unlawfully in terminating me in the first place & your continuing threats & illegal acts will be added to my existing damages.

1