**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 8

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

**From:** ███████
**Sent:** Tuesday, April 14, 2020 5:32 PM
**To:** ███████████████████████ @gmail.com>
**Cc:** ████████████████ @wilmerhale.com>
**Subject:** Responding to Your Correspondence

Dear Mr. ████,

We are in receipt of a letter you sent by email on April 13 addressed to ████████ of ██████████████ and its ████████████, which also was sent to other ████ executives. Your letter seeks a response within 7 days of the letter (which is dated April 7, but we assume you mean 7 days from the date it was emailed, on April 13). However, we understand that Hire Counsel reached out to you to try to resolve this matter last Friday (April 10th), after you drafted your letter to our client, and has not heard a response. That being said, we believe it would be prudent to have a discussion with you. Please let us know if you are available for a call later today.

In addition, we are also very concerned about your transmission of communications directly to our client. As you and your client, Mr. Delaney, have been advised previously, you are not permitted to contact ████ personnel directly in connection with this matter. In addition, as we have mentioned to you and Mr. Delaney, we have serious concerns about Mr. Delaney's misuse and disclosure of confidential information obtained while he was acting as a lawyer in connection with a privileged review relating to ████. Those concerns have been confirmed after seeing your letter to ████████, which distorts and misrepresents certain information obtained by Mr. Delaney during the course of his review. In light of Mr. Delaney's ethical obligations as a member of the bar, and his contractual non-disclosure obligations, he is not permitted to disclose information obtained during the course of the review to anyone, including you.

We will await to hear your response.

█

███████████ | WilmerHale

Please consider the environment before printing this email.

1

**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.