# EXHIBIT B

## CONTRACT EMPLOYEE CONDUCT RULES

Hire Counsel's Contract Employee Conduct Rules are in place to facilitate productivity for our clients and positive work conditions for both our clients and employees. Listed below are examples of expected conduct to ensure your best performance and examples of inappropriate conduct. These lists do not limit Hire Counsel's ability to impose disciplinary action or to terminate a contract employee.

We hope your experience will be challenging and enjoyable and we wish you every success.

Examples of Expected Conduct

1. Maintenance of confidential or proprietary information concerning Hire Counsel or its clients is of the utmost importance. Therefore discussions about your legal assignment should be kept strictly to the work place and had only with appropriate personnel and concerns regarding your employment voiced directly with your Hire Counsel recruiter.
2. Prompt and regular attendance should be accompanied by notification to Hire Counsel and your work supervisor of lateness or anticipated absence.
3. Professional behavior at all times.
4. Breaks should be taken at designated times and places. Napping or sleeping in work place or break out rooms is not permitted.
5. Comply with requests of your supervisors regarding work performance and professional conduct.
6. Full dedication to your project while you are on work premises to ensure strong performance in quantity and quality of work product.
7. Notify your client supervisor when you have completed an assignment or project or when you have downtime.
8. Maintain accurate and precise timekeeping records. Meals and breaks do not qualify as billable hours. Record your time worked on a daily basis and you must complete your timesheet for the week by the following Monday at 10 a.m. in order for the client to give payroll approval in a timely fashion.
9. Appropriate dress is expected, whether business or casual and shoes should be worn at all times.
10. Personal calls should be kept to a minimum and company phones should not be used for personal business.
11. In response to client sensitivity toward cell phone usage, we kindly ask that you keep cell phone use to a minimum. Have ringers silenced while at the work site. Cell phones should only be used during times that are not being billed to the client. Please avoid talking calls in the hallways, as that can prove disruptive to those in nearby offices. Your cell phone should remain your point of contact for people trying to reach you while on this project. Please do not give out the telephone number at the work site as a way to reach you.
12. Contract employees should use Hire Counsel or the client's computers, email and internet only for business purposes. Personal use of Hire Counsel or the client's computers is strictly forbidden.
13. Hire Counsel is committed to creating and supporting a positive and productive work environment and this is the goal shared by our clients. As space is always at a premium, we ask that you respect the workspace provided at the work place location, and keep personal items to a minimum.
14. If provided with a swipe card or access key for your project, this item is to be used by you exclusively and not shared with or copied for another person. At the end of your

Revised 6/26/2013

assignment, you will need to return the item to the designated client supervisor or Hire Counsel representative.
15. If the client discusses permanent employment with you directly, you need to immediately call Hire Counsel.
16. Compliance with client's policies, and Hire Counsel's policies as described in the Hire Counsel Employee Handbook.

Examples of Inappropriate Conduct

1. Discussion of legal work, your work experience or Hire Counsel's client outside of the work place or with people other than designated supervisors or Hire Counsel employees. This includes postings on social networks, career sites, etc. either with your name or as an anonymous source.
2. Theft of any kind, Dishonesty or Profanity.
3. Antagonistic or violent behavior towards a client or another contract employee, including yelling, verbal assault, physical attack or starting a fight.
4. Use, possession, or sale of illegal drugs or weapons; the consumption of alcohol and the abuse of other illegal substances during the conduct of business or on client or Hire Counsel's job sites.
5. Any illegal activity during the conduct of business or on client or Hire Counsel's job sites.
6. Usage of client or Hire Counsel communications, such as email or internet, for non-work related matters.
7. Introduction of any personal equipment into the Hire Counsel or client workplace, including but not limited to personal laptops, netbooks and tablets, etc.
8. Impersonating another employee or client in verbal, written or electronic communications.
9. Falsification of any employment application details.

Remember
- You are an employee of Hire Counsel, not an employee of our client. On all future employment documentation you need to represent Hire Counsel as your employer, not Hire Counsel's client. This includes on resumes, social networking sites, interviews, publications or other outlets. The terms "Contract Attorney" or "Contract Paralegal" are common place and generally understood to describe the nature of employment.
- Any personal files created on equipment provided at the worksite are the sole and exclusive property of our client and/or Hire Counsel and is not deemed to be your personal property. Any claims or demands to such property are hereby waived.
- All work is to be performed on the equipment provided by Hire Counsel or the client only. You may not perform any work on your personal equipment.
- When you conclude an assignment, you should not contact our client or anyone else that may be continuing on the assignment. Contacting anyone from the client or anyone still on assignment is against our company policy. If you have left any personal belongings behind, please let your recruiter know and we will collect your belongings. You should also immediately return any keys, swipe cards or ID that was issued to you for this assignment.

Revised 6/26/2013

- All personnel and administrative questions regarding your employment, i.e. time off request, compensation, parking, changes to your assignment, assignment endings, etc. are to be directed to Hire Counsel, not the client.  We are dedicated to handling your requests in a timely fashion.
- If you feel you are a victim of harassment by any Hire Counsel or client employee, you should bring this the immediate attention of Hire Counsel management.
- In order for Hire Counsel to properly process final pay and to assist you with new placements, it is imperative that you immediately notify Hire Counsel when an assignment ends.
- Employment with Hire Counsel is "at-will".  This means that you are free to terminate your employment at any time, with or without reason, and Hire Counsel has the right to terminate your employment at any time, with or without reason.  Although Hire Counsel may choose to terminate employment for cause, cause is not required to terminate the employment relationship.
- Hire Counsel requests that you receive written acknowledgment from Hire Counsel if you have concurrent employment of a legal or non-legal nature.  Many of Hire Counsel's clients have policies related to concurrent employment and it is critical to both your professional reputation and Hire Counsel's relationship with its clients that concurrent employment be addressed upfront and in writing.

The Hire Counsel Employee Handbook contains further information on these topics and was developed to outline more completely our policies, programs and benefits available to eligible employees.  You should familiarize yourself with the contents of the Handbook as soon as possible, for it will answer many other questions about employment with Hire Counsel.

Digitally signed by Andrew Delaney
Location: andysg@hush.com
12/28/2016 12:21:53 PM -05:00

_____          12/28/2016
Contract Employee Signature          Date

**Andrew Delaney**
Contract Employee Print Name

Revised 6/26/2013