**EXHIBIT D**

**Employment Policies**

**Please review the full Hire Counsel Employee Handbook for Contract Professionals and Contract Employee Conduct Rules provided. Below are some of Hire Counsel's employment policies. You will be asked to acknowledge these policies prior to completing the New Pre-Hire Registration.**

- **EEO Statement:** Hire Counsel provides equal employment opportunities to all employees and applicants for employment without regard to race, color, creed, religion, sex, national origin, age, citizenship, disability, veteran status or any other protected status. This policy governs all areas of employment at Hire Counsel, including recruiting, hiring, training, assignments, promotions, compensation, benefits, discipline and terminations.

- **Confidentiality Agreement:** In the event I am hired by Hire Counsel, except as authorized by any client to which I am assigned, I will not disclose, use or take directly or indirectly, either during or after my assignment, any property of the client or confidential or proprietary information concerning the client and/or its business. I also agree to deliver promptly to the client (on request or on the date of termination of my assignment) all documents, copies thereof, and other materials relating to any confidential or proprietary information which are the property of the client.

- **Employment Contract and Conditions of Employment Statement**: I understand that employment by Hire Counsel is not guaranteed.  Employment is at-will, meaning that either I or Hire Counsel can terminate the employment relationship at any time for any lawful reason with or without notice. I acknowledge that any false, incomplete or misleading information I provide on this application form, in a resume or in a pre-employment interview will be grounds to deny my application or, if discovered later, including during employment, for immediate dismissal from employment. I agree to and will submit an accurate and authorized time sheet for all hours worked on assignments and will notify Hire Counsel upon completion of each assignment.

- **Contract Employee Conduct Rules and Handbook:**  Hire Counsel's Contract Employee Conduct Rules are in place to facilitate productivity for our clients and positive work conditions for both our clients and employees.  The Hire Counsel Employee Handbook contains further information on these topics and was developed to outline more completely our policies, programs and benefits available to eligible employees.

    If I am selected for assignment by Hire Counsel, I agree to immediately familiarize myself to the contents of the Handbook and to adhere to both the Handbook and the Employee Conduct Rules which will be made available to me during the onboarding process.

- **I acknowledge that I have read and understand the above employment policies and have read the entire Employee Handbook and will fully adhere to these policies.**

    [✓]  I agree

**CERTIFICATION STATEMENT**

☑ I certify all the information provided in this application to be true and accurate and I accept the terms and conditions of the materials presented to me in this New Pre-Hire Registration.

- I agree

Digitally signed by Andrew Delaney
Location: andysg@hush.com
12/28/2016 12:22:15 PM -05:00                              12/28/2016
_____                    _____
**Contract Employee Signature**                              **Date**


Andrew Delaney
_____
**Contract Employee Print Name**

CONFIDENTIAL                                                                                         HC2-00000002