**EXHIBIT F**

| | |
|---|---|
| From: | John Inderman <jinderman@hirecounsel.com> |
| Sent: | Wednesday, September 11, 2019 5:54 PM |
| To: | ANDREW DELANEY <jdelaneyandrew@gmail.com> |
| Subject: | Hire Counsel Thai Document Review Project in New York or DC 09182019 |

Hi,

Hire Counsel is currently seeking Thai Fluent Attorney candidates for a document review project starting 9/18/2019. The project should run for about 2 months (though potentially longer).

Please make sure to read and follow the instructions carefully to ensure your resume is considered for this opportunity.

Qualifications

- Fluency in Thai (Must be ALTA tested)
- Bar membership: Any U.S. state
- JD or LLM: Required
- Experience in the practice of law or document review preferred
- Authorization to work in the U.S. without sponsorship

Project Details

- Start date: 9/18/2019
- Schedule: 40 hours a week for at least 2 months
- Pay Rate: 80/hr
- Location: New York, NY and Washington, DC – must work onsite

If you are interested in applying for this project please see the instructions below, **answer all questions and attach your current resume in WORD FORMAT**. All experience relevant to this job should be listed on your resume.

1. Name-
2. Best phone number to reach you-
3. Do you have a previous document review experience?
4. Can you start a project on 9.18.2019?
5. Will you need any time off during the next 2 months?
6. If so, what dates?
7. Have you take a Thai fluency test with ALTA?
8.. Where are you barred? You must be active and in good standing to qualify for this job.
9. Have you recently been submitted for another temporary or permanent job for which you waiting to get feedback on?
10. Concurrent legal employment may not be permitted on this job. Do you have another legal job?

Refer a friend and receive a bonus. For more information go to http://www.hirecounsel.com/referral-program/

**HOW DO I APPLY FOR THIS JOB?**
Simply reply to this email making sure to do the follow:
Do not change the subject line. (Our system uses the subject line to route your email to the appropriate recruiter)

Attach your current resume even if you think we already have a copy. Make sure your resume reflects the job

CONFIDENTIAL                                                                                                                     HC2-00000076

requirements.

**WHY AM I RECEIVING THIS EMAIL?**
You are receiving this email because you are listed in our database as interested in temporary opportunities.

**Best,**

**John A. Inderman, Esq.**
*Associate Director*
**Hire Counsel**
360 Lexington Avenue, Suite 1100
New York, NY 10017
646.356.0500 **Main**
jinderman@hirecounsel.com
https://www.linkedin.com/in/john-a-inderman-074209a
Hire Counsel | LinkedIn | Twitter | Facebook

*Confidentiality Notice:*  This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited.  If you have received this e-mail transmission in error, please reply to the sender, so that Hire Counsel/Mestel & Company can arrange for proper delivery and then please delete the message from your inbox.  Thank you.