# EXHIBIT J

| | |
|---|---|
| **From:** | Garcia, Joanna <Joanna.Garcia@wilmerhale.com> |
| **Sent:** | Friday, September 13, 2019 9:35 AM |
| **To:** | Brian Hartstein <bhartstein@hirecounsel.com>; jinderman@hirecounsel.com; Croumer, Nathan <Nathan.Croumer@wilmerhale.com> |
| **Cc:** | Bernadette Savage <bsavage@hirecounsel.com>; LA Recruiter <larecruiter@hirecounsel.com> |
| **Subject:** | RE: Candidates for Thai review |

Good morning,

The case team would like to onboard all of the below 3 contract attorneys to this review. However, they request an updated conflicts form for Nisanat Rolling.

Nisanat indicates no previous experience with WilmerHale in the conflicts form, but contradictorily then lists WilmerHale as a client on her resume. It is my understanding Nisanat did a Thai review for a different WilmerHale matter, not related to this litigation.

Please let me know if you can obtain an updated conflicts form from Nisanat.

If you have any questions, please do not hesitate to contact me.

Thanks!

**Joanna L. Garcia | WilmerHale**
Discovery Attorney Manager
3139 Research Boulevard
Dayton, OH 45420 USA
+1 937 395 2669 (t)
+1 937 395 2200 (f)
joanna.garcia@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com [wilmerhale.com].

**From:** Brian Hartstein <bhartstein@hirecounsel.com>
**Sent:** Thursday, September 12, 2019 5:17 PM
**To:** Garcia, Joanna <Joanna.Garcia@wilmerhale.com>; jinderman@hirecounsel.com; Croumer, Nathan <Nathan.Croumer@wilmerhale.com>
**Cc:** Bernadette Savage <bsavage@hirecounsel.com>; LA Recruiter <larecruiter@hirecounsel.com>
**Subject:** RE: Candidates for Thai review

**EXTERNAL SENDER**

HI Joanna, just correcting Bernie's email…it's the LA Recruiter one.  Thanks.

Best,

Brian Hartstein



213.258.4634 **Direct**
917.902.2954 **Cell**

*Want to learn more about the importance of Human Capital in Legal Staffing? Click this link:*
CLOC CONFERENCE 2018 [youtube.com]

*The readers of **The Recorder** (San Fran/Bay Area's legal newspaper) ranks **HIRE COUNSEL** among the **Best Staffing Providers for Legal / Litigation Staffing in 2018!***

*Confidentiality Notice:*  This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited.

**From:** Garcia, Joanna <Joanna.Garcia@wilmerhale.com>
**Sent:** Thursday, September 12, 2019 2:12 PM
**To:** John Inderman <jinderman@hirecounsel.com>; Nathan Croumer <Nathan.Croumer@wilmerhale.com>
**Cc:** Brian Hartstein <bhartstein@hirecounsel.com>; Bernadette Savage <bsavage@hirecounsel.com>
**Subject:** RE: Candidates for Thai review

Thanks so much!

Please do continue to forward candidates as you identify them.

**Joanna L. Garcia | WilmerHale**
Discovery Attorney Manager
3139 Research Boulevard
Dayton, OH 45420 USA
+1 937 395 2669 (t)
+1 937 395 2200 (f)
joanna.garcia@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com [wilmerhale.com].

**From:** John Inderman <jinderman@hirecounsel.com>
**Sent:** Thursday, September 12, 2019 3:45 PM
**To:** Garcia, Joanna <Joanna.Garcia@wilmerhale.com>; Croumer, Nathan <Nathan.Croumer@wilmerhale.com>
**Cc:** Brian Hartstein <bhartstein@hirecounsel.com>; Bernadette Savage <bsavage@hirecounsel.com>
**Subject:** Candidates for Thai review

**EXTERNAL SENDER**

Hi Joanna,

I have attached the resumes and completed conflict forms of 3 Thai fluent candidates for the Toyota review starting next week. All three of these candidates are NY barred attorneys and will be working in the Hire Counsel NYC office. All three have previously worked on Thai language assignments with Hire Counsel before. I have included their names below.

1. Andrew Delaney
2. Nisanat Rolling
3. Chantima Chokloikaew

I have cc'ed my colleague from our Los Angeles office, Bernie Savage, to this email. We are both currently working on sourcing additional candidates and will send you new resumes as soon as we are able. If you have any questions, please do not hesitate to ask!

Best,
John

**John A. Inderman, Esq.**
*Associate Director*



360 Lexington Avenue, Suite 1100
New York, NY 10017
**646.356.0548 Direct**
jinderman@hirecounsel.com
https://www.linkedin.com/in/john-a-inderman-074209a [linkedin.com]

 
[staffingindustry.com]    [law.com]

Additional Industry Awards 2018
- *Best Legal Staffing Provider – USA* | CV Magazine
- *Best Staffing Providers for Legal/Litigation Staffing* | The Recorder
- *Best Professional Recruiting Firms* | Forbes
- *Best Executive Recruiting Firms* | Forbes
- *100 Leading Legal Consultants & Strategists* | Lawdragon

*Confidentiality Notice:* This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Hire Counsel/Mestel & Company can arrange for proper delivery and then please delete the message from your inbox. Thank you.

CONFIDENTIAL                                                                                                              HC2-00000221