# EXHIBIT M

| | |
|---|---|
| **From:** | John Inderman <jinderman@hirecounsel.com> |
| **Sent:** | Friday, February 21, 2020 10:41 AM |
| **To:** | Andrew Delaney <jdelaneyandrew@gmail.com> |
| **Subject:** | Future Contact Information |

Hi,
I am writing to let you know that today will be my final day with Hire Counsel. I've accepted another position and therefore will not be your contact for your current or future assignments.

Below are some email addresses for contact information:

**hconboarding@hirecounsel.com** - for Onboarding questions, to update address, tax forms and/or direct deposit info.
**payrollquestion@hirecounsel.com**  - for payroll inquires
**timeentry@hirecounsel.com** - for timesheet questions or if you have not received your timesheet login credentials by the 2nd day of your project.
**benefits@hirecounsel.com** - for questions regarding benefits including ACEDS enrollment.

Any other questions can be directed to Denise Asnes at dasnes@hirecounsel.com.

It has been a real pleasure working with you!


**Best,**

**John A. Inderman, Esq.**
*Associate Director*
**Hire Counsel**
360 Lexington Avenue, Suite 1100
New York, NY 10017
646.356.0500 **Main**
jinderman@hirecounsel.com
https://www.linkedin.com/in/john-a-inderman-074209a
Hire Counsel | LinkedIn | Twitter | Facebook

*Confidentiality Notice:*  This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited.  If you have received this e-mail transmission in error, please reply to the sender, so that Hire Counsel/Mestel & Company can arrange for proper delivery and then please delete the message from your inbox.  Thank you.