# EXHIBIT O

## WILMER CUTLER PICKERING HALE AND DORR LLP
### TEMPORARY SERVICES AGREEMENT

I understand that I have been assigned to the law firm of Wilmer Cutler Pickering Hale and Dorr LLP to provide temporary services for such time as required by the Firm. I understand that this status does not entitle me to any special consideration for regular full-time employment. I further understand that the need for my temporary services may be terminated by Wilmer Cutler Pickering Hale and Dorr LLP at any time and at will for any reason, without resort to disciplinary or other procedures normally followed for employees. I also understand that I am not eligible to participate in any employee benefit programs except those required by law.

Signature: _____

Printed Name: _Andrew Delaney_

Date: _09/30/2019_

Agency Name: _Hire Counsel_

WCPHD Department Assignment (check one):

| | | |
|---|---|---|
| ____ Accounting | ____ Legal/Project Asst. | ____ Office Facilities/Services |
| ____ Client & Practice Services | ✓ Legal Personnel | ____ Secretarial Resources |
| ____ Document Processing | ____ Library | ____ Technology Group |
| ____ Human Resources | ____ Records Management | ____ Other: _____ |

ActiveUS 158100448v.1

CONFIDENTIAL

HC2-00000005