**EXHIBIT P**

| | |
|---|---|
| **From:** | Andrew Delaney <jdelaneyandrew@gmail.com> |
| **Sent:** | Tuesday, October 1, 2019 3:31 PM |
| **To:** | Neil Tsao <ntsao@hirecounsel.com> |
| **Cc:** | John Inderman <jinderman@hirecounsel.com> |
| **Subject:** | Re: Did not receive on boarding documents |

Thank you Neil I just receive them

On Tuesday, October 1, 2019, Neil Tsao <ntsao@hirecounsel.com> wrote:
> The recruiters tell me that it was sent to your personal email.  I'm on my way back to the office.  I'll help you find a computer to use to check your email if you can't access it from your phone.
>
> Get Outlook for Android [aka.ms]
>
> ---
>
> **From:** Andrew Delaney <jdelaneyandrew@gmail.com>
> **Sent:** Tuesday, October 1, 2019 1:45:35 PM
> **To:** Neil Tsao <ntsao@hirecounsel.com>; John Inderman <jinderman@hirecounsel.com>
> **Subject:** Did not receive on boarding documents
>
> Did not receive on boarding documents - sorry.  My colleagues did but I did not. Thank you Andrew

CONFIDENTIAL