# EXHIBIT Q

**From:** Patti Ayala <payala@hirecounsel.com>
**Sent:** Monday, March 2, 2020 3:41 PM
**To:** Andrew Delaney <jdelaneyandrew@gmail.com>
**Subject:** Inform - COVID-19 & Seasonal Flu

---

At HCMC Legal, we're monitoring the stories on the COVID-19 and encourage everyone to do the same. To minimize the risk of infection, we're requesting our team members across the organization to please stay home to prevent infecting other colleagues, if:

<!--[if !supportLists]-->•    <!--[endif]-->you're sick with symptoms of acute respiratory illness or

<!--[if !supportLists]-->•    <!--[endif]-->have not been fever free for, at least, 24 hours without the use of any medication or

<!--[if !supportLists]-->•    <!--[endif]-->if you have signs of fever or

<!--[if !supportLists]-->•    <!--[endif]-->if you have been in contact with family members or individuals with any of the above items

At HCMC Legal, there are no known cases of the virus, however, we are taking preventative measures. It is a shared responsibility in keeping our work environment healthy. Please use the available supplies, such as, the clorex wipes, to whip down your work area and the hand sanitizes, as needed.

Should you have any questions about the COVID-19 or the seasonal flu, please visit: www.cdc.gov

Below are a few reminders on how to prevent the spread of germs:

- Stay home if you're sick
- Wash your hands with soap and water frequently. If soap and water is not available, use an alcohol-based hand sanitizer.
- Coughing & Sneezing Hygiene Etiquette:

<!--[if !supportLists]-->•    <!--[endif]-->Cover your mouth and nose with a tissue when you cough or sneeze.

<!--[if !supportLists]-->•    <!--[endif]-->Put your used tissue in a waste basket.

<!--[if !supportLists]-->•    <!--[endif]-->If you don't have a tissue, cough or sneeze into your upper sleeve, not your hands.

<!--[if !supportLists]-->•    <!--[endif]-->Wash your hands with soap and water. If soap and water is not available, use an alcohol-based hand sanitizer.

We will continue to monitor the situation to ensure measures we take are appropriate and effective.  We encourage to pay close attention to any announcements made by your local health authorities.

Stay Healthy and Keep our Work Environment Healthy!

**Patti Ayala**

*Vice President of Human Resources and Administration*



312-646-6276 **Direct**

*Confidentiality Notice:*  This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited.

CONFIDENTIAL                                                                                           HC2-00000177