# EXHIBIT R

| | |
|---|---|
| **From:** | Patti Ayala <payala@hirecounsel.com> |
| **Sent:** | Thursday, March 12, 2020 6:47 PM |
| **To:** | Andrew Delaney <jdelaneyandrew@gmail.com> |
| **Subject:** | Inform - COVID-19 & Seasonal Flu - Update |

On behalf of HCMC Legal, I would like to inform you that we continue to closely monitor the coronavirus situation, and we are committed to keeping you informed with the latest guidance. Please know that our top priority during this time is the health and well-being of our contractors, employees and their families.

Given the uncertainty of the issue and the rapidly evolving situation, we understand things will change and may impact ability to travel and commute to work. We encourage our workforce to follow Centers for Disease Control and Prevention (CDC) and World Health Organization (WHO) guidance to help prevent the spread of the virus, stay safe and healthy and to make the decision that is right for each individual.

To help our workforce during this time, we have worked with leaders across the organization, including our clients, to provide guidance on key considerations for remote work, travel and continuity of work.

Our goal is to deploy solutions that will contribute to our safe, healthy work environment.

**REMOTE WORK**

Maintaining a healthy work environment for our workforce during this extraordinary time is our top priority. Due to the nature of our business, we will continue to operate all our locations, but continue to take precautionary measures, such as reducing the number of contractors per review room. For some locations, this process has started. We will continue to work with each location, independently, and review each request for temporary remote work on a case by case basis.

We understand the desire to work remote by some of you, however, we need to work with our clients on their solutions, based on their requirements.

**REVIEW CENTERS / OFFICE**

From a facilities perspective, the Centers for Disease Control and Prevention (CDC) recommends the frequent cleaning and disinfection of all frequently touched objects and surfaces using a regular household cleaning spray or wipe.

In response, all our review centers / offices will be deep clean and air purifiers will be added to each room, at each location, to help enable continuity of work in the case of a continued spread of the coronavirus. In addition, we are taking the following steps to prevent contamination:

**Hand sanitizer/Surface wipes**

<!--[if !supportLists]-->·       <!--[endif]-->Purchasing additional hand sanitizer and disinfecting wipes for distribution throughout the building.

<!--[if !supportLists]-->·       <!--[endif]-->Ensuring hand sanitizer is available in break rooms and common areas.

**Communication**

<!--[if !supportLists]-->·       <!--[endif]-->Placing signs in breakrooms reminding contractors and employees of good practices, including frequent handwashing.

**Additional actions**

<!--[if !supportLists]-->·       <!--[endif]-->Where appropriate, each location will make rounds and wipe down susceptible surfaces.

<!--[if !supportLists]-->·       <!--[endif]-->Confirm the building preparedness plan to understand what measures their building is putting in place. If these are not deemed adequate, request from the property manager additional measures, or take steps independently to increase the level of cleaning.

<!--[if !supportLists]-->·       <!--[endif]-->Develop a relationship with your local health department so you are informed with the latest information regarding the local community health plan.

**TRAVEL**

The company is enacting a moratorium on all business travel, to include nonessential domestic travel.

- "Nonessential" means that unless the reason for travel is related to an operational continuity issue, employees should find a way to conduct the meeting virtually (i.e. zoom, skype, phone).

These travel moratoriums could be extended if the outbreak continues to spread. Overall, we encourage our workforce to continue making decisions that are in their best interest.

**PUBLIC/MASS TRANSIT**

People in communities where ongoing community spread with the virus that causes COVID-19 has been reported are at elevated, though still relatively low, risk of exposure. Though avoiding public/mass transit is not a specific Centers for Disease Control and Prevention (CDC) or World Health Organization (WHO) recommendation for those who are not manifesting symptoms at this time, you should always make the decision that is right for you.

The following prevention measures are recommended to prevent the spread of the virus:

<!--[if !supportLists]-->·       <!--[endif]-->Commute with a pack of antibacterial wipes with alcohol and wipe down the surfaces you come into contact with (i.e., door handles, elevator buttons, remote control, telephone).

<!--[if !supportLists]-->·       <!--[endif]-->Maintain good personal hygiene.

<!--[if !supportLists]-->·       <!--[endif]-->Wash your hands frequently, carry hand sanitizer and avoid touching your face.

CONFIDENTIAL

HC2-00000179

<!--[if !supportLists]--> <!--[endif]-->If you are manifesting symptoms of any kind, wear a face mask.

<!--[if !supportLists]--> <!--[endif]-->Avoid direct contact with animals, alive or dead, and surfaces that may be contaminated with droppings.

<!--[if !supportLists]--> <!--[endif]-->Avoid people who are obviously sick.

<!--[if !supportLists]--> <!--[endif]-->Regularly and thoroughly clean your hands with an alcohol-based hand sanitizer or wash them with soap and water. Washing your hands with soap and water or using alcohol-based sanitizer kills viruses that may be on your hands.

<!--[if !supportLists]--> <!--[endif]-->Avoid touching your eyes, nose and mouth. Hands touch many surfaces and can pick up viruses. Once contaminated, hands can transfer the virus to your eyes, nose or mouth. From there, the virus can enter your body and can make you sick.

<!--[if !supportLists]--> <!--[endif]-->Make sure you, and the people around you, follow good respiratory hygiene. This means covering your mouth and nose with your bent elbow or tissue when you cough or sneeze. Then, dispose of the used tissue immediately. Droplets spread viruses. By following good respiratory hygiene, you protect the people around you from viruses such as cold, flu and COVID-19.

<!--[if !supportLists]--> <!--[endif]-->Stay home if you feel unwell. If you have a fever, cough and difficulty breathing, seek medical attention and call in advance. Follow the directions of your local health authority. National and local authorities will have the most up-to-date information on the situation in your area. Calling in advance will allow your health care provider to quickly direct you to the right health facility. This will also protect you and help prevent spread of viruses and other infections.

We will continue to monitor the situation to ensure measures we take are appropriate and effective.

Should you have any questions, please let me know.

**Stay Healthy and Keep our Work Environment Healthy!**

**Patti Ayala**

*Vice President of Human Resources and Administration*



<!--[if !vml]--> <!--[endif]-->
312-646-6276 **Direct**

*Confidentiality Notice:*  This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited.