# EXHIBIT X

| | |
|---|---|
| **From:** | Andrew Delaney <jdelaneyandrew@gmail.com> |
| **Sent:** | Friday, March 27, 2020 11:13 AM |
| **To:** | Joan Davison <jdavison@mestel.com> |
| **Subject:** | Re: No pay for last week |

Also please stop calls & sending emails from Patti Ayala & Denise Asnes.  I was illegally terminated & am not your employee.  I do not wish to receive any further communications from them in any form.

On Fri, Mar 27, 2020 at 11:04 AM Joan Davison <jdavison@mestel.com> wrote:

> Mr. Delaney,
>
> I will look into this with our payroll this  morning.
>
> Thank you, Joan
>
> **Joan Davison**
>
> *President and Chief Executive Officer*
>
> 
>
> 312.646.6271 **Direct**
>
> *Confidentiality Notice:*  This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited.

> **From:** Andrew Delaney <jdelaneyandrew@gmail.com>
> **Date:** Friday, March 27, 2020 at 9:41 AM
> **To:** Joan Davison <jdavison@mestel.com>, Joan Davison <jdavison@mestel.com>
> **Subject:** No pay for last week

> I was terminated on March 17, 2020 & did not receive any direct deposit today.
>
> Andrew Delaney

CONFIDENTIAL