# EXHIBIT Y

| | |
|---|---|
| **From:** | Chris Davis <cdavis@workingsolutionsnyc.com> |
| **Sent:** | Monday, March 30, 2020 2:35 PM |
| **To:** | Stephanos Zannikos <SZannikos@hirecounsel.com> |
| **Subject:** | Re: Andrew Delaney - Hire Counsel |

Thank you for your email. I will have correspondence for your shortly. Chris

Christopher Q. Davis
Managing Partner
Law Office of Christopher Q. Davis, PLLC
80 Broad Street, Suite 703
New York, NY 10004
(646) 430-7930

---

**From:** Stephanos Zannikos <SZannikos@hirecounsel.com>
**Sent:** Monday, March 30, 2020 12:42 PM
**To:** Chris Davis <cdavis@workingsolutionsnyc.com>
**Subject:** Andrew Delaney - Hire Counsel

Dear Mr. Davis,

I understand that you are representing Mr. Delaney and that all communications about Mr. Delaney should be directed to you.

On Friday, March 27, we received a series of emails from Mr. Delaney that appear to reflect a misunderstanding about his employment situation and status, and we felt it was necessary to address a couple of points that he made in his emails to ensure we have a clear understanding. In his email, he mentioned that he was not an employee of Hire Counsel. While that may currently be true, he certainly was an employee of Hire Counsel while assigned to work on the Wilmer Hale project in New York. Hire Counsel hired him to service its client, Wilmer Hale, and he was paid by Hire Counsel as a W-2 employee. He worked onsite at a Hire Counsel facility using a Hire Counsel computer. His direct supervisor during the project was also a Hire Counsel employee. He was also subject to a Hire Counsel employment agreement, which he had signed, and an employee handbook that he acknowledged.

Moreover, Mr. Delaney was not illegally terminated. Hire Counsel lawfully terminated his employment – and the employment of the two other reviewers – when the services performed by Hire Counsel at its New York facility were legitimately suspended by Wilmer Hale due to health concerns over the COVID-19 outbreak.

We hope that this email clarifies the nature of the services he provided to Wilmer Hale as a Hire Counsel employee and the circumstances around Hire Counsel's decision to terminate his employment. Moving forward, please direct any and all communication addressed to Hire Counsel to my attention.

Best,

Stephanos Zannikos
*General Counsel*



360 Lexington Avenue, Suite 1100
New York, NY 10017
646.356.0500 **Main**

646.356.0528 **Direct**
https://www.linkedin.com/in/stephanos-zannikos [linkedin.com]

 [staffingindustry.com]   [law.com]

Additional Industry Awards 2018
- *Best Legal Staffing Provider – USA* | CV Magazine
- *Best Staffing Providers for Legal/Litigation Staffing* | The Recorder
- *Best Professional Recruiting Firms* | Forbes
- *Best Executive Recruiting Firms* | Forbes
- *100 Leading Legal Consultants & Strategists* | Lawdragon

*Confidentiality Notice:*  This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited.  If you have received this e-mail transmission in error, please reply to the sender, so that Hire Counsel/Mestel & Company can arrange for proper delivery and then please delete the message from your inbox.  Thank you.