**EXHIBIT Z**

The Law Office of Christopher T. Beres
1600 Sarno Road, No. 1
Melbourne, FL 32935
Tel. (321) 339-9301
christopherberes8@gmail.com

April 07, 2020

■■■
Toyota Motor Corporation
1 Toyota-Cho
Toyota City
Aichi Prefecture 471-8571
Japan
■■■@toyota.co.jp

Dear Mr. ■■■:

I represent Andrew Delaney against Toyota.

You used Mr. Delaney to be a ■■■ language document reviewer to assist you with ■■■ starting on September 30, 2019.

On March 17, 2020, you had Mr. Delaney illegally fired for raising concerns about unlawful and unsafe conditions in your workplace.

Prior to this date, you illegally disclosed Mr. Delaney's identity, involvement, and work-product to the other side.

At first, you did not inform him about the subject matter of the case which was ■■■

Toyota insisted on ■■■

*For Toyota,* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *but you had no right to drag Mr. Delaney into this.*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *You have destroyed Mr. Delaney's residence and business and placed his life in grave danger.*

*After Mr. Delaney was a whistleblower and complained about* ▮▮▮▮▮▮▮▮*, you defamed him, made up lies about him, and threatened him.*

*I hereby grant you 7 days from the date of this letter to contact me with your offer to settle this case.*

*If you fail to contact me by this date, I will commence legal action against you without further notice.*

Very truly yours,

*Christopher T. Beres*

Christopher T. Beres

CONFIDENTIAL                                                                                      HC2-05000512