UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
HC2, INC.,

        Plaintiff,

        -v-

ANDREW DELANEY,

        Defendant.
------------------------------------------------ X

Civil Action No.: 1:20-cv-3178 (LJL)

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO HAVE DOCUMENTS UNSEALED

This matter comes before the Court pursuant to Plaintiff's Letter-motion dated June 3, 2020, regarding the Court's May 26, 2020 request that plaintiff, HC2, Inc. ("HC2") and defendant, Andrew Delaney meet and confer regarding whether certain documents submitted in furtherance of the parties' briefing of HC2's request for a preliminary injunction that were filed under seal should be made public.

HC2 submits that the information filed under seal at ECF Nos. 50 [HC2's Proposed Findings of Fact and Conclusions of Law] and 52 [HC2's Memorandum of Law] should be unsealed.

Having considered Plaintiff's Letter-motion, the Court hereby GRANTS HC2's request that ECF Nos. 50 and 52 should be unsealed.

It is so ORDERED this _____ day of _____, 2020.

                                                                                    Honorable Lewis J. Liman