**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| HC2, INC., | |
|     Plaintiff-Counter Defendant, | Civil Action No.: 1:20-cv-3178 (LJL) |
| -v- | **NOTICE OF PLAINTIFF-COUNTER DEFENDANT HC2, INC.'S MOTION TO DISMISS DEFENDANT-COUNTER CLAIMANT'S COUNTERCLAIMS** |
| ANDREW DELANEY, | |
|     Defendant-Counter Claimant. | |

---

**PLEASE TAKE NOTICE** that, upon the Defendant-Counter Claimant Andrew Delaney's Counterclaims, dated May 13, 2020 (ECF No. 26); the accompanying Memorandum of Law in Support of Plaintiff-Counter Defendant HC2, Inc.'s Motion to Dismiss Defendant-Counter Claimant's Counterclaims; the Declaration of Ronald R. Rossi dated June 3, 2020; the exhibits annexed thereto; and upon all prior pleadings and proceedings had herein, Plaintiff-Counter Defendant HC2, Inc. ("HC2"), by its attorneys, Kasowitz Benson Torres LLP, will move this Court, before the Honorable Lewis L. Liman, United States District Judge, Southern District of New York, via telephonic oral conference at a date and time designated by the Court, for an Order granting HC2's motion, pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), dismissing Defendant-Counter Claimant Andrew Delaney's Counterclaims in their entirety and for such other and further relief as the Court deems just and proper.

Dated: New York, New York  
      June 3, 2020

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By:   */s/ Ronald R. Rossi*
      Marc E. Kasowitz
      Ronald R. Rossi
      Kalitamara L. Moody

      1633 Broadway
      New York, NY 10019
      Telephone: (212) 506-1700
      Facsimile: (212) 506-1800

*Attorneys for Plaintiff-Counter Defendant HC2, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

>                                  */s/ Ronald R. Rossi*
>                                  Ronald R. Rossi