UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X
HC2, INC., :
 :   Civil Action No.: 1:20-cv-3178 (LJL)
　　　　Plaintiff-Counter Defendant, :
 :
 :
　　　　　　　　-v- :
 :
 :
ANDREW DELANEY, :
 :
 :
　　　　Defendant-Counter Claimant. :
------------------------------------------------ X

## DECLARATION OF RONALD R. ROSSI

I, Ronald R. Rossi, declare:

　　　　1.　　I am a partner of the law firm of Kasowitz Benson Torres LLP, attorneys for Plaintiff-Counter Defendant HC2, Inc. ("HC2"). I am fully familiar with the pleadings in this matter and, unless otherwise indicated, I have personal knowledge of the facts herein.

　　　　2.　　I submit this declaration in support of HC2's motion, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Defendant-Counter Claimant Andrew Delaney's Counterclaims, dated May 13, 2020 (Dkt. No. 26) (the "Counterclaims") with prejudice.

　　　　3.　　Attached as Exhibit A is a true and correct copy of a March 17, 2020 email from Denise Asnes of HC2 to Counter Claimant, which are quoted, in part, in the Counterclaims.

　　　　I declare under penalty of perjury that the above is true and correct. Executed this 3rd day of June 2020 in Bedford, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Ronald R. Rossi
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD R. ROSSI

## **<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on June 3, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                     */s/ Ronald R. Rossi*
                                                      Ronald R. Rossi