# Exhibit A

| | |
|---|---|
| **From:** | Denise Asnes <dasnes@hirecounsel.com> |
| **Sent:** | Tuesday, March 17, 2020 1:10 PM |
| **To:** | Andrew Delaney <jdelaneyandrew@gmail.com> |
| **Cc:** | Patti Ayala <payala@hirecounsel.com> |
| **Subject:** | Important Action Required- Please Confirm Receipt |

Team,

We understand and appreciate everyone's concerns regarding the work environment and well-being of those around you. Most importantly, we understand the need for an immediate response regarding remote work. At this time, the client is electing to suspend work on the case in NYC effective immediately. Please note that remote work has not been authorized for this project, as of now. If a decision to re-start the project in NYC is made, we will contact you - directly.

We are requesting all team members to gather their belongings and depart the facility in an orderly fashion and exit our environment since the project is effectively ending. You will be compensated for your time today. We will continue to monitor the efforts of Congress in helping to off-set the impact of lost work.

We appreciate your efforts and will be back in touch.

Best,

**Denise Asnes**
*Senior Managing Director, National Fulfillment*
**Hire Counsel**
1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19102
215.279.5945 **Main**
215.279.5942 **Direct**
dasnes@hirecounsel.com
https://www.linkedin.com/in/denise-asnes-4941992
Hire Counsel | LinkedIn | Twitter | Facebook

*Confidentiality Notice:* This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address and any unauthorized disclosure, copying, distribution, or reliance upon the contents is strictly prohibited. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Hire Counsel/Mestel & Company can arrange for proper delivery and then please delete the message from your inbox. Thank you.