| | |
|---|---|
| **From:** | Brian Hartstein <bhartstein@hirecounsel.com> |
| **Sent:** | Tuesday, March 17, 2020 11:55 AM |
| **To:** | Nathan Croumer <Nathan.Croumer@wilmerhale.com> |
| **Subject:** | Re: Work conditions |

Can we fire him?  Just a thought.

**From:** Croumer, Nathan <Nathan.Croumer@wilmerhale.com>
**Sent:** Tuesday, March 17, 2020 8:43 AM
**To:** Brian Hartstein <bhartstein@hirecounsel.com>
**Subject:** FW: Work conditions


**From:** Posada, Michael <Michael.Posada@wilmerhale.com>
**Sent:** Tuesday, March 17, 2020 11:40 AM
**To:** Croumer, Nathan <Nathan.Croumer@wilmerhale.com>
**Cc:** Zarrabi, Sarah <Sarah.Zarrabi@wilmerhale.com>
**Subject:** FW: Work conditions

**Redacted**

**Michael Posada | WilmerHale**
+1 202 663 6473 (t)


**From:** Andrew Delaney <adelaney@hc2inc.net>
**Sent:** Tuesday, March 17, 2020 11:27 AM
**To:** Posada, Michael <Michael.Posada@wilmerhale.com>; bsavage@hirecounsel.com; Zarrabi, Sarah <Sarah.Zarrabi@wilmerhale.com>; Denise Asnes <dasnes@hirecounsel.com>
**Cc:** Chantima Chokloikaew <cchokloikaew@hc2inc.net>; Nisanat Rolling <nrolling@hc2inc.net>; Poomjai Kudidthalert <PKudidthalert@hc2inc.net>; Nattakarn Kamnuansil <nkamnuansil@hc2inc.net>; Tanyasiri Stell <tstell@hc2inc.net>
**Subject:** Work conditions

| **EXTERNAL SENDER** |
|---|

Dear Michael & Hire Counsel:  I have been coming in to work during the coronavirus but there are at least 3 people in the office who have flu-like symptoms - coughing, sneezing, runny nose - who are at the office, both yesterday & today.  This office is quite a closed environment.  Obviously this poses a health risk.  I wear a mask & gloves but except for my two [Redacted] colleagues others are not.
"Patti Ayala" of Hire Counsel HR sent two emails, the first saying that clients in some cases were still requiring

us to come into the office but that we employees should make our "own choice" as to whether we felt like coming into the office or not & the second telling us to listen to the president's speech. Frankly, these emails were extremely unhelpful & seemed to shift the responsibility to the employees.

We have asked for a remote work option which many other similarly confidential cases & projects have. The agency, the law firm, & the client are [Redacted]. I care about the case & doing a good job but do not feel that the working environment is safe. Contrary to HC HR, this is not my problem or merely my perception.  I believe we should be either allowed to work from home or be paid to stay at home.

Thank you for your attention.

Andrew Delaney

689-777-6564

CONFIDENTIAL