USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HC2, Inc.,

                Plaintiff,

      -v-

ANDREW DELANEY,

                Defendant.
------------------------------------------------------------------X

20-cv-3178 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     IT IS HEREBY ORDERED that at 12:00 p.m. on July 17, 2020, the Court will hold a TELEPHONE CONFERENCE at which the Court will address the pending Motion to Dismiss Defendant-Counterclaimant's Counterclaims.  *See* Dkt. No. 61.  At that date and time, the parties are directed to dial the Court's conference line at 888-251-2909 (access code: 2123101).  The Court will not hear oral argument on the Motion.

     SO ORDERED.

Dated: June 25, 2020
       New York, New York

                                          LEWIS J. LIMAN
                                     United States District Judge