**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile:  973-656-1611
www.ogletree.com

Michael Nacchio
Michael.Nacchio@ogletreedeakins.com

August 11, 2020

**Via ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>  Re:   *HC2, Inc. v. Andrew Delaney*
>         *Civil Action No. 20-cv-03178-LJL*

Dear Judge Liman:

      This firm also represents HC2, Inc. and will be responding to Defendant-Counterclaimant's amended counterclaim filed on July 31, 2020. I write to respectfully request an extension of seven (7) days from August 14, 2020, until August 21, 2020, to respond to the Amended Counterclaim. Counsel for Defendant-Counterclaimant did not respond to my August 10, 2020 email seeking his position on this request. The extension should not have a bearing on any other case deadlines.

      We thank the Court for its consideration of this request.

      Respectfully Submitted,

      OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.

      *s/ Michael Nacchio*

      Michael Nacchio

43838802.1

**A South Carolina Professional Corporation** ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington