**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Michael Nacchio
Michael.Nacchio@ogletreedeakins.com

December 1, 2020

**Via ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      *Re:   HC2, Inc. v. Andrew Delaney*
             *Civil Action No. 20-cv-03178-LJL*

Dear Judge Liman:

    This firm represents HC2, Inc. Plaintiff is in receipt of the Court's Order entered November 30, 2020. The Order directs Plaintiff to file an affidavit or declaration attaching "authentic copies of the documents referred to in paragraphs 36-38 and 14 of the counterclaims and in the [Defendant's] March 17, 2020 email, all of which should have pre-existed March 18, 2020." ECF No. 93. Defendant's allegations feature and quote these documents. Therefore, Plaintiff writes to seek clarification of which party is responsible to submit these documents.

    We thank the Court for its time and attention to this matter.

                          Respectfully Submitted,

                           OGLETREE, DEAKINS, NASH,
                         SMOAK & STEWART, P.C.

                         *s/ Michael Nacchio*

                         Michael Nacchio

45119220.1

**A South Carolina Professional Corporation** ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington