





# HOW TO USE THE DICTIONARY

To look up an entry in *The American Heritage Dictionary of the English Language,* use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like *bus rapid transit, dog whistle,* or *identity theft*) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

[guide to the dictionary](#)



# THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions.

[The Panelists](#)



# NEED HELP SOLVING A CROSSWORD PUZZLE?

Go to our [Crossword Puzzle Solver](#) and type in the letters that you know, and the Solver will produce a list of possible solutions.



# AMERICAN HERITAGE DICTIONARY APP

The new American Heritage Dictionary app is now available for [iOS](#) and [Android.](#)

Cited in HC2 Inc v Delaney 20cv3178 Decided 12/18/20
Archived on 12/22/20
This document is protected by copyright.
Further reproduction is prohibited without permission.





# THE AMERICAN HERITAGE DICTIONARY BLOG

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.

**THE 100 WORDS®**

See word lists from the best-selling 100 Words Series!

Find out more!



# INTERESTED IN DICTIONARIES?

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

**rec·om·mend** (rĕk′ə-mĕnd□)

Share: Tweet

*v.* **rec·om·mend·ed, rec·om·mend·ing, rec·om·mends**
*v.tr.*
**1.** To praise or commend to another as being worthy or desirable; endorse: *recommended him for the job; recommended a car instead of an SUV.*
**2.** To make attractive or acceptable: *This book has much to recommend it.*
**3.** To advise or counsel: *She recommended that we be on time.*
**4.** To commit to the charge of another; entrust: *"By these our letters we would have the safety of his person ... recommended to your care" (John Milton).*
*v.intr.*
To give advice or counsel: *"recommended against signing an international agreement" (Time).*

[Middle English *recomenden*, from Medieval Latin *recommendāre* : Latin *re-*, re- + Latin *commendāre*, to entrust, commend; see COMMEND.]

**rec′om·mend□a·ble** *adj.*
**rec′om·mend□er** *n.*

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2020 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

# Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

Cited in HC2 Inc v Delaney 20-cv-3178 Decided 12/18/20 Archived on 12/22/20 This document is protected by copyright. Further reproductions prohibited without permission.

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our [Dictionary of Indo-European Roots](#).

This website is best viewed in Chrome, Firefox, Microsoft Edge, or Safari. Some characters in pronunciations and etymologies cannot be displayed properly in Internet Explorer.

- [Home](#)
- [| About Us](#)
- [| Careers](#)
- [| Contact Us](#)
- [| FAQs](#)



- [Privacy Policy](#)
- [| Terms & Conditions of Use](#)

The *You Are Your Words* word cloud generator is no longer available.

Copyright 2020 Houghton Mifflin Harcourt. All rights reserved.

Cited in HC2 Inc v Delaney
20cv3178 Decided 12/18/20
Archived on 12/22/20
This document is protected by copyright.
Further reproduction is prohibited without permission.