```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
HC2, Inc.,                                                       :
                                                                 :
                         Plaintiff,                              :
                                                                 :          20-cv-3178 (LJL)
            -v-                                                  :
                                                                 :          ORDER
ANDREW DELANEY,                                                  :
                                                                 :
                         Defendant.                              :
                                                                 :
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      At the conference held today, the parties confirmed that all outstanding discovery is completed save for the post-deposition requests for admission and requests for production. Defendant agreed to respond to Request number 2 of the outstanding request for production of documents and to respond to the requests for admission. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall respond to the two outstanding post-deposition requests for admissions by January 8, 2021;

2. Defendant shall respond to Request number 2 of the outstanding post-deposition request for production of documents by January 15, 2021;

3. If Plaintiff still seeks production of Defendant's tax returns, it may file a letter on ECF not to exceed 3 single-spaced pages by 5:00 p.m. on January 8, 2021; Defendant may file a response, also not to exceed 3 single-spaced pages, by 5:00 p.m. on January 15, 2021.

4. The Court is referring the parties to the Court-annexed mediation program, which referral will issue by separate order; the parties shall schedule mediation to be held by February 19, 2021 and are ORDERED to file a status letter with the Court by February 24, 2021 indicating the status of settlement discussions.

      The Court will set deadlines for summary judgment motions and a joint pre-trial order after it rules on the outstanding motion to dismiss for lack of subject matter jurisdiction and receives the parties' joint status letter regarding settlement discussions.

      SO ORDERED.

Dated: January 5, 2021                              _____
      New York, New York                              LEWIS J. LIMAN
                                                                          United States District Judge