Ogletree
Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Michael Nacchio
Michael.Nacchio@ogletreedeakins.com

January 8, 2021

**Via ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> *Re:    HC2, Inc. v. Andrew Delaney*
> *Civil Action No. 20-cv-03178-LJL*

Dear Judge Liman:

This firm represents HC2, Inc. Plaintiff writes to report that HC2 seeks to not file a motion to compel production of Defendant's tax returns at this time and instead seeks to preserve its right to do so after liability is determined. Plaintiff is mindful that this Court's January 5, 2021 Order directed Plaintiff to file any such motion by 5:00 p.m. Plaintiff respectfully requests that if the Court is not inclined to permit Plaintiff to seek Defendant's tax returns after liability is established and would require that Plaintiff's motion to compel be filed today to preserve Plaintiff's right to seek Defendant's tax returns, that the Court please inform Plaintiff accordingly and permit an additional brief period for Plaintiff to file the motion to compel.

We thank the Court for its consideration of this request.

Respectfully Submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*s/ Michael Nacchio*

Michael Nacchio

45554747.1

**A South Carolina Professional Corporation** ▪ Peter O. Hughes ▪ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington