**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*
10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile:  973-656-1611
www.ogletree.com

Michael Nacchio
Michael.Nacchio@ogletreedeakins.com

February 19, 2021

**Via ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *HC2, Inc. v. Andrew Delaney*
            *Civil Action No. 20-cv-03178-LJL*

Dear Judge Liman:

      This firm represents HC2, Inc. Plaintiff submits this letter in accordance with this Court's Order dated January 29, 2021 instructing the parties to report by February 19, 2021 on the outcome of settlement discussions.

      Plaintiff writes to respectfully report that Plaintiff was unable to proceed at the February 10, 2021 mediation beyond introductory greetings in light of Plaintiff's February 9, 2021 discovery of Defendant's December 23, 2020 Chapter 7 bankruptcy petition. (*See* ECF No. 122). Under 11 U.S.C. § 362, Plaintiff was unable to engage in any effort to compromise Plaintiff's claims against Defendant at the February 10th mediation, or since then, as doing so would be litigation conduct in continuance of Plaintiff's claims.

      Plaintiff acknowledges Defendant's request in his letter dated February 10, 2021, asking that this Court decide Defendant's pending motion to dismiss for lack of subject matter jurisdiction. Plaintiff takes no position on that request in light of the automatic stay.

      Additionally, the mediation office instructed the parties to submit a status update by February 24, 2021. In light of the automatic stay, Plaintiff asks to be excused from further mediation at this time.

**A South Carolina Professional Corporation** ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

**Honorable Lewis J. Liman**
February 19, 2021

                                               Respectfully Submitted,

                                               OGLETREE, DEAKINS, NASH,
                                               SMOAK & STEWART, P.C.

                                               *s/ Michael Nacchio*

                                             Michael Nacchio

cc:    Robert Rotman, Esq.
         Valerie L. Weiss, Esq.

                                                                          45996509.1

                                                                          46103766.1