```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HC2, Inc.,                                                        :
                                                                  :
                           Plaintiff,                             :
                                                                  :            20-cv-3178 (LJL)
             -v-                                                  :
                                                                  :               ORDER
ANDREW DELANEY,                                                   :
                                                                  :
                           Defendant.                             :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

In light of Defendant having filed for bankruptcy, *see* Dkt. No. 122, this action is STAYED pending further order of the Court. *See* 11 U.S.C. § 362.

The parties are ORDERED to file a status letter with the Court by April 22, 2021. The motion to dismiss at Dkt. No. 100 is deemed withdrawn, without prejudice to renewal upon lifting of the stay.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 100.

SO ORDERED.

Dated: February 22, 2021
       New York, New York                      _____
                                                       LEWIS J. LIMAN
                                                  United States District Judge