<div align="center">
Robert Rotman, Esq.<br>
305 East 24th Street, Suite 17R<br>
New York, NY 10010<br>
(646) 606-4867<br>
rrotmanlaw@gmail.com
</div>

<div align="center">April 22, 2021</div>

<u>Via ECF</u>

The Honorable Lewis J. Liman<br>
Judge<br>
United States District Court for the Southern District of New York<br>
500 Pearl Street<br>
New York, NY 10007

Re:     <u>HC2, Inc. v. Delaney</u>, 1-cv-20-03178-LJL

Dear Judge Liman:

I represent the defendant in the above-captioned action.

Pursuant to the Court's Order dated February 22, 2021 staying this action due to my client's pro se filing of a Chapter 7 petition and ordering the filing of a status letter by April 22, 2021 (Document No. 126), the status is that the bankruptcy case is still pending in the United States Bankruptcy Court for the Eastern District of New York.

My client has filed a motion for relief from the automatic stay pursuant to 11 U.S.C. § 362 to lift the stay so that this Court can adjudicate this case.  That motion has been adjourned.

Thanking the Court in advance for considering this letter.

<div style="margin-left: 50%;">
Respectfully,<br>
/s/Robert Rotman
</div>