**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Michael Nacchio
Michael.Nacchio@ogletreedeakins.com

April 22, 2021

<u>Via ECF</u>
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *HC2, Inc. v. Andrew Delaney*
               Civil Action No. 20-cv-03178-LJL

Dear Judge Liman:

      On behalf of HC2, Inc., I write with a status update as per the Court's February 22, 2021 Order. With regard to the matter *In re Andrew J. Delaney*, No. 1-20-44372 (Bankr. E.D.N.Y.), the Eastern District of New York Bankruptcy Court ("Bankruptcy Court") has not lifted the stay. On April 8, 2021, the Bankruptcy Court denied Mr. Delaney's motion to dismiss his bankruptcy case, which both the Trustee and HC2 Inc. opposed. Mr. Delaney has also filed a motion in the Bankruptcy Court seeking relief from the automatic stay for the purpose of permitting this Court to decide his motion to dismiss for lack of subject matter jurisdiction. HC2 understands Mr. Delaney has asked to adjourn that motion until June 15, 2021, but HC2's response to that motion is at present due May 5, 2021.

      We will advise the Court if there are additional updates in regards to the automatic stay and thank the Court for its attention to this matter.

                                    Respectfully Submitted,

                                    OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART, P.C.

                                    *s/ Michael Nacchio*

                                    Michael Nacchio

46887453.1

**A South Carolina Professional Corporation** ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington