UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| HC2, INC, | : |
|            Plaintiff, | :    1:20-CV-3178-LJL |
| -against- | :    **NOTICE OF MOTION FOR ORDER GRANTING APPROVAL OF WITHDRAWAL OF VALERIE L. WEISS AS COUNSEL FOR PLAINTIFF HC2, INC.** |
| ANDREW DELANEY, | : |
|            Defendant. | : |

------------------------------------------------------------

PLEASE TAKE NOTICE that Valerie L. Weiss, an associate with Ogletree, Deakins, Nash, Smoak & Stewart, P.C., seeks approval of this Court to be relieved as counsel for Plaintiff HC2, Inc., as she is leaving this firm. As stated in the attached Certification of Valerie L. Weiss, because Ogletree, Deakins, Nash, Smoak & Stewart, P.C. has been involved in defending the claims brought by HC2, Inc., and another attorney with the firm (Michael Nacchio, Esq.) has entered his appearance and has been actively involved in this litigation, the withdrawal of Valerie L. Weiss will not cause any disruption in this matter.

Accordingly, pursuant to Local Rule 1.4, Plaintiff respectfully requests that the Court order the withdrawal of Valerie L. Weiss, terminate her NEFs and no longer send her docketing notifications via the ECF system. Valerie L. Weiss is leaving Ogletree, Deakins, Nash, Smoak & Stewart, P.C. on May 28, 2021.

As required by Local Rule 1.4, Valerie L. Weiss advises the Court that she is not retaining or charging a lien.

                                                    Respectfully submitted,

                                                    OGLETREE, DEAKINS, NASH,
                                                    SMOAK & STEWART, P.C.
                                                    Attorneys for Plaintiff HC2, Inc.

                By:   */Valerie L. Weiss*
                       Valerie L. Weiss

Dated: May 27, 2021

The withdrawal of attorney Valerie L. Weiss is hereby approved and so ORDERED.

Date: _____                    _____
                                                Hon. Lewis J. Liman, U.S.D.J.

47282818.1