UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| HC2, INC, <br><br> Plaintiff, <br><br> -against- <br><br> ANDREW DELANEY, <br><br> Defendant. | 1:20-CV-3178-LJL <br><br> **CERTIFICATION OF VALERIE L. WEISS IN SUPPORT OF MOTION FOR AN ORDER GRANTING WITHDRAWAL AS COUNSEL FOR PLAINTIFF HC2, INC.** |

-------------------------------------------------------------

I, Valerie L. Weiss, Esq., hereby certify:

1. I am an attorney-at-law and an Associate in the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel for Plaintiff HC2, Inc. ("Plaintiff"). I submit this certification in support of my motion to withdraw as counsel for Plaintiff.

2. I will be leaving the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. effective May 28, 2021. Ogletree, Deakins, Nash, Smoak & Stewart, P.C. has been involved in defending the claims brought by Plaintiff and another attorney with the firm, Michael Nacchio, has entered his appearance and has been actively involved in this litigation. Accordingly, my withdrawal will not cause any disruption in this matter.

3. As required by Local Civil Rule 1.4, I hereby advise the Court that I am not retaining or charging a lien.

4. The Notice of Motion and this Certification in support of the Motion will be served upon the client at the time of filing.

5. I respectfully request that the Court order the withdrawal of Valerie L. Weiss from the representation of Plaintiff HC2, Inc., terminate my NEFs and no longer send me docketing notifications via the ECF system.

I swear under the penalty of perjury that the foregoing is true and correct.

                                                     By:  */Valerie L. Weiss*
                                                              Valerie L. Weiss

Dated: May 27, 2021