```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HC2, Inc.,

                Plaintiff,

         -v-

ANDREW DELANEY,

                Defendant.
------------------------------------------------------------------X

20-cv-3178 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      ORDERED that the parties shall file a joint status letter with the Court by July 28, 2021 stating the status of Defendant's bankruptcy matter, the automatic stay issued in connection with it, whether the stay of this action may and should be lifted, and, if so, how this matter is to proceed.

      SO ORDERED.

Dated: July 21, 2021
       New York, New York

                                              LEWIS J. LIMAN
                                      United States District Judge