**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Michael Nacchio
Michael.Nacchio@ogletreedeakins.com

July 28, 2021

**Via ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *HC2, Inc. v. Andrew Delaney*
      Civil Action No. 20-cv-03178-LJL

Dear Judge Liman:

  On behalf of HC2, Inc., I write with a status update as per the Court's July 21, 2021 Order. Defendant declined to file a joint letter.

  With regard to the matter *In re Andrew J. Delaney*, No. 1-20-44372 (Bankr. E.D.N.Y.), the Eastern District of New York Bankruptcy Court has not lifted the stay. HC2 has filed a motion in Mr. Delaney's bankruptcy case to withdraw the proof of claim that it filed, to which motion Mr. Delaney has indicated his consent. We expect that the Bankruptcy Court will enter an order for this withdrawal within the next week or so. However, the Bankruptcy Court has not lifted the automatic stay, nor has Mr. Delaney, who has other creditors, been granted a discharge at this time.

  We will advise this Court if we learn of additional updates in regards to the automatic stay.

         Respectfully Submitted,

         OGLETREE, DEAKINS, NASH,
         SMOAK & STEWART, P.C.

         *s/ Michael Nacchio*

         Michael Nacchio

47977405.1

A South Carolina Professional Corporation ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ■ Austin ■ Berlin (Germany) ■ Birmingham ■ Bloomfield Hills ■ Boston ■ Charleston ■ Charlotte ■ Chicago ■ Cleveland ■ Columbia ■ Dallas ■ Denver ■ Detroit Metro ■ Greenville
Houston ■ Indianapolis ■ Jackson ■ Kansas City ■ Las Vegas ■ London (England) ■ Los Angeles ■ Memphis ■ Mexico City (Mexico) ■ Miami ■ Milwaukee ■ Minneapolis
Morristown ■ Nashville ■ New Orleans ■ New York City ■ Oklahoma City ■ Orange County ■ Paris (France) ■ Philadelphia ■ Phoenix ■ Pittsburgh ■ Portland ■ Raleigh ■ Richmond
St. Louis ■ St. Thomas ■ Sacramento ■ San Antonio ■ San Diego ■ San Francisco ■ Seattle ■ Stamford ■ Tampa ■ Toronto (Canada) ■ Torrance ■ Tucson ■ Washington