UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

| | |
|---|---|
| HC2, INC., | : Hon. Lewis J. Liman, U.S.D.J. |
| | : Civil Action No. 1:20-cv-3178-LJL |
| Plaintiff, | : |
| | : **NOTICE OF PLAINTIFF HC2, INC.'S** |
| -v- | : **MOTION TO SUBSTITUTE THE** |
| | : **CHAPTER 7 TRUSTEE** |
| ANDREW DELANEY, | : |
| | : |
| Defendant. | : |

-------------------------------------------------------

**PLEASE TAKE NOTICE** that, upon the accompanying Brief in Support of its Motion to Substitute the Chapter 7 Trustee of the estate of Andrew Delaney, Declaration of Michael Nacchio with Exhibits, and upon all the papers and proceedings previously had herein, Plaintiff will move this Court before the Honorable Lewis J. Liman, United States District Judge, Southern District of New York, at the United States Courthouse for the Southern District of New York, at a date and time set by the Court, for an Order pursuant to Rule 25 of the Federal Rules of Civil Procedure, substituting Gregory Messer, Esq., Chapter 7 Trustee of the estate of Defendant Andrew Delaney, for Andrew Delaney, and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys for Plaintiff*

By: *s/ Michael Nacchio*
Michael Nacchio
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
Michael.nacchio@ogletree.com

Date:   October 8, 2021

48604257.1