UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HC2, INC.,

            Plaintiff,

v.

ANDREW DELANEY,

            Defendant.

---

Civil Action No.: 20-cv-3178 (LJL)

## DECLARATION OF MICHAEL NACCHIO, ESQ. IN SUPPORT OF HC2, INC.'S MOTION TO SUBSTITUTE THE CHAPTER 7 TRUSTEE

I, MICHAEL NACCHIO, declare as follows:

1. I am an attorney at law in the State of New York, admitted practice before this Court, and am a Shareholder in the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for HC2, Inc. ("HC2") in the above-captioned matter.

2. I submit this declaration in support of HC2's motion to substitute Gregory Messer, Esq., Chapter 7 Trustee of Delaney's bankruptcy estate, in place of Andrew Delany ("Delany") as the real party in interest.

3. Attached hereto as **Exhibit "A"** is a true and correct copy of the docket report in In re Andrew J. Delaney, No. 1-20-44372 (Bankr. E.D.N.Y.), current as of October 8, 2021.

4. Attached as **Exhibit "B"** is a true and correct copy of the Order of the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, dated October 6, 2021, in In re Andrew J. Delaney, approving the Stipulation by and Between the Chapter 7 Trustee and HC2, Inc., Resolving All Claims.

5. The settlement between Mr. Messer and HC2, Inc. does not resolve HC2's affirmative claims against Mr. Delaney. Mr. Delaney has not been granted a discharge but HC2 will promptly advise this Court of the status of its claims against Mr. Delaney if Mr. Delaney is granted a discharge.

6. I declare under penalty of perjury that the above is true and correct, and that I executed this declaration this 8th day of October 2021.

*/s/ Michael Nacchio*
Michael Nacchio

48846411.1