# EXHIBIT A

**MEANSU, IFP, RESCIND, 727OBJ**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1-20-44372-jmm

| | |
|---|---|
| *Date filed:* | 12/23/2020 |
| *341 meeting:* | 02/02/2021 |
| *Deadline for filing claims:* | 06/16/2021 |
| *Deadline for objecting to discharge:* | 08/13/2021 |
| *Deadline for financial mgmt. course:* | 04/05/2021 |

*Assigned to:* Jil Mazer-Marino
Chapter 7
Voluntary
Asset

*Debtor*                                        represented by **Andrew John Delaney**
**Andrew John Delaney**                          PRO SE
330-340 Baychester Ave #1009
Bronx, NY 10475                                 **Christopher Teny Beres**
QUEENS-NY                                       1600 Sarno Road
SSN / ITIN: xxx-xx-0803                          Suite 1
                                                Melbourne, FL 32935
                                                321-339-9301
                                                Email: christopherberes8@gmail.com
                                                *TERMINATED: 10/06/2021*

                                                **Rachel S. Blumenfeld**
                                                (See above for address)
                                                *TERMINATED: 07/01/2021*

*Trustee*                                       represented by **Gary F. Herbst**
**Gregory Messer**                               LaMonica Herbst & Maniscalco, LLP
Law Offices of Gregory Messer, PLLC              3305 Jerusalem Avenue, Suite 201
26 Court Street                                  Wantagh
Suite 2400                                       Wantagh, NY 11793
Brooklyn, NY 11242                               (516) 826-6500
(718) 858-1474                                   Fax : (516) 826-0222
                                                Email: gh@lhmlawfirm.com

                                                **Salvatore LaMonica**
                                                LaMonica Herbst and Maniscalco
                                                3305 Jerusalem Ave
                                                Wantagh, NY 11793
                                                (516) 826-6500
                                                Fax : (516) 826-0222
                                                Email: sl@lhmlawfirm.com

                                                **LaMonica Herbst & Maniscalco,
                                                LLP**
                                                3305 Jerusalem Avenue
                                                Suite 201
                                                Wantagh, NY 11793
                                                516-826-6500

**Cristina Mihaela Lipan**
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500
Fax : (516) 826-0222
Email: cl@lhmlawfirm.com

**Gregory Messer**
Law Offices of Gregory Messer,
PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242
(718) 858-1474
Fax : (718) 797-5360
Email: gremesser@aol.com

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 12/23/2020 | [1](#)<br>(57 pgs) | Chapter 7 Voluntary Petition for Individuals. IFP Fee Waived Filed by Andrew John Delaney **Filed Via Electronic Dropbox** (jjk) (Entered: 12/23/2020) |
| 12/23/2020 | | Meeting of Creditors Chapter 7 No Asset & Appointment of Chapter 7 Trustee, Gregory Messer, 341(a) Meeting to be held on 02/02/2021 at 01:30 PM at 271-C Cadman Plaza East, Room 4515, Brooklyn, NY. Last day to oppose discharge or dischargeability is 04/05/2021. Financial Management Certificate due by 04/05/2021. (Entered: 12/23/2020) |
| 12/23/2020 | [3](#)<br>(1 pg) | Certificate of Credit Counseling for Debtor Filed by Andrew John Delaney **Filed Via Electronic Dropbox** (jjk) (Entered: 12/23/2020) |
| 12/23/2020 | [4](#)<br>(1 pg) | Employee Income Records / Copies of Pay Statements Filed by Andrew John Delaney **Filed Via Electronic Dropbox** (jjk) (Entered: 12/23/2020) |
| 12/23/2020 | [5](#)<br>(3 pgs) | Application to have the Chapter 7 Filing Fee Waived Filed by Andrew John Delaney. **Filed Via Electronic Dropbox** (jjk) (Entered: 12/23/2020) |
| 12/23/2020 | [6](#)<br>(7 pgs; 4 docs) | Request for Notice - Meeting of Creditors Chapter 7 No Asset (jjk) (Entered: 12/23/2020) |
| 12/25/2020 | [7](#) | BNC Certificate of Mailing with Notice of Electronic Filing Notice |

| | | |
|---|---|---|
| | (4 pgs) | Date 12/25/2020. (Admin.) (Entered: 12/26/2020) |
| 12/25/2020 | [8](#)<br>(5 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 12/25/2020. (Admin.) (Entered: 12/26/2020) |
| 12/28/2020 | [9](#)<br>(1 pg) | Certificate of Financial Management Course, Certificate 14912-NYE-DE-035206230 Filed for Debtor Andrew Delaney by 001 DebtorEdu LLC (1007bAdmin). (Entered: 12/28/2020) |
| 12/29/2020 | [10](#)<br>(3 pgs; 2 docs) | Order Granting Application To Have the Chapter 7 Filing Fee Waived. (Related Doc # [5](#)) Signed on 12/29/2020. (sem) (Entered: 12/30/2020) |
| 12/30/2020 | | Receipt of Chapter 7 IFP Filing Fee - $0.00. Receipt Number 328721. (MM) (admin) (Entered: 01/04/2021) |
| 01/01/2021 | [11](#)<br>(3 pgs) | BNC Certificate of Mailing with Copy of Order Notice Date 01/01/2021. (Admin.) (Entered: 01/02/2021) |
| 01/19/2021 | [12](#)<br>(2 pgs; 2 docs) | Notice of Rescheduled Telephonic 341 Meeting with Instructions. Meeting scheduled for February 2, 2021 at 1:30pm Filed by Gregory Messer. (Messer, Gregory) (Entered: 01/19/2021) |
| 01/21/2021 | [13](#)<br>(3 pgs) | BNC Certificate of Mailing with Notice of Reset of Section 341 Meeting of Creditors Notice Date 01/21/2021. (Admin.) (Entered: 01/22/2021) |
| 02/04/2021 | | Chapter 7 Trustee's Report of No Distribution: I, Gregory Messer, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 1110.00, Assets Exempt: Not Available, Claims Scheduled: $ 44434.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 44434.00. (Messer, Gregory) (Entered: 02/04/2021) |
| 03/09/2021 | [14](#)<br>(1 pg) | Recision Filed by Gregory Messer (RE: related document(s) Chapter 7 Trustee's Report of No Distribution). (Messer, Gregory) (Entered: 03/09/2021) |
| 03/12/2021 | [15](#)<br>(1 pg) | Notice of Change of Debtor's Address of Andrew John Delaney from 182-30 Wexford Terrace, Apt. 6R, Jamaica Estates, NY 11432 to 127 West 80th Street, New York, NY 10024 Filed by Andrew John Delaney **Filed Via Electronic Dropbox** (jjk) (Entered: 03/12/2021) |
| 03/12/2021 | [16](#)<br>(4 pgs) | Motion to Dismiss Case Filed by Andrew John Delaney. Hearing scheduled for 4/8/2021 at 02:00 PM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. **Filed Via Electronic Dropbox** (jjk) (Entered: 03/12/2021) |

| 03/15/2021 | [17](#)<br>(10 pgs) | Amended Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a): Schedule A/B Filed by Andrew John Delaney **Filed Via Electronic Dropbox** (jjk) (Entered: 03/15/2021) |
|---|---|---|
| 03/15/2021 | [18](#)<br>(9 pgs) | Amended Schedule and Affidavit Pursuant to E.D.N.Y. LBR LR1009-1(a): Schedule E/F, Matrix Fee Amount $32 Filed by Andrew John Delaney (FEE NOT PAID) **Filed Via Electronic Dropbox** (drk) (Entered: 03/16/2021) |
| 03/16/2021 | [19](#)<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Douglas A Goldstein on behalf of HC2, Inc. (Goldstein, Douglas) (Entered: 03/16/2021) |
| 03/17/2021 | | Trustee's Discovery of Assets Filed by Gregory Messer. (Messer, Gregory) (Entered: 03/17/2021) |
| 03/18/2021 | [20](#)<br>(2 pgs; 2 docs) | Notice of Discovery of Assets Proofs of Claims due by 06/16/2021. (discassets) (Entered: 03/18/2021) |
| 03/20/2021 | [21](#)<br>(3 pgs) | BNC Certificate of Mailing with Notice of Discovery of Assets Notice Date 03/20/2021. (Admin.) (Entered: 03/21/2021) |
| 03/25/2021 | | Receipt of Amendment to Schedules Filing Fee - $32.00. Receipt Number 328883. (JK) (admin) (Entered: 03/26/2021) |
| 03/26/2021 | [22](#)<br>(71 pgs; 4 docs) | Objection *to Debtor's Motion to Dismiss* Filed by Gary F. Herbst on behalf of Gregory Messer (RE: related document(s)[16](#) Motion to Dismiss Case filed by Debtor Andrew John Delaney) (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C) (Herbst, Gary) (Entered: 03/26/2021) |
| 03/26/2021 | [23](#)<br>(7 pgs; 2 docs) | Motion to Extend Time to Object to Discharge Filed by Gary F. Herbst on behalf of Gregory Messer. Hearing scheduled for 4/20/2021 at 10:00 AM at Teleconference - Brooklyn. (Attachments: # [1](#) Proposed Order) (Herbst, Gary) (Entered: 03/26/2021) |
| 03/26/2021 | [24](#)<br>(2 pgs) | Affidavit/Certificate of Service Filed by Cristina Mihaela Lipan on behalf of Gregory Messer (RE: related document(s)[22](#) Objection filed by Trustee Gregory Messer) (Lipan, Cristina) (Entered: 03/26/2021) |
| 03/26/2021 | [25](#)<br>(2 pgs) | Affidavit/Certificate of Service Filed by Cristina Mihaela Lipan on behalf of Gregory Messer (RE: related document(s)[23](#) Motion to Extend Time to Object to Discharge filed by Trustee Gregory Messer) (Lipan, Cristina) (Entered: 03/26/2021) |
| 03/26/2021 | [26](#)<br>(160 pgs; 8 docs) | Motion to Extend Time to Object to Discharge *and to Challenge Dischargeability of Debt* Filed by Douglas A Goldstein on behalf of HC2, Inc.. Hearing scheduled for 4/20/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Attachments: # [1](#) Application in support of motion # [2](#) Certification of Stephanos Zannikos # [3](#) Exhibits 1-3 to Zannikos Certification # [4](#) Exhibits 4-6 to Zannikos Certification # [5](#) Exhibit 7 to Zannikos Certification # [6](#) Exhibits 8-9 to Zannikos Certification # [7](#) Proposed Order) (Goldstein, Douglas) (Entered: 03/26/2021) |

| 03/26/2021 | [27](#)<br>(159 pgs; 7 docs) | Objection *to Debtor's Motion to Dismiss Case* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)[16](#) Motion to Dismiss Case filed by Debtor Andrew John Delaney) (Attachments: # [1](#) Certification of Stephanos Zannikos # [2](#) Exhibits 1-3 to Zannikos Certification # [3](#) Exhibits 4-6 to Zannikos Certification # [4](#) Exhibit 7 to Zannikos Certification # [5](#) Exhibits 8-9 to Zannikos Certification # [6](#) Certificate of Service) (Goldstein, Douglas) (Entered: 03/26/2021) |
| 03/26/2021 | [28](#)<br>(4 pgs) | Affidavit/Certificate of Service Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)[26](#) Motion to Extend Time to Object to Discharge filed by Creditor HC2, Inc.) (Goldstein, Douglas) (Entered: 03/26/2021) |
| 03/26/2021 | [29](#)<br>(2 pgs) | Amended Affidavit/Certificate of Service Filed by Cristina Mihaela Lipan on behalf of Gregory Messer (RE: related document(s)[23](#) Motion to Extend Time to Object to Discharge filed by Trustee Gregory Messer, [25](#) Affidavit/Certificate of Service filed by Trustee Gregory Messer) (Lipan, Cristina) (Entered: 03/26/2021) |
| 03/26/2021 | [30](#)<br>(4 pgs) | Amended Affidavit/Certificate of Service Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)[26](#) Motion to Extend Time to Object to Discharge filed by Creditor HC2, Inc.) (Goldstein, Douglas) (Entered: 03/26/2021) |
| 03/26/2021 | [31](#)<br>(2 pgs) | Amended Affidavit/Certificate of Service Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)[27](#) Objection filed by Creditor HC2, Inc.) (Goldstein, Douglas) (Entered: 03/26/2021) |
| 03/29/2021 | [32](#)<br>(1 pg) | Notice of Change of Debtor's Address of Andrew Delaney from 127 West 80th Street, New York, NY 10024 to 330-340 Baychester Ave #1009, Bronx, NY 10475 Filed by Andrew John Delaney (drk) (Entered: 03/30/2021) |
| 03/30/2021 | [33](#)<br>(2 pgs) | Supplemental Affidavit/Certificate of Service Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)[26](#) Motion to Extend Time to Object to Discharge filed by Creditor HC2, Inc.) (Goldstein, Douglas) (Entered: 03/30/2021) |
| 03/30/2021 | [34](#)<br>(2 pgs) | Supplemental Affidavit/Certificate of Service Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)[27](#) Objection filed by Creditor HC2, Inc.) (Goldstein, Douglas) (Entered: 03/30/2021) |
| 03/31/2021 | [35](#)<br>(1 pg) | Affidavit/Certificate of Service Filed by Cristina Mihaela Lipan on behalf of Gregory Messer (RE: related document(s)[22](#) Objection filed by Trustee Gregory Messer, [23](#) Motion to Extend Time to Object to Discharge filed by Trustee Gregory Messer, [32](#) Notice of Change of Debtor's Address filed by Debtor Andrew John Delaney) (Lipan, Cristina) (Entered: 03/31/2021) |
| 04/05/2021 | [36](#)<br>(1 pg) | Response to HC2, Inc. Objection to Motion to Dismiss Filed by Andrew John Delaney (RE: related document(s)[16](#) Motion to Dismiss Case filed by Debtor Andrew John Delaney, [27](#) Objection filed by Creditor HC2, Inc.) **Filed Via Electronic Dropbox** (jjk) (Entered: 04/05/2021) |
| 04/06/2021 | [37](#)<br>(8 pgs) | Application to Employ LaMonica Herbst & Maniscalco, LLP as Counsel *for the Trustee and Declaration in Support of the Trustee's* |

| | | |
|---|---|---|
| | | *Application to employ.* Filed by Gary F. Herbst on behalf of Gregory Messer. (Herbst, Gary) (Entered: 04/06/2021) |
| 04/08/2021 | | Hearing Held; Appearances: Gregory Messer Trustee, Gary Herbst and Christine Lipan Representing Trustee, Andrew Delaney Debtor, Douglas Goldstein Representing HC2 (RE: related document(s)16 Motion to Dismiss Case Filed by Debtor Andrew John Delaney) **-** Denied; Trustee to Submit Order (tml) (Entered: 04/09/2021) |
| 04/09/2021 | 38 (53 pgs) | Motion to Modify Automatic Stay Regarding 1:20-cv-03178 and Proposed Order Fee Amount $188 (Fee not Paid). Filed by Andrew John Delaney. Hearing scheduled for 5/4/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. **Filed Via Electronic Dropbox** (drk) Modified on 4/15/2021 for clarification (drk). (Entered: 04/12/2021) |
| 04/13/2021 | 40 (8 pgs) | Objection to HC2, Inc. Motion to Extend Time to Object to Discharge and to Challenge Dischargeability of Debt Filed by Andrew John Delaney (RE: related document(s)26 Motion to Extend Time to Object to Discharge filed by Creditor HC2, Inc.) **Filed Via Electronic Dropbox** (drk) (Entered: 04/14/2021) |
| 04/14/2021 | 39 (3 pgs) | Notice of Appearance and Request for Notice Filed by Rachel S. Blumenfeld on behalf of Andrew John Delaney (Blumenfeld, Rachel) (Entered: 04/14/2021) |
| 04/14/2021 | 41 (3 pgs) | Order Granting Application to Employ LaMonica Herbst & Maniscalco, LLP., as counsel to the Trustee effective as of March 8, 2021 (Related Doc # 37) Signed on 4/14/2021. (sem) (Entered: 04/14/2021) |
| 04/14/2021 | 42 (6 pgs) | Amended Motion to Modify Automatic Stay Regarding 1:20-cv-03178 and Waive the Filing Fee Filed by Andrew John Delaney (RE: related document(s)38 Motion for Relief From Stay filed by Debtor Andrew John Delaney) Hearing scheduled for 5/4/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. **Filed Via Electronic Dropbox** (drk) Modified on 4/15/2021 for clarification (drk). (Entered: 04/14/2021) |
| 04/15/2021 | 43 (3 pgs) | Notice of Proposed Stipulation to Extend Time to Object to the Debtor's Discharge/Dischargeability until August 13, 2021 Filed by Gary F. Herbst on behalf of Gregory Messer (RE: related document(s)23 Motion to Extend Time to Object to Discharge filed by Trustee Gregory Messer) (Herbst, Gary) Modified on 4/16/2021 to Correct Objection Date (jjk). (Entered: 04/15/2021) |
| 04/15/2021 | 44 (3 pgs) | Stipulation and Order by and between the Debtor and the Trustee that the Trustees time to object to the Debtors discharge pursuant to 11 U.S.C. § 727 is extended up to and including August 13, 2021, without prejudice to the Trustees right to seek a further extension or extensions of such time. The Trustee may make further applications for extension of time to object to the Debtors discharge beyond this date as the circumstances may warrant, provided that such Application is made on or before August 13, 2021. Signed on 4/15/2021. Last day to oppose discharge or dischargeability is 8/13/2021. (sem) (Entered: 04/16/2021) |
| 04/16/2021 | 45 (8 pgs; 2 docs) | Reply Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)26 Motion to Extend Time to Object to Discharge filed by |

| | | Creditor HC2, Inc., 40 Objection filed by Debtor Andrew John Delaney) (Attachments: # 1 Certificate of Service) (Goldstein, Douglas) (Entered: 04/16/2021) |
|---|---|---|
| 04/20/2021 | 46<br>(1 pg) | (Duplicate - See Document 47) - Letter of Adjournment: Hearing rescheduled from May 4, 2021 to June 15, 2021 at 10:00 a.m. Filed by Rachel S. Blumenfeld on behalf of Andrew John Delaney (Blumenfeld, Rachel) Modified on 4/21/2021 (tml). (Entered: 04/20/2021) |
| 04/20/2021 | | Hearing Held;Appearances: Rachel S. Blumenfeld Representing the Debtor, Stefan Zannikos Interested Party, Douglas A. Goldstein Representing the Creditor (RE: related document(s)26 Motion to Extend Time to Object to Discharge Filed by Creditor HC2, Inc.) - Granted; Submit Order (tmg) Modified on 4/21/2021 (tmg). (Entered: 04/20/2021) |
| 04/20/2021 | | Marked Off Without Hearing / Stipulation and Order Signed on 4/15/2021 (RE: related document(s) 23 Motion to Extend Time to Object to Discharge Filed by Gary F. Herbst on behalf of Gregory Messer. ) (tmg) (Entered: 04/20/2021) |
| 04/20/2021 | 47<br>(1 pg) | Letter of Adjournment: Hearing rescheduled from May 4, 2021 to June 15, 2021 at 10:00 a.m. Filed by Rachel S. Blumenfeld on behalf of Andrew John Delaney (RE: related document(s)38 Motion for Relief From Stay filed by Debtor Andrew John Delaney) (Blumenfeld, Rachel) (Entered: 04/20/2021) |
| 04/20/2021 | 48<br>(17 pgs) | Amended Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) Schedule A/B, Schedule C, : Statement of Financial Affairs Filed by Rachel S. Blumenfeld on behalf of Andrew John Delaney (Blumenfeld, Rachel) (Entered: 04/20/2021) |
| 04/24/2021 | 49<br>(1 pg) | Order Extending the Time of HC2, Inc. to Object to the Debtor's Discharge and to Challenge the Dischargeability of HC2., Inc.'s Claims Through and Including June 4, 2021. (Related Doc # 26) Signed on 4/24/2021. (vea) (Entered: 04/26/2021) |
| 05/04/2021 | | Adjourned Without Hearing - Hearing scheduled for 06/15/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (RE: related document(s) 38 Motion to Modify Automatic Stay Regarding 1:20-cv-03178) (tml) (Entered: 05/04/2021) |
| 05/20/2021 | 50<br>(25 pgs; 3 docs) | Ex Parte Motion for 2004 Examination *Authorizing HC2, Inc. to Issue Subpoenas Duces Tecum* Filed by Douglas A Goldstein on behalf of HC2, Inc.. (Attachments: # 1 Certification # 2 Proposed Order) (Goldstein, Douglas) (Entered: 05/20/2021) |
| 05/24/2021 | 51<br>(13 pgs; 2 docs) | Objection *to HC2's ex-parte motion to issuance of subpoenas* Filed by Rachel S. Blumenfeld on behalf of Andrew John Delaney (RE: related document(s)50 Motion for 2004 Examination filed by Creditor HC2, Inc.) (Attachments: # 1 Affidavit in Support of Opposition) (Blumenfeld, Rachel) (Entered: 05/24/2021) |
| 05/25/2021 | 52<br>(13 pgs; 2 docs) | Motion to Object/Reclassify/Reduce/Expunge Claims: Number 2 filed by HC2, Inc.. Objections to be filed on June 17, 2021 at 4:00 p.m.. Filed by Rachel S. Blumenfeld on behalf of Andrew John Delaney. Hearing scheduled for 6/24/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer- |

| | | Marino), Brooklyn, NY. (Attachments: # 1 Andrew Delaney Declaration in Support of Motion) (Blumenfeld, Rachel) (Entered: 05/25/2021) |
|---|---|---|
| 05/25/2021 | 53 (3 pgs) | Ex Parte Order, pursuant to Bankruptcy Rules 2004(a) and 9016, Authorizing HC2, Inc to issue subpoenas duces tecum upon Financial Institutions for records and documents pertaining to the Debtor's assets and financial affairs (Related Doc # 50) Signed on 5/25/2021. (ads) (Entered: 05/26/2021) |
| 06/04/2021 | 54 (22 pgs) | Adversary case 1-21-01047. Complaint by HC2, Inc. against Andrew John Delaney. Fee Amount $350. Nature(s) of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))). (Goldstein, Douglas) (Entered: 06/04/2021) |
| 06/09/2021 | 55 (1 pg) | Motion to Withdraw Documents #38 AND #42 Filed by Rachel S. Blumenfeld on behalf of Andrew John Delaney (RE: related document(s)38 Motion for Relief From Stay filed by Debtor Andrew John Delaney). (Blumenfeld, Rachel) Modified on 6/10/2021 (tmg). (Entered: 06/09/2021) |
| 06/14/2021 | 56 (1 pg) | Proposed Stipulation Substituting Counsel to the Debtor Filed by Rachel S. Blumenfeld on behalf of Andrew John Delaney. (Blumenfeld, Rachel) Modified on 6/15/2021 (ads). (Entered: 06/14/2021) |
| 06/14/2021 | | Withdrawn Off Without Hearing - PER LETTER - SEE DOCUMENT 55 - (RE: related document(s) 38 Motion to Modify Automatic Stay Regarding 1:20-cv-03178) (tml) (Entered: 06/15/2021) |
| 06/16/2021 | 57 (1 pg) | Affidavit/Certificate of Service *of Rule 2004 Subpoena on Bank of America* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)53 Order on Motion for Examination) (Goldstein, Douglas) (Entered: 06/16/2021) |
| 06/16/2021 | 58 (1 pg) | Affidavit/Certificate of Service *of Rule 2004 Subpoena on E-Trade* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)53 Order on Motion for Examination) (Goldstein, Douglas) (Entered: 06/16/2021) |
| 06/16/2021 | 59 (1 pg) | Affidavit/Certificate of Service *of Rule 2004 Subpoena on Charles Schwab* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)53 Order on Motion for Examination) (Goldstein, Douglas) (Entered: 06/16/2021) |
| 06/16/2021 | 60 (1 pg) | Affidavit/Certificate of Service *of Rule 2004 Subpoena on Wells Fargo* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)53 Order on Motion for Examination) (Goldstein, Douglas) (Entered: 06/16/2021) |
| 06/16/2021 | 61 (263 pgs; 10 docs) | [FILED INCORRECTLY - ATTORNEY ADVISED TO RESUBMIT] Opposition Response *and Cross-Motion* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)52 Motion to Object/Reclassify/Reduce/Expunge Claims filed by Debtor Andrew John Delaney) (Attachments: # 1 Opposition of HC2, Inc. to Claim Objection Filed by Debtor and Cross-Motion For Leave to File Amended Proof of Claim # 2 Declaration of Stephanos Zannikos, Esq. # 3 Exhibits A-D to Zannikos Declaration # 4 Exhibits E-H to Zannikos |

| | | |
|---|---|---|
| | | Declaration # 5 Exhibit I to Zannikos Declaration # 6 Exhibits J-K to Zannikos Declaration # 7 Certification of Douglas A. Goldstein, Esq. # 8 Proposed Order # 9 Certificate of Service) (Goldstein, Douglas) Modified on 6/17/2021 (sem). (Entered: 06/16/2021) |
| 06/16/2021 | 62 (1 pg) | Notice of Appearance and Request for Notice Filed by Christopher Teny Beres on behalf of Andrew John Delaney (Beres, Christopher) (Entered: 06/16/2021) |
| 06/17/2021 | 63 (263 pgs; 10 docs) | Cross Motion to Filed Proof of Claim *(Claim #2)* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)52 Motion to Object/Reclassify/Reduce/Expunge Claims filed by Debtor Andrew John Delaney). (Attachments: # 1 Cross-Motion For Leave to File Amended Proof of Claim # 2 Declaration of Stephanos Zannikos, Esq. # 3 Exhibits A-D to Declaration of Stephanos Zannikos, Esq. # 4 Exhibits E-H to Declaration of Stephanos Zannikos, Esq. # 5 Exhibit I to Declaration of Stephanos Zannikos, Esq. # 6 Exhibits J-K to Declaration of Stephanos Zannikos, Esq. # 7 Certification of Douglas A Goldstein, Esq. # 8 Proposed Order # 9 Certificate of Service) (Goldstein, Douglas) Modified on 6/21/2021 (tmg). (Entered: 06/17/2021) |
| 06/17/2021 | 64 (2 pgs) | Summons Served on Andrew John Delaney 6/8/2021 . (Goldstein, Douglas) (Entered: 06/17/2021) |
| 06/17/2021 | 65 (62 pgs; 11 docs) | Motion For Sanctions for Violation of the Automatic Stay Filed by Christopher Teny Beres on behalf of Andrew John Delaney. Hearing scheduled for 7/15/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Attachments: # 1 Debtor's Motion to Enforce Automatic Stay and for Sanctions # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Certificate of mailing) (Beres, Christopher) (Entered: 06/17/2021) |
| 06/19/2021 | 66 (1 pg) | Amended Notice of Motion For Sanctions for Violation of the Automatic Stay *(typo corrected)* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (RE: related document(s)65 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Andrew John Delaney). (Beres, Christopher) Modified on 6/21/2021 (tmg). (Entered: 06/19/2021) |
| 06/22/2021 | 67 (2 pgs) | Request for pre-motion conference for summary judgment against Adv. Pro. No. 1-21- 01047 per E.D.N.Y. Local Bankruptcy Rule 7056-1 Filed by Christopher Teny Beres on behalf of Andrew John Delaney. (Beres, Christopher) Modified on 6/23/2021 (ads). (Entered: 06/22/2021) |
| 06/22/2021 | 68 (2 pgs) | Request for pre-motion conference for summary judgment against Adv. Pro. No. 1-21- 01047 per E.D.N.Y. Local Bankruptcy Rule 7056-1 Filed by Christopher Teny Beres on behalf of Andrew John Delaney. (Beres, Christopher) Modified on 6/23/2021 (ads). (Entered: 06/22/2021) |
| 06/24/2021 | | Hearing Held and Adjourned; Appearances: Christopher Beres Representing Debtor, Douglas Goldstein Representing HC2 Inc - Hearing scheduled for 09/28/2021 at 11:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY.(RE: related document(s) 52 Motion to Object/Reclassify/Reduce/Expunge Claims Number 2 filed by HC2, Inc.) - 9/24/21 Discovery cutoff; Parties cannot extend without cause (tml) (Entered: 06/24/2021) |

| 06/27/2021 | 69 (1 pg) | Letter *that Law Office of Rachel S. Blumenfeld PLLC no longer represents the Debtor* Filed by Rachel S. Blumenfeld on behalf of Andrew John Delaney (Blumenfeld, Rachel) (Entered: 06/27/2021) |
|---|---|---|
| 07/01/2021 | 70 (1 pg) | Stipulation and Order by and between Andrew John Delaney and Rachel S. Blumenfeld, Esq., Substituting attorney Christopher T. Beres, Esq. is hereby substituted in the place and stead of Rachel S. Blumenfeld, Esq. as counsel for the Debtor. (Related Doc 56) Signed on 7/1/2021 (sem) (Entered: 07/02/2021) |
| 07/08/2021 | 71 (74 pgs; 5 docs) | Objection Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)65 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Andrew John Delaney, 66 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Andrew John Delaney) (Attachments: # 1 Certification of Douglas A. Goldstein and Exhibit 1 # 2 Exhibit 2 to Goldstein Certification # 3 Exhibits 3-8 to Goldstein Certification # 4 Certificate of Service) (Goldstein, Douglas) (Entered: 07/08/2021) |
| 07/12/2021 | 72 (14 pgs) | Letter *Requesting Conference Pursuant to E.D.N.Y. LBR 7007-1* Filed by Douglas A Goldstein on behalf of HC2, Inc. (Goldstein, Douglas) (Entered: 07/12/2021) |
| 07/13/2021 | 73 (8 pgs) | Letter *in Opposition to HC2 Letter (72)* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (Beres, Christopher) (Entered: 07/13/2021) |
| 07/14/2021 | | Conference Scheduled; Conference scheduled for 7/15/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (RE: related document(s)72 Letter requesting conference filed by Creditor HC2, Inc., 73 Letter in opposition) (tml) (Entered: 07/15/2021) |
| 07/15/2021 | | Hearing Held; Appearances: Christopher Beres Representing Debtor, Douglas Goldstein Representing HC2 Inc (RE: related document(s) 72 Letter Requesting Conference Pursuant to E.D.N.Y. LBR 7007-1 Filed by Douglas A Goldstein on behalf of HC2, Inc.) **-** Marked Off. (gaa) (Entered: 07/16/2021) |
| 07/15/2021 | | Hearing Held; Appearances: Christopher Beres Representing Debtor, Douglas Goldstein Representing HC2 Inc (RE: related document(s) 65 Motion For Sanctions for Violation of the Automatic Stay Filed by Christopher Teny Beres on behalf of Andrew John Delaney) **-** Denied; Counsel for HC2 Submit Order. (gaa) (Entered: 07/16/2021) |
| 07/16/2021 | 74 (80 pgs; 7 docs) | Motion For Sanctions *Pursuant to Fed. R. Bankr. P. 9011* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)65 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Andrew John Delaney, 66 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Andrew John Delaney). Telephonic Hearing scheduled for 8/10/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Attachments: # 1 Motion of HC2, Inc. d/b/a Hire Counsel for Entry of an Order for Sanctions # 2 Certification of Douglas A. Goldstein with Exhibit 1 # 3 Exhibit 2 to Goldstein Certification # 4 Exhibits 3 through 9 to Goldstein Certification # 5 Proposed Order # 6 Certificate of Service) (Goldstein, Douglas) Modified on 7/16/2021 (sem). (Entered: 07/16/2021) |

| 07/19/2021 | [75](#)<br>(2 pgs) | Letter *Regarding Withdrawal of Claim 2 and Cross-Motion (Doc. 63)* Filed by Douglas A Goldstein on behalf of HC2, Inc. (Goldstein, Douglas). Related document(s) [63](#) Cross Motion to File Amended Proof of Claim *(Claim #2)* filed by Creditor HC2, Inc.. Modified on 7/20/2021 (ads). (Entered: 07/19/2021) |
| --- | --- | --- |
| 07/19/2021 | [76](#)<br>(12 pgs; 4 docs) | Motion to Dismiss/Withdraw Claim 2 (proof of claim of HC2, Inc.) Filed by Douglas A Goldstein on behalf of HC2, Inc.. Telephonic Hearing scheduled for 8/10/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Attachments: # [1](#) Motion to Withdraw # [2](#) Proposed Order # [3](#) Certificate of Service) (Goldstein, Douglas) Modified on 7/20/2021 (sem). (Entered: 07/19/2021) |
| 07/20/2021 | [77](#)<br>(6 pgs; 3 docs) | Ex Parte Motion to Limit Notice *and Schedule Expedited Hearing* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s) [76](#) Motion to Dismiss/Withdraw Document filed by Creditor HC2, Inc.). (Attachments: # [1](#) Certification in Support # [2](#) Proposed Order) (Goldstein, Douglas) (Entered: 07/20/2021) |
| 07/21/2021 | [78](#)<br>(1 pg) | Letter *of Consent and No Objection to Motions Documents Nos. 76 and 77* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (RE: related document(s) [76](#) Motion to Dismiss/Withdraw Document filed by Creditor HC2, Inc., [77](#) Motion to Limit Notice filed by Creditor HC2, Inc.) (Beres, Christopher) (Entered: 07/21/2021) |
| 07/22/2021 | [79](#)<br>(1 pg) | Letter Providing Notice of Court Hearing Filed by Douglas A Goldstein on behalf of HC2, Inc. Hearing scheduled for 7/27/2021 at 10:30 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (RE: related document(s) [75](#) Letter filed by Creditor HC2, Inc., [76](#) Motion to Dismiss/Withdraw Document filed by Creditor HC2, Inc., [77](#) Motion to Limit Notice filed by Creditor HC2, Inc., [78](#) Letter filed by Debtor Andrew John Delaney) (Goldstein, Douglas) (Entered: 07/22/2021) |
| 07/23/2021 | [80](#)<br>(1 pg) | Order Denying Motion For Sanctions for Violation of the Automatic Stay (Related Doc # [66](#)) Signed on 7/23/2021. (sem) (Entered: 07/23/2021) |
| 07/29/2021 | [81](#)<br>(3 pgs; 2 docs) | Letter *With Proposed Order* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (RE: related document(s) [76](#) Motion to Dismiss/Withdraw Document filed by Creditor HC2, Inc., [77](#) Motion to Limit Notice filed by Creditor HC2, Inc.) (Attachments: # [1](#) Proposed Order) (Beres, Christopher) (Entered: 07/29/2021) |
| 07/30/2021 | [82](#)<br>(4 pgs) | Response *to Proposed Order Filed on Behalf of the Debtor* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s) [81](#) Letter filed by Debtor Andrew John Delaney) (Goldstein, Douglas) (Entered: 07/30/2021) |
| 08/01/2021 | [83](#)<br>(1 pg) | Ordered, that the Motion is granted as set forth below: 1. Claim 2 of HC2 is hereby withdrawn, with prejudice to HC2s right to file another proof of claim in this bankruptcy case. 2. Discovery concerning Claim 2 and concerning the objection filed by the Debtor against Claim 2 in this case is hereby terminated. 3. The hearing scheduled for September 28, 2021 at 11:00 a.m. concerning the objection filed by the Debtor against Claim 2 in this case is hereby cancelled. 4. The entry of this Order does not limit or affect the jurisdiction of this Court over HC2 or over any adversary proceeding currently pending before this Court that involves |

| | | |
|---|---|---|
| | | HC2. (Related Doc # 76) Signed on 8/1/2021. (sem) (Entered: 08/02/2021) |
| 08/06/2021 | 84<br>(3 pgs) | Notice of Proposed Stipulation By and Between HC2, Inc. and Andrew John Delaney to Withdrawal of Motion for Entry of an Order for Sanctions Against Christopher T. Beres, Esq. and Andrew John Delaney Pursuant to Fed. R. Bankr. P. 9011 Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)74 Motion for Sanctions filed by Creditor HC2, Inc.) (Goldstein, Douglas) (Entered: 08/06/2021) |
| 08/09/2021 | 85<br>(5 pgs; 3 docs) | Affidavit Re: *Affidavit of Debtor No Consideration Paid to HC2 for Withdrawals* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (Attachments: # 1 Certification of Debtor's Counsel # 2 Affirmation of Service) (Beres, Christopher) (Entered: 08/09/2021) |
| 08/09/2021 | 86<br>(3 pgs) | Notice of Proposed Stipulation By and Between HC2, Inc. and Andrew John Delaney to Withdrawal of Motion for Entry of an Order for Sanctions Against Christopher T. Beres, Esq. and Andrew John Delaney Pursuant to Fed. R. Bankr. P. 9011 Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)74 Motion for Sanctions filed by Creditor HC2, Inc.) (Goldstein, Douglas) (Entered: 08/09/2021) |
| 08/09/2021 | 87<br>(3 pgs) | Stipulation and Order by and between Creditor HC2, Inc., d/b/a Hire Counsel and Debtor Andrew John Delaney of Withdrawal of Motions for Sanctions (RE: related document(s)74). Signed on 8/9/2021 (sem) (Entered: 08/10/2021) |
| 08/10/2021 | | Withdrawn Without Hearing - STIPULATION AND AGREED ORDER SIGNED ON 8/9/21 - SEE DOCUMENT 87 - (RE: related document(s) 74 Motion For Sanctions Pursuant to Fed. R. Bankr. P. 9011 Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s) 65 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Andrew John Delaney, 66 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Andrew John Delaney). (tml) (Entered: 08/10/2021) |
| 08/10/2021 | | Withdrawn Without Hearing - STIPULATION AND AGREED ORDER SIGNED ON 8/9/21 - SEE DOCUMENT 87 - (RE: related document(s) 76 Motion to Dismiss/Withdraw Claim 2 (proof of claim of HC2, Inc.) (tml) (Entered: 08/10/2021) |
| 08/27/2021 | 88<br>(1 pg) | Letter *Regarding Report and Petition* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (Beres, Christopher) (Entered: 08/27/2021) |
| 08/30/2021 | 89<br>(8 pgs; 3 docs) | Motion to Compel *Seeking Issuance of Discharge* Filed by Christopher Teny Beres on behalf of Andrew John Delaney. Hearing scheduled for 9/23/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Attachments: # 1 Application in Support of Motion # 2 Certificate of Service) (Beres, Christopher) (Entered: 08/30/2021) |
| 09/01/2021 | 90<br>(20 pgs; 3 docs) | Motion to Approve Stipulation *of Settlement Between the Trustee and HC2, Inc..* Objections to be filed on September 21, 2021 at 4:00 p.m.. Filed by Salvatore LaMonica on behalf of Gregory Messer. Telephonic Hearing scheduled for 9/28/2021 at 02:00 PM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Attachments: # 1 Exhibit A - Stipulation |

| | | |
|---|---|---|
| | | # 2 Proposed Order) (LaMonica, Salvatore) Modified on 9/2/2021 (sem). (Entered: 09/01/2021) |
| 09/02/2021 | 91 (8 pgs) | Letter *Regarding Consideration Paid for Withdrawals* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (Rel Doc # 63, 75, 76, 85, 88, 90) (Beres, Christopher) (Entered: 09/02/2021) |
| 09/02/2021 | 92 (2 pgs) | Letter *Regarding Goldstein E-Mail* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (Beres, Christopher) (Entered: 09/02/2021) |
| 09/02/2021 | 93 (2 pgs) | Letter *Regarding Goldstein and Zannikos Florida Activities* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (Beres, Christopher) (Entered: 09/02/2021) |
| 09/02/2021 | 94 (3 pgs) | Affidavit/Certificate of Service Filed by Cristina Mihaela Lipan on behalf of Gregory Messer (RE: related document(s)90 Motion to Approve Stipulation filed by Trustee Gregory Messer) (Lipan, Cristina) (Entered: 09/02/2021) |
| 09/03/2021 | 95 (3 pgs) | Letter Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)91 Letter filed by Debtor Andrew John Delaney, 92 Letter filed by Debtor Andrew John Delaney, 93 Letter filed by Debtor Andrew John Delaney) (Goldstein, Douglas) (Entered: 09/03/2021) |
| 09/07/2021 | 96 (2 pgs; 2 docs) | Letter *Debtor's Termination of Counsel and Counsel's Consent* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (Attachments: # 1 Debtor's Counsel's Consent to Termination) (Beres, Christopher) (Entered: 09/07/2021) |
| 09/08/2021 | 97 (2 pgs) | Response *and Limited Objection to the Debtor's Motion to Issue a Discharge* Filed by Gary F. Herbst on behalf of Gregory Messer (RE: related document(s)89 Motion to Compel filed by Debtor Andrew John Delaney) (Herbst, Gary) (Entered: 09/08/2021) |
| 09/15/2021 | 98 (4 pgs; 3 docs) | Order Directing the Debtor and Christopher Teny Beres to appear at a hearing to Show Cause why this Court should not sanction Beres for not complying with Local Bankruptcy Rules 2090-1(b) and 2090-2(RE: related document(s)96 Letter filed by Debtor Andrew John Delaney). Signed on 9/15/2021. Telephonic Show Cause hearing to be held on 9/28/2021 at 02:00 PM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Attachments: # 1 Exhibit Service List) (sem) (Entered: 09/15/2021) |
| 09/15/2021 | 99 (4 pgs) | Letter *Letter to the Court regarding OSC* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (Beres, Christopher) (Entered: 09/15/2021) |
| 09/15/2021 | 100 (9 pgs; 4 docs) | [INCORRECT CASE NUMBER - ATTORNEY ADVISED TO RESUBMIT] Motion to Withdraw as Attorney . Objections to be filed on September 30, 2021. Hearing on Objections, if any, will be held on: October 14, 2021 10 o'clock. Filed by Christopher Teny Beres on behalf of Andrew John Delaney. Hearing scheduled for 10/14/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY.Order to be presented for signature on 9/15/2021. (Attachments: # 1 Motion to Withdraw # 2 Proposed Order # 3 Certificate of Service) (Beres, Christopher) Modified on 9/16/2021 (sem). (Entered: 09/15/2021) |

| | | |
|---|---|---|
| 09/16/2021 | [101](link)<br>(3 pgs; 2 docs) | [NOTICE OF HEARING OMITTED - ATTORNEY ADVISED TO RESUBMIT] Motion to Withdraw as Attorney *Application of Debtor* Filed by Christopher Teny Beres on behalf of Andrew John Delaney. (Attachments: # [1](link) Certificate of Service) (Beres, Christopher) Modified on 9/16/2021 (sem). (Entered: 09/16/2021) |
| 09/16/2021 | [102](link)<br>(9 pgs; 4 docs) | Motion to Withdraw as Attorney . Objections to be filed on September 30, 2021 4:00 p.m.. Hearing on Objections, if any, will be held on: October 14, 2021 10:00 a.m.. Filed by Christopher Teny Beres on behalf of Andrew John Delaney (RE: related document(s)[100](link) Motion to Withdraw as Attorney filed by Debtor Andrew John Delaney). Hearing scheduled for 10/14/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY.Order to be presented for signature on 9/16/2021. (Attachments: # [1](link) Motion to Withdraw as Counsel to Debtor # [2](link) Proposed Order # [3](link) Certificate of Service) (Beres, Christopher) (Entered: 09/16/2021) |
| 09/16/2021 | [103](link)<br>(5 pgs; 4 docs) | Amended Motion to Withdraw as Attorney *Application of Debtor* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (RE: related document(s)[101](link) Motion to Withdraw as Attorney filed by Debtor Andrew John Delaney). (Attachments: # [1](link) Application by Debtor for Termination/Withdrawal of Counsel # [2](link) Proposed Order # [3](link) Certificate of Service) (Beres, Christopher) (Entered: 09/16/2021) |
| 09/17/2021 | [104](link)<br>(4 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 09/17/2021. (Admin.) (Entered: 09/18/2021) |
| 09/20/2021 | [105](link)<br>(6 pgs) | Objection *Debtor's Objection to Trustee's Motion to Approve HC2 Stipulation* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (RE: related document(s)[90](link) Motion to Approve Stipulation filed by Trustee Gregory Messer) (Beres, Christopher) (Entered: 09/20/2021) |
| 09/20/2021 | [106](link)<br>(1 pg) | Affidavit/Certificate of Service Filed by Christopher Teny Beres on behalf of Andrew John Delaney (RE: related document(s)[105](link) Objection filed by Debtor Andrew John Delaney) (Beres, Christopher) (Entered: 09/20/2021) |
| 09/21/2021 | [107](link)<br>(7 pgs; 3 docs) | Motion to Dismiss Case Filed by Christopher Teny Beres on behalf of Andrew John Delaney. Hearing scheduled for 10/14/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Attachments: # [1](link) Application in Support of Debtor's Motion to Dismiss Chapter 7 Petition # [2](link) Certficate of Service) (Beres, Christopher) (Entered: 09/21/2021) |
| 09/21/2021 | [108](link)<br>(1 pg) | Motion to Dismiss/Withdraw *Dkt. No. 107 and Cancel Hearing Date* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (RE: related document(s)[107](link) Motion to Dismiss Case filed by Debtor Andrew John Delaney). Hearing scheduled for 10/14/2021 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Beres, Christopher) (Entered: 09/21/2021) |
| 09/23/2021 | | Hearing Held; Appearances: Christopher Teny Beres for Debtor; Andrew Delaney, Debtor; Gary Herbst and Cristina Lipan for the Trustee (related document(s): [89](link) Motion to Compel, Seeking Discharge of Debtor filed by Andrew John Delaney) - MOTION DENIED - Submit Order by Gary Herbst - (AlviannaDobson) (Entered: 09/23/2021) |
| 09/23/2021 | | Hearing Held and Adjourned; Appearances: Christopher Teny Beres for Debtor; Andrew Delaney, Debtor; Gary Herbst and Cristina Lipan for the |

| | | |
|---|---|---|
| | | Trustee. Hearing scheduled for 9/28/2021 at 02:00 PM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (RE: related document(s)[101](javascript:void(0)) Motion to Withdraw as Attorney filed by Debtor Andrew John Delaney, [103](javascript:void(0)) Motion to Withdraw as Attorney filed by Debtor Andrew John Delaney) (ads) (Entered: 09/23/2021) |
| 09/23/2021 | [109](javascript:void(0))<br>(6 pgs) | Reply *In Support of Chapter 7 Trustee's Motion to Approve Stipulation* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)[90](javascript:void(0)) Motion to Approve Stipulation filed by Trustee Gregory Messer, [105](javascript:void(0)) Objection filed by Debtor Andrew John Delaney) (Goldstein, Douglas) (Entered: 09/23/2021) |
| 09/23/2021 | [110](javascript:void(0))<br>(7 pgs; 2 docs) | Amended Reply *In Support of Chapter 7 Trustee's Motion to Approve Stipulation* Filed by Douglas A Goldstein on behalf of HC2, Inc. (RE: related document(s)[90](javascript:void(0)) Motion to Approve Stipulation filed by Trustee Gregory Messer, [105](javascript:void(0)) Objection filed by Debtor Andrew John Delaney) (Attachments: # [1](javascript:void(0)) Certificate of Service) (Goldstein, Douglas) (Entered: 09/23/2021) |
| 09/23/2021 | [111](javascript:void(0))<br>(7 pgs) | Reply *Trustee's Reply to Debtor's Objection to Trustee's Motion to Settle with HC2* Filed by Gary F. Herbst on behalf of Gregory Messer (RE: related document(s)[90](javascript:void(0)) Motion to Approve Stipulation filed by Trustee Gregory Messer, [105](javascript:void(0)) Objection filed by Debtor Andrew John Delaney) (Herbst, Gary) (Entered: 09/23/2021) |
| 09/24/2021 | [112](javascript:void(0))<br>(2 pgs) | Letter *Regarding Timing of Filing of Declaration* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (Beres, Christopher) (Entered: 09/24/2021) |
| 09/25/2021 | [113](javascript:void(0))<br>(13 pgs; 2 docs) | Affirmation in Opposition *Sur-Reply Affirmation in Opposition* Filed by Christopher Teny Beres on behalf of Andrew John Delaney (RE: related document(s)[90](javascript:void(0)) Motion to Approve Stipulation filed by Trustee Gregory Messer) (Attachments: # [1](javascript:void(0)) Chapter 13 Plan Summary Certificate of Service) (Beres, Christopher) (Entered: 09/25/2021) |
| 09/27/2021 | [114](javascript:void(0))<br>(3 pgs; 2 docs) | Order Denying Motion to Compel Discharge and Adjourning Hearings on Motions for Withdrawal of Christopher T Beres as Counsel for the Debtor; the hearings on the motions of Christopher Beres to Withdraw as Attorney (Doc. Nos. 100 and 101) and the Motions of the Debtor to Permit the Termination or Withdrawal of Christopher Beres as counsel to the Debtor (Doc. Nos. 102 and 103) are hereby adjourned to September 28, 2021 at 2:00 p.m. (related documents [100](javascript:void(0)), [101](javascript:void(0)), [102](javascript:void(0)), [103](javascript:void(0)) Motion to Withdraw as Attorney). Signed on 9/27/2021 (ads) (Entered: 09/27/2021) |
| 09/28/2021 | | Marked Off without hearing **-** Order Signed **-** See Document 83 **-** (RE: related document(s) [52](javascript:void(0)) Motion to Object/Reclassify/Reduce/Expunge Claims Number 2 filed by HC2, Inc.) (tml) (Entered: 09/28/2021) |
| 09/28/2021 | | Hearing Held; RE: Related document(s) [90](javascript:void(0)) Motion to Approve Stipulation of Settlement Between the Trustee and HC2, Inc **-** Granted As Reflected in the Record; Submit Order (tml) (Entered: 09/28/2021) |
| 09/28/2021 | | Hearing Held; RE: Related document(s) [98](javascript:void(0)) Order Directing the Debtor and Christopher Teny Beres to appear at a hearing to Show Cause why this Court should not sanction Beres for not complying with Local Bankruptcy |

| | | |
|---|---|---|
| | | Rules 2090-1(b) and 2090-2(RE: related document(s) 96 Letter filed by Debtor Andrew John Delaney) - Marked Off (tml) (Entered: 09/28/2021) |
| 09/28/2021 | | Hearing Held; (RE: Related document(s) 103 Amended Motion to Withdraw as Attorney Application of Debtor Filed by Christopher Teny Beres on behalf of Andrew John Delaney (RE: related document(s) 101 Motion to Withdraw as Attorney) - No Opposition - Granted; Submit Order (tml) (Entered: 09/28/2021) |
| 09/29/2021 | 115 (4 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 09/29/2021. (Admin.) (Entered: 09/30/2021) |
| 10/06/2021 | 116 (9 pgs; 2 docs) | Order, pursuant to Federal Rule of Bankruptcy Procedure 9019(a), Approving the Chapter 7 Stipulation by and between the Chapter 7 Trustee and HC2, Inc., Resolving all Claims (Related Doc # 90) Signed on 10/6/2021. (Attachments: # 1 Exhibit Stipulation of Settlement) (sem) (Entered: 10/06/2021) |
| 10/06/2021 | 117 (1 pg) | **IT IS HEREBY ORDERED**, that Christopher T. Beres, Esq. is withdrawn as an attorney of record on behalf of the Debtor Andrew Delaney; and **IT IS FURTHER ORDERED**, that Christopher T. Beres, Esq. shall no longer receive electronic notices from the Courts CM/ECF system in this proceeding (Related Doc # 103) Signed on 10/6/2021. (sem) (Entered: 10/06/2021) |
| 10/07/2021 | 118 | Transcript & Notice regarding the hearing held on 09/23/21. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the Office of the Clerk or may be purchased from the court transcriber. [Please see the court's website for contact information for the Transcription Service Agency]. (RE: related document(s) 89 Motion to Compel, 101 Motion to Withdraw as Attorney). Notice of Intent to Request Redaction Due By 10/14/2021. Redaction Request Due By 10/28/2021. Redacted Transcript Submission Due By 11/8/2021. TRANSCRIPT ACCESS WILL BE ELECTRONICALLY RESTRICTED THROUGH 01/5/2022 AND MAY BE VIEWED AT THE OFFICE OF THE CLERK. (Veritext) (Entered: 10/07/2021) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/08/2021 11:46:35 | | |
| **PACER Login:** od000028 | **Client Code:** | 029879.000036/ |
| **Description:** Docket Report | **Search Criteria:** | 1-20-44372-jmm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** 14 | **Cost:** | 1.40 |