**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| HC2, INC., | Civil Action No.: 20-cv-3178 (LJL) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| ANDREW DELANEY, | |
| Defendant. | |

---

This matter having been opened to the Court by Ogletree, Deakin, Nash, Smoak & Stewart, P.C. attorneys for Plaintiff-Counter Defendant HC2, Inc. ("HC2"), on notice to Defendant Andrew Delaney, by way of HC2's Motion to Substitute the Chapter 7 Trustee of the estate of Andrew Delaney, and the Court having reviewed the submissions of the parties; and having heard the oral arguments of the parties (if any); and for good cause shown:

**IT IS** on this _____ day of _____,

**ORDERED**, that HC2's Motion to Substitute the Chapter 7 Trustee of the estate of Andrew Delaney is granted.

_____
HON. LEWIS J. LIMAN, U.S.D.J.

Opposed _____
Unopposed _____

48852723.1