**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile:  973-656-1611
www.ogletree.com

Michael Nacchio
Michael.Nacchio@ogletreedeakins.com

November 8, 2021

**Via ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      *Re:*    *HC2, Inc. v. Andrew Delaney*
             *Civil Action No. 20-cv-03178-LJL*

Dear Judge Liman:

      On behalf of HC2, Inc., we are in receipt of Defendant's letter filed today (ECF No. 142) in response to the Court's Order to Show Cause ("OTSC") dated October 25, 2021 (ECF 141).  The Court's OTSC did not direct Plaintiff to submit further briefing in regards to its motion to substitute the Chapter 7 Trustee, Mr. Messer.  We therefore submit this letter to inform the Court that HC2 stands ready to provide any further response should the Court deem one necessary.  HC2 does not agree with any of the contentions raised in Defendant's letter filed today, of which Mr. Messer, as Trustee, had sole and exclusive standing to assert and which he has since decidedly withdrawn, as set forth in Plaintiff's fully-submitted motion to substitute currently pending before the Court.

      Plaintiff thanks the Court for its time and attention to this matter.

                     Respectfully Submitted,

                     OGLETREE, DEAKINS, NASH,
                     SMOAK & STEWART, P.C.

                     *s/ Michael Nacchio*

                     Michael Nacchio

49221457.1

**A South Carolina Professional Corporation** ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta • Austin • Berlin (Germany) • Birmingham • Bloomfield Hills • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis
Morristown • Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • Richmond
St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington