```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HC2, INC.,                                                         :
                                                                   :
                            Plaintiff,                             :
                                                                   :    20-cv-3178 (LJL)
            -v-                                                    :
                                                                   :       ORDER
ANDREW DELANEY,                                                    :
                                                                   :
                            Defendant.                             :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     Pending before the Court is Plaintiff HC2, Inc.'s motion to substitute the Chapter 7 Trustee, Gregory Messer, in place of Defendant Andrew Delaney.  Dkt. No. 136.  Having reviewed the submissions of the parties, the Court hereby ORDERS that the motion to substitute the Chapter 7 Trustee be granted.

     The Clerk of Court is respectfully directed to modify the docket so that Gregory Messer, as Chapter 7 Trustee, is the operative Defendant in this action.

     The Clerk of Court is respectfully directed to close Dkt. No. 136.

     SO ORDERED.

Dated: November 9, 2021
       New York, New York
                                         LEWIS J. LIMAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2021