November 12, 2021

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HC2, INC.,

            Plaintiff,

v.

ANDREW DELANEY,

            Defendant.

Civil Action No.: 1:20-cv-3178 (LJL)

## STIPULATION OF DISCONTINUANCE, WITHDRAWAL AND DISMISSAL OF AMENDED COUNTERCLAIMS

WHEREAS, on December 23, 2020, defendant, Andrew J. Delaney ("Delaney"), filed a voluntary petition for bankruptcy under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of New York, Case No. 1-20-44372-jmm; and

WHEREAS, on December 23, 2020, Gregory Messer, Esq. was appointed as the Chapter 7 Trustee of the bankruptcy estate of Delaney (the "Trustee"); and

WHEREAS, on July 31, 2021, Delaney filed his first amended answer and counterclaims (Doc. 74) against HC2 in this lawsuit.

IT IS THEREFORE stipulated and agreed by and among plaintiff, HC2, Inc., and the Trustee on behalf of the bankruptcy estate of Delaney, that Delaney's first amended counterclaims filed in this action (Doc. 74) be, and the same hereby are, voluntarily discontinued, withdrawn and dismissed, with prejudice.

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>Attorneys for plaintiff, HC2, Inc. | GREGORY MESSER, ESQ.<br>Chapter 7 Trustee for the bankruptcy estate of defendant, Andrew Delaney |

By: _/s/ Michael Nacchio_

Michael Nacchio, Esq.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 630-2328
michael.nacchio@ogletree.com

DATED: November 9, 2021

_/s/ Gregory Messer_

Gregory Messer, Esq.
Law Offices of Gregory Messer
26 Court Street, Suite 2400
Brooklyn, New York 11242
(718) 858-1474
gremesser@aol.com

DATED: October 6, 2021