UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
HC2, INC., :
:
:
Plaintiff, :
: 20-cv-3178 (LJL)
-v- :
: ORDER
:
GREGORY MESSER, :
:
Defendant. :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On July 29, 2021, the Court ordered that the parties file an update on the bankruptcy matter and the automatic stay by October 29, 2021. Dkt. No. 134. On October 8, 2021, plaintiff HC2, Inc. filed its motion to substitute Gregory Messer, as Chapter 7 trustee, for defendant Andrew Delaney, Dkt. No. 136, and the Court granted the motion, Dkt. No. 144. The parties then stipulated to the discontinuance, withdrawal, and dismissal of the amended counterclaims and of the motion for sanctions. Dkt. Nos. 145-146.

      The parties have not filed a separate update on the status of the bankruptcy matter and the automatic stay.

      The parties are hereby ORDERED, by November 19, 2021, to file an update on the bankruptcy matter and the automatic stay and address whether the stay in this case should be lifted.

      SO ORDERED.

Dated: November 12, 2021
       New York, New York

                                          LEWIS J. LIMAN
                                         United States District Judge