UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
HC2, INC. d/b/a/ HIRE COUNSEL,

               Plaintiff,

                                     1:20-03178-LJL

    -against-

ANDREW DELANEY,

               Defendant
---------------------------------------------------------------------x

## NOTICE OF DISCHARGE OF ROBERT ROTMAN, ESQ. AS ATTORNEY

Further to the Court's Order dated November 9, 2021 granting a motion from the other side, HC2, Inc., to substitute a party for the Defendant (Dkt. No. 144), the undersigned hereby discharges Robert Rotman, Esq. as his attorney in this case for all purposes.

Under the Model Rules of Professional Conduct 1.16 (Comment 4), a client has a right to discharge counsel at any time, with or without cause.

Counselor Rotman is not authorized to receive service of process or any other communications on my behalf, and is requested to no longer receive electronic notices from the Courts CM/ECF system in this proceeding.

November 16, 2021                                                        /s/Andrew Delaney