# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile:  973-656-1611
www.ogletree.com

Michael Nacchio
Michael.Nacchio@ogletreedeakins.com

November 16, 2021

**Via ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   *Re: HC2, Inc. v. Andrew Delaney*
     *Civil Action No. 20-cv-03178-LJL*

Dear Judge Liman:

On behalf of HC2, Inc., we respectfully submit this letter as directed by the Court's November 12, 2021 Order to provide an update on Mr. Delaney's bankruptcy case in 1-20-44372-jmm and the automatic stay.

The Bankruptcy Court has not entered any further orders bearing on the instant matter since its October 6, 2021 order approving the settlement between HC2, Inc. and Gregory Messer, Esq. On October 6, 2021, the Bankruptcy Court terminated Christopher Beres as counsel for Mr. Delaney and, on October 14, 2021, the Bankruptcy Court also closed a motion to dismiss that Mr. Delaney had previously filed. The Bankruptcy Court also closed HC2's adversary case, on October 21, 2021. Mr. Delaney recently filed amended schedules, on November 5, 2021.

The Bankruptcy Court has not issued a discharge and the automatic stay remains fully in effect.

We thank the Court for its time and attention to this matter.

     Respectfully Submitted,

     OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.

     *s/ Michael Nacchio*

     Michael Nacchio

**A South Carolina Professional Corporation** ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ■ Austin ■ Berlin (Germany) ■ Birmingham ■ Bloomfield Hills ■ Boston ■ Charleston ■ Charlotte ■ Chicago ■ Cleveland ■ Columbia ■ Dallas ■ Denver ■ Detroit Metro ■ Greenville
Houston ■ Indianapolis ■ Jackson ■ Kansas City ■ Las Vegas ■ London (England) ■ Los Angeles ■ Memphis ■ Mexico City (Mexico) ■ Miami ■ Milwaukee ■ Minneapolis
Morristown ■ Nashville ■ New Orleans ■ New York City ■ Oklahoma City ■ Orange County ■ Paris (France) ■ Philadelphia ■ Phoenix ■ Pittsburgh ■ Portland ■ Raleigh ■ Richmond
St. Louis ■ St. Thomas ■ Sacramento ■ San Antonio ■ San Diego ■ San Francisco ■ Seattle ■ Stamford ■ Tampa ■ Toronto (Canada) ■ Torrance ■ Tucson ■ Washington

**Honorable Lewis J. Liman, U.S.D.J.**
*HC2 Inc. v. Delaney*, No. 20-cv-03178-LJL
November 16, 2021


cc:
Gregory Messer, Esq.
26 Court Street, Suite 2400
Brooklyn, New York 11242

Gary F. Herbst, Esq.
Counsel to Mr. Messer
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793

49324864.1