UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HC2, INC.,                                                         :
                                                                   :
                              Plaintiff,                           :
                                                                   :                    20-cv-3178 (LJL)
              -v-                                                  :
                                                                   :                    ORDER
ANDREW DELANEY,                                                    :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It is hereby ORDERED that the plaintiff HC2, Inc. and the defendant Gregory Messer[1] shall file a joint status letter with the Court by February 18, 2022 stating the status of the bankruptcy matter, the automatic stay issued in connection with it, whether the stay of this action may and should be lifted, and, if so, how this matter is to proceed.

      SO ORDERED.


Dated: November 19, 2021                              _____
       New York, New York                                     LEWIS J. LIMAN
                                                        United States District Judge

---

[1] The Court previously granted the motion to substitute the Chapter 7 Trustee, Gregory Messer, in place of defendant Andrew Delaney.  Dkt. No. 144.