UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HC2, Inc. d/b/a Hire Counsel

Write the full name of each plaintiff or petitioner.

-against-

Andrew Delaney

Write the full name of each defendant or respondent.

Case No. 1:20 CV-03178-LJL

NOTICE OF MOTION

FOR RECUSAL

PLEASE TAKE NOTICE that **Defendant** (plaintiff or defendant) **Andrew Delaney** (name of party who is making the motion) requests that the Court:

Andrew Delaney will move the Court, before the Honorable Lewis J. Liman (U.S.D.J.) at the United States District Court, 500 Pearl St., New York, NY 10007, at a time and place determined by the Court for an Order GRANTING Andrew Delaney's motion to recuse U.S.D.J. Liman pursuant to 28 U.S.C. § 455(b)(1); and 28 U.S.C. § 455(a); and for such further relief as this Court deems just and proper.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☒ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:

December 20, 2021
Dated

Andrew Delaney
Name

330-340 Baychester Ave
Address

917-903-5500
Telephone Number (if available)

Signature

Prison Identification # (if incarcerated)

Bronx       NY      10475
City        State   Zip Code

orchrd@hotmail.com
E-mail Address (if available)

SDNY Rev: 5/24/2016