From: **Douglas Goldstein** <dgoldstein@selawfirm.com>
Date: Mon, 19 Jul 2021 at 12:11
Subject: Tomorrow's depositions (In re Andrew John Delaney, 20-44372-JMM)
To: Christopher Beres <christopherberes8@gmail.com>

Dear Mr. Beres:

I assume that you received my letter of today, a copy of which is attached. While you have time to cancel the stenographer and associated services for tomorrow and avoid incurring unnecessary expenses, I wanted you to know that HC2's personnel will not attend the depositions that you scheduled for tomorrow.

=============================================================
Douglas A. Goldstein, Esquire
SPECTOR & EHRENWORTH, P.C.
30 Columbia Turnpike--Suite 202
Florham Park, New Jersey 07932-2261
Direct Dial: 973 845.6526
[ 973 593.4800 x117 / 973 593.4848 (FAX) ]
e-mail: dgoldstein@selawfirm.com
www.selawfirm.com

To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that nothing contained in this communication (including any attachments) is intended to be used, nor may it be used, for the purpose of: (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending any transaction. We include this statement in outbound e-mails because even inadvertent violations may be penalized.

The information contained in this transmission may contain copyrighted, privileged, confidential or other legally protected information. If you are not the intended recipient (even if it was sent to your e-mail address), you may not use, review, copy, disseminate, or retransmit this communication. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message (and its attachments). To reply to our e-mail administrator directly, please send an e-mail to: dehrenworth@selawfirm.com. Spector & Ehrenworth, P.C.'s website is: www.selawfirm.com.

----- Original Message -----
**From:** DAG

**To:** Jil Mazer-Marino <JMM_hearings@nyeb.uscourts.gov>
**Sent:** 7/19/2021 10:18AM
**Subject:** Attached letter (In re Andrew John Delaney, 20-44372-JMM)

Dear Hon. Mazer-Marino:

I attach for Your Honor's consideration a letter being filed today regarding the pending claim litigation in this matter.

If Your Honor wishes to conduct a conference today on this matter, I will be available for a call.

Thank you for your attention to this matter.

Respectfully submitted,

===========================================================
Douglas A. Goldstein, Esquire
SPECTOR & EHRENWORTH, P.C.
30 Columbia Turnpike--Suite 202
Florham Park, New Jersey 07932-2261
Direct Dial: 973 845.6526
[ 973 593.4800 x117 / 973 593.4848 (FAX) ]
e-mail: dgoldstein@selawfirm.com
www.selawfirm.com

To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that nothing contained in this communication (including any attachments) is intended to be used, nor may it be used, for the purpose of: (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending any transaction. We include this statement in outbound e-mails because even inadvertent violations may be penalized.

The information contained in this transmission may contain copyrighted, privileged, confidential or other legally protected information. If you are not the intended recipient (even if it was sent to your e-mail address), you may not use, review, copy, disseminate, or retransmit this communication. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message (and its attachments). To reply to our e-mail administrator directly, please send an e-mail to: dehrenworth@selawfirm.com. Spector & Ehrenworth, P.C.'s website is: www.selawfirm.com.