# EXHIBIT I

## KASOWITZ  BENSON  TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

FED. ID. 13-3720397

HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606

INVOICE NO.: 2003905                    July 14, 2020

RE: Hire Counsel v. Delaney

FOR PROFESSIONAL SERVICES rendered
through the month of April 2020
as reflected on the attached printout.

| | |
|---|---|
| Fees | $413,647.00 |
| Less 10% Discount | (41,364.70) |
| Total Fees | $372,282.30 |
| Disbursements | 2,981.12 |
| **TOTAL AMOUNT DUE** | **$375,263.42** |

5401
12302201

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


APRIL 30, 2020


12302201
HC2, Inc. d/b/a Hire Counsel
Hire Counsel v. Delaney


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|

04/13/20   MARC E. KASOWITZ                                        1.00
           Work re Delaney employment matter; t/c JD; t/cs
           PB, RR.

04/13/20   RONALD R. ROSSI                                         1.20
           Preliminary review of Delaney matter materials;
           t/c w PB; t/c ██████████████ ██████; ██
           ███████████████████████████████████
           ████████.

04/13/20   PAUL BURGO                                              2.10
           T/c w/ ███████████████ ███████████
           ███████████████████████████████; t/c w/ M. Kasowitz; t/cs w/ R. Rossi
           ████████████████.

04/13/20   ANDREW MUIR                                             5.00
           Review materials from P. Burgo and R. Rossi;
           call with R. Rossi re ██████████████████
           ██████████████.

04/14/20   MARC E. KASOWITZ                                         .30
           Work re strategy.

04/14/20   RONALD R. ROSSI                                         6.90
           Attention to draft pleadings; numerous
           teleconferences w/ ████████████████████
           ████████████████████, case status and
           strategy; review and direct legal research and
           drafting of supporting papers.

04/14/20   GAVIN D. SCHRYVER                                       2.30
           T/c with PB and BR re ██████████████; review
           ████████████; review ████████████████████
           ████████████████; email BR re strategy.

```
HC2, Inc. d/b/a Hire Counsel            Apr 30, 2020      PAGE   2
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

| | | |
|---|---|---|
| 04/14/20 | PAUL BURGO<br>Corr. w/ ▮▮▮▮▮; t/c w/ B. Rutcofsky and G.<br>Schryver re ▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮. | .50 |
| 04/14/20 | KALITAMARA L. MOODY<br>Conference call with RRR re pleadings;<br>conference call with RRR and A. Muir re ▮▮▮;<br>draft and revise pleadings per RRR; research re<br>▮▮▮▮▮▮▮ per RR; review ▮▮▮▮▮▮▮▮<br>▮▮▮▮ per RRR. | 6.10 |
| 04/14/20 | ANDREW MUIR<br>Call with R. Rossi re ▮▮▮▮▮▮▮;<br>continue researching ▮▮▮▮▮▮▮; begin<br>drafting pleadings. | 10.60 |
| 04/14/20 | GINO C. BARBERA<br>Review ▮▮▮▮▮▮▮ with R. Rossi. | .50 |
| 04/15/20 | RONALD R. ROSSI<br>Attention to draft pleadings; numerous<br>teleconferences w/ AM, KM to discuss ▮▮▮<br>▮▮▮▮▮▮▮; review and direct legal<br>research and drafting of pleadings. | 5.70 |
| 04/15/20 | GAVIN D. SCHRYVER<br>T/c with BR re ▮▮▮▮▮▮; t/c ▮▮▮▮<br>re ▮▮▮▮▮▮▮▮▮▮▮; t/c with<br>▮▮▮▮▮▮▮▮▮▮;<br>t/c with RR and BR re ▮▮▮▮▮▮<br>▮▮▮▮▮; t/cs and emails with JB re ▮▮▮<br>▮▮▮▮▮▮▮▮▮▮. | 2.80 |
| 04/15/20 | PAUL BURGO<br>T/c w/ ▮▮▮▮; review ▮▮▮▮▮▮▮▮. | .80 |
| 04/15/20 | KALITAMARA L. MOODY<br>Draft and revise ▮▮▮▮▮; research re<br>▮▮▮▮▮▮ per RRR; conference call with<br>RRR, AM, MS and ML re ▮▮▮▮; review and<br>analyze pleadings per AM. | 10.10 |
| 04/15/20 | ANDREW MUIR<br>Continue to draft pleadings; call with<br>litigation team re strategy and legal claims<br>for pleadings; conduct research re ▮▮▮▮▮<br>▮▮▮▮▮▮ and coordinate additional<br>research and drafting by team members. | 13.70 |

```
HC2, Inc. d/b/a Hire Counsel                    Apr 30, 2020      PAGE    3
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

04/15/20    MAXWELL SANDGRUND                                              6.60
            Hire Counsel/Delaney: draft and review of ████████
            ████████████ with R. Rossi, A. Muir and K.
            Moody regarding ███████████████████;
            participated in telephone conference with A.
            Muir and K. Moody regarding ███████████████;
            review of documents and emails for ███████████;
            draft of email memorandum regarding ████;
            conducted and reviewed legal research regarding
            ████████████████████████.

04/15/20    JACOB BENSON                                                   7.20
            Discuss matter with G. Schryver; review
            █████████████████████████████;
            research issues/caselaw re ██████████████;
            correspond re ███████with G. Schryver; e-mail
            memo re ██████ to G. Schryver.

04/16/20    DANIEL R. BENSON                                               6.50
            Work re pleadings re ███████████.

04/16/20    MARC E. KASOWITZ                                                .50
            Work re pleadings, strategy.

04/16/20    RONALD R. ROSSI                                                5.80
            Review and revise pleadings; numerous
            discussions with MEK, DB, AM and KM to discuss
            ███████████; review and direct
            legal research and drafting pleadings.

04/16/20    GAVIN D. SCHRYVER                                             1.30
            T/c with BR re ███████████; emails with JB re
            █████████████.

04/16/20    KALITAMARA L. MOODY                                          11.20
            Draft and revise pleadings; draft and revise
            filing documents per RRR; draft and revise
            pleadings; additional research re ██████.

04/16/20    ANDREW MUIR                                                  14.40
            Review comments and revisions to pleadings from
            D. Benson and attention to incorporating same;
            review papers to be filed; calls with K. Mooney
            re ████████████████████████████
            ████████████; continue to draft pleadings.

```
HC2, Inc. d/b/a Hire Counsel          Apr 30, 2020      PAGE    4
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

04/16/20   MAXWELL SANDGRUND                                      11.10
           Review of court rules; reviewed legal research
           regarding ████████████████; draft of
           proposed order; draft of declaration of R.
           Rossi; draft and review of email correspondence
           with ████████████ regarding filings;
           participated in telephone conference with ████
           ████████████████; review and
           revise pleadings in preparation for filing.

04/16/20   JACOB BENSON                                            6.70
           Research on ████████████████████████
           ████████████████; research on ████████████████
           ████████████████████████████████████;
           research on ████████████
           ████████████████████; emails and memo to G.
           Schryver and B. Rutcofsky re all of the above.

04/16/20   GINO C. BARBERA                                          .40
           Review rules and procedure with K. Moody.

04/17/20   DANIEL R. BENSON                                        4.70
           Work re pleadings; tc's, emails RR re same.

04/17/20   MARC E. KASOWITZ                                         .50
           Work re ████████████████████████.

04/17/20   RONALD R. ROSSI                                         7.70
           Attention to pleadings; numerous
           teleconferences w/ ████████████████████
           ████████████████████████████; review and
           direct legal research and drafting of
           supporting papers; t/c w ████████████ ████████
           ████████████; discuss same with MEK; t/c with AS-G
           re motion.

04/17/20   GAVIN D. SCHRYVER                                       4.50
           T/c with BR re ████████████████; t/c with BR
           and client team re ████████; review complaint;
           revise ████████████████; review ████████████████████
           ████████████.

04/17/20   ANN M. ST. PETER-GRIFFITH                               7.00
           Conference with R. Rossi; review ████████████████
           ████████████████████; reach out to ████████████████
           ████████████; begin working on and researching
           Motion; draft demand letters.

```
HC2, Inc. d/b/a Hire Counsel            Apr 30, 2020      PAGE    5
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

04/17/20   KALITAMARA L. MOODY                                        8.90
           Draft and revise pleadings per RRR; conference
           call with RRR and AM; conference call with
           ASPG, RRR, and AM; review and analyze ██████████
           ████████████████ per RRR; draft and revise
           pleadings per RRR.

04/17/20   ANDREW MUIR                                                12.40
           Revise pleadings, review and analyze ███████████
           ████████████; attention to pleadings.

04/17/20   MAXWELL SANDGRUND                                          8.40
           Draft and review of email correspondence with
           ████████████████████████████████████;
           participated in telephone conference with ███████
           ████████████████████████; draft of ████████████
           ████████████; review and revise of pleadings in
           preparation of filing; review of emails in
           preparation of timeline; review and revise
           timeline of communications; review of Delaney
           complaint.

04/17/20   JACOB BENSON                                               4.30
           Per G. Schryver request, further case law
           research on ████████████████████████████████; review
           docket and potentially relevant from ████████████
           ████████████.

04/17/20   GINO C. BARBERA                                            2.00
           Review procedural rules and requirements with
           K. Moody and M. Lawrence.

04/18/20   DANIEL R. BENSON                                           7.60
           Work re pleadings.

04/18/20   MARC E. KASOWITZ                                           1.70
           Review ████████████████████, draft NY complaint,
           ████████████████████████████████; conf. calls w/████████; conf. call
           w/████████████████; work re status and strategy.

04/18/20   RONALD R. ROSSI                                            9.50
           Attention to draft pleadings, ███████████████████
           ████████; numerous discussions w/ ██████; ████████████; MEK
           and DB, and AM, KM to discuss case status and
           strategy.

```
HC2, Inc. d/b/a Hire Counsel          Apr 30, 2020      PAGE    6
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

04/18/20   ANN M. ST. PETER-GRIFFITH                           11.20
           Continue drafting demand letters; research and
           draft Motion to ███████████████████████;
           conference call with client, R. Rossi, and M.
           Kasowitz; call with ██████████, R. Rossi and
           ████████████; conduct research relating to the
           ███████████████████ concerning ████████████████
           █████████████████████████████████████████
           procedures.

04/18/20   KALITAMARA L. MOODY                                  9.20
           Research re ████████████████████; draft and revise
           pleadings per RRR; conference call re filings
           with AM and RRR; research re ████████████████████
           ████████████████████ per AMt; research re ████
           █████████████████ per ASPG.

04/18/20   ANDREW MUIR                                         13.50
           Revise draft █████████████████████████████; call with R. Rossi
           and revise draft pleadings.

04/18/20   MAXWELL SANDGRUND                                   10.50
           Draft and review of email correspondence with
           ██████████████████████████████████;
           participated in telephone conference with ████████
           █████████████████████████████; review of
           record in preparation of pleadings; further
           review and revise of pleadings; conducted and
           reviewed legal research regarding ████████
           ███████████████; conducted and reviewed legal
           research regarding ███████████████████████████████.

04/19/20   DANIEL R. BENSON                                     5.80
           Work re pleadings.

04/19/20   MARC E. KASOWITZ                                     2.20
           Prepare for and participate in conf. call
           w/████████; conf. call w/███████████████; review
           draft pleadings; internal t/cs.

04/19/20   RONALD R. ROSSI                                      7.50
           Attention to draft pleadings; numerous
           teleconferences w/ ████████████████ MEK, and AM, KM
           to discuss ███████████████████████████████; review and
           direct legal research and drafting of
           supporting papers.

```
HC2, Inc. d/b/a Hire Counsel              Apr 30, 2020      PAGE    7
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

04/19/20    GAVIN D. SCHRYVER                                          .30
            Review caselaw re ███████████████████████
            ███████; email JB re same; revise ████████
            ███████.

04/19/20    ANN M. ST. PETER-GRIFFITH                                9.30
            Continue drafting and editing demand letter to
            Delaney from HC2; attend conference call with
            ████████, R. Rossi, M. Kasowitz, D. Benson;
            review draft pleadings; attend to email with
            counsel for ████████; research re ████████
            ███████████████████████████████████████.

04/19/20    KALITAMARA L. MOODY                                      6.40
            Draft and revise pleadings per RRR; draft and
            revise client affidavit per RRR; research re
            ███████████████████████████████████████
            per RRR; review and analyze draft complaint per
            RRR.

04/19/20    ANDREW MUIR                                              8.60
            Call with R. Rossi and K.Moody; revise proposed
            order; review and revise draft pleadings in
            order to file.

04/19/20    MAXWELL SANDGRUND                                        7.20
            Draft and review of email correspondence with
            ██████████████ regarding ████████;
            participated in telephone conference with ████████
            ██████████████ regarding ████████; review and
            revise pleadings; conducted and reviewed legal
            research regarding causes of action; conducted
            and reviewed legal research.

04/20/20    DANIEL R. BENSON                                         3.50
            Work re pleadings.

04/20/20    MARC E. KASOWITZ                                         1.50
            Review motion papers; review demand letter to
            Delaney; t/cs DRB.

04/20/20    RONALD R. ROSSI                                          7.10
            Attention to draft pleadings; numerous
            teleconferences w/ ██████████████; MEK, and AM, KM
            to discuss case status and strategy; review and
            direct legal research and drafting of
            supporting papers.

```
HC2, Inc. d/b/a Hire Counsel              Apr 30, 2020      PAGE    8
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

04/20/20   ANN M. ST. PETER-GRIFFITH                              3.50
           Attend to finalizing demand letter;
           communication with ████████; attend to email
           with R. Rossi, MEK and team; review ████████
           ████; review latest version of pleadings;
           attend to ██████ email; attend to email with
           ██████████; review ██████████████
           and ████████ filing; conference with R.
           Rossi; review ███████████ filings.

04/20/20   KALITAMARA L. MOODY                                    9.80
           Draft and revise pleadings per RRR; additional
           research re ███████████; conference call with
           AM.

04/20/20   ANDREW MUIR                                            6.50
           Revise draft pleadings for filing.

04/20/20   MAXWELL SANDGRUND                                      3.40
           Draft and review of ██████████████████
           ███████████████████████; conducted
           and reviewed legal research regarding
           pleadings; draft of client affidavit; review of
           ██████████ to client affidavit.

04/20/20   JACOB BENSON                                           4.20
           <mark>Further research on</mark> ██████████████████████
           ███████████████████████████
           ████████.

04/20/20   GINO C. BARBERA                                         .50
           Review pleadings for K. Moody.

04/21/20   DANIEL R. BENSON                                       2.70
           Work re pleadings, ███████████████.

04/21/20   MARC E. KASOWITZ                                       2.00
           Work re strategy and papers; work re ████████
           ███████; conf. call w/██████ █████████████
           ██████.

04/21/20   RONALD R. ROSSI                                        9.30
           Attention to pleadings; numerous
           teleconferences w/ ███████████; MEK, and AM, KM
           to discuss case status and strategy; review and
           direct legal research and drafting of
           supporting papers.

```
HC2, Inc. d/b/a Hire Counsel                    Apr 30, 2020        PAGE     9
FILE NUMBER: 12302201
INVOICE NO.: 2003905


04/21/20   GAVIN D. SCHRYVER                                           1.30
           Revise memo; t/c with BR re strategy; emails re
           updates; emails re ███████████████; emails with
           ███████████████.

04/21/20   ANN M. ST. PETER-GRIFFITH                                   9.90
           Review ███████████████; attend conference call
           with ██████████████████ and R. Rossi;
           review ████████████████ and draft/edit
           pleadings; conference with R. Rossi; research
           ████████████████████████████████; attend
           to team call; conform draft order; review
           ████████████████; attend to edits to
           Memorandum of Law.

04/21/20   KALITAMARA L. MOODY                                        10.20
           Draft and revise pleadings per RRR; research re
           ███████; draft, revise, and finalize pleadings
           for filing per RRR; conference call with RRR,
           ASPG, and AM re finalizing filings.

04/21/20   ANDREW MUIR                                                16.10
           Review revised pleadings containing ████████████
           ████████, call with R. Rossi re same and draft
           and revise complaint and accompanying TRO
           documents for filing.

04/21/20   MAXWELL SANDGRUND                                           8.80
           Draft and review of email correspondence with
           ████████████████████; draft of
           █████████████; telephone conference with
           ████████████ team regarding filings; conducted
           and reviewed legal research; review and revise
           other filings; conducted and reviewed legal
           research regarding verified complaint; prepare
           for filings.

04/21/20   GINO C. BARBERA                                             1.20
           Review procedure with K. Moody; conference with
           R. Rossi about ex parte TRO procedure in the
           SDNY.

04/22/20   MARC E. KASOWITZ                                            1.20
           Work re strategy; work re ███████████; review
           emails; review ███████████████; work re
           issues.
```

```
HC2, Inc. d/b/a Hire Counsel              Apr 30, 2020    PAGE  10
FILE NUMBER: 12302201
INVOICE NO.: 2003905


04/22/20   RONALD R. ROSSI                                      3.50
           Review and finalize pleadings for filing;
           numerous teleconferences w/ ██████████ MEK
           and DB, and AM, KM to discuss case status and
           strategy.

04/22/20   ANN M. ST. PETER-GRIFFITH                            8.60
           Continue editing filings; conference call with
           KBT ██████████ re ██████████; review ██████████;
           attend to email with R. Rossi, the KBT Team and
           ██; draft email to the Court; review court
           order; draft email to ██████████; review of
           docket; conference with ██████████ attend
           to email re remittance of documents for service
           via process server; attend to FEDEX delivery.

04/22/20   KALITAMARA L. MOODY                                  3.40
           Draft, revise, and finalize papers for filing
           per RRR; conference call with RRR, ASPG, and AM
           re finalizing filings.

04/22/20   ANDREW MUIR                                          2.70
           Review revised pleadings containing ██████████
           ██████████, call with R. Rossi re same and revise
           documents for filing.

04/22/20   MAXWELL SANDGRUND                                    4.80
           Draft and review of email correspondence with
           ██████████████████████████████████████████
           ██████████regarding filings; review and revise
           filings; prepare documents to be filed;
           telephone conference with ██████████ regarding
           filings; review of court rules.

04/22/20   JACOB BENSON                                         2.50
           Further research into ██████████████.

04/22/20   GINO C. BARBERA                                      1.00
           Conference with SDNY clerks about ██████████
           ██████████████.

04/23/20   MARC E. KASOWITZ                                      .30
           Work re papers and service issues, ██████.

04/23/20   ANN M. ST. PETER-GRIFFITH                            7.40
           Draft email to Delaney for R. Rossi re notice
           of court order; attend to address research and
           confirmation; attend to priority mail return
           receipt for Service copies at Delaney Addresses
           and travel to Post Office to facilitate U.S.
           Mail service; attend to Overnight Service via
```

```
HC2, Inc. d/b/a Hire Counsel              Apr 30, 2020    PAGE   11
FILE NUMBER: 12302201
INVOICE NO.: 2003905
                 FEDEX; conference with ███████████
                 ████████████; attend to conferences and email
                 with R. Rossi; attend to email with ███ KBT
                 team.

04/23/20   MAXWELL SANDGRUND                                    .60
           Review complaint.

04/23/20   GINO C. BARBERA                                     1.20
           Compile all commencement papers and motion
           papers for service for R. Rossi; contact
           process servers to arrange for service for R.
           Rossi.

04/24/20   MARC E. KASOWITZ                                    1.00
           Work re strategy, dealings w/court.

04/24/20   RONALD R. ROSSI                                     4.40
           Meet-and-confer with Delaney's counsel;
           attention to drafting of proposed stipulation;
           numerous discussions with ████████████ MEK and
           DB, AS-G, AM and KM re same.

04/24/20   ANN M. ST. PETER-GRIFFITH                           5.50
           Prepare for and attend telephonic counsel for
           Delaney in conformity with Judge Liman's order;
           attend to email; prepare draft email for R.
           Rossi; prepare stipulation and order; calls
           with R. Rossi.

04/24/20   KALITAMARA L. MOODY                                 2.30
           Review relevant agreements for ██████████████
           ███████████ per RRR; draft and revise ███████████
           █████████per RRR.

04/24/20   GINO C. BARBERA                                      .50
           Research ████████████████ ██████████████ ████████
           for A. St. Peter-Griffith and R. Rossi.

04/25/20   ANN M. ST. PETER-GRIFFITH                            .60
           Conference strategizing with R. Rossi; attend
           to related email.

04/26/20   MARC E. KASOWITZ                                     .50
           Review drafts.

04/26/20   RONALD R. ROSSI                                     2.40
           Draft and revise letter to court, discuss same
           wi ████████ MEK and DB, AS-G, and AM.
```

```
HC2, Inc. d/b/a Hire Counsel          Apr 30, 2020      PAGE  12
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

| | | |
|---|---|---|
| 04/26/20 | ANN M. ST. PETER-GRIFFITH<br>Update call with ████KBt team; review draft<br>letter to judge. | .80 |
| 04/26/20 | KALITAMARA L. MOODY<br>Conference call with ASPG, RRR, and AM;<br>conference call with AM re ███████████;<br>draft and revise preservation notice per RRR;<br>draft and revise insert for letter to Judge<br>Lisman per RRR. | 1.30 |
| 04/26/20 | ANDREW MUIR<br>Call with R. Rossi re ████████████████<br>and draft insert for letter to judge. | 3.90 |
| 04/27/20 | MARC E. KASOWITZ<br>Work re letter to Judge Liman, strategy. | .50 |
| 04/27/20 | RONALD R. ROSSI<br>T/c ██████████ re ████████████; revise<br>letter to court re same; additional efforts to<br>meet-and-confer with Delaney; finalize and file<br>letter seeking hearing. | 3.10 |
| 04/27/20 | ANN M. ST. PETER-GRIFFITH<br>Conference with R. Rossi; review letter to<br>Court; attend to email with R. Rossi and KBT<br>team; review ██████████████; review email from<br>████████. | 1.80 |
| 04/27/20 | KALITAMARA L. MOODY<br>Research re procedures per RRR; draft and<br>revise oral argument outline per ARJM; review<br>and analyze motion per ARJM; draft and revise<br>motion per ARJM; research re ███████████<br>█████████in preparation for filing per ARJM. | 4.20 |
| 04/27/20 | ANDREW MUIR<br>Research grounds and procedures for filing;<br>revise draft oral argument outline. | 3.60 |
| 04/27/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence with<br>████████████ regarding case and strategy;<br>review of letter to court in preparation of<br>filing; review of █████████████<br>███████████to court; review of court rules. | 1.10 |
| 04/28/20 | MARC E. KASOWITZ<br>Work re strategy for hearing. | .50 |

```
HC2, Inc. d/b/a Hire Counsel              Apr 30, 2020    PAGE   13
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

| | | |
|---|---|---|
| 04/28/20 | RONALD R. ROSSI<br>Prepare for hearing. | 1.20 |
| 04/28/20 | ANN M. ST. PETER-GRIFFITH<br>Attend to email and review related email;<br>review communication to Court; attend to email<br>to ██████ | .60 |
| 04/28/20 | KALITAMARA L. MOODY<br>Oral argument hearing prep per RRR; research re<br>████████ per RRR; draft and revise motion per<br>ARJM. | 4.30 |
| 04/28/20 | ANDREW MUIR<br>Draft and revise oral argument outline and<br>accompanying documents for use by R. Rossi at<br>oral argument; draft and revise ████████████████. | 7.00 |
| 04/28/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence with<br>████████████ team regarding ████████████████. | .10 |
| 04/29/20 | RONALD R. ROSSI<br>Prepare for and attend TRO hearing; debrief<br>MEK, DB, ███████████ re same and next steps. | 4.60 |
| 04/29/20 | GAVIN D. SCHRYVER<br>Review policies emails re same. | 1.20 |
| 04/29/20 | ANN M. ST. PETER-GRIFFITH<br>Review Delaney opposition; attend to email with<br>R. Rossi; review ███████████████;<br>prepare for and attend hearing; draft proposed<br>order; conferences with R. Rossi; draft<br>strategy to do list. | 4.70 |
| 04/29/20 | KALITAMARA L. MOODY<br>Review Delaney submission per RRR. | .10 |
| 04/29/20 | ANDREW MUIR<br>Analyze defendant's opposition and report to R.<br>Rossi re communications from ████████████<br>████████████. | 2.00 |
| 04/29/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence with<br>████████████ regarding ████████████████;<br>review of defendant Delaney's written | 2.40 |

```
HC2, Inc. d/b/a Hire Counsel              Apr 30, 2020      PAGE  14
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

```
               opposition; review of emails from ████████ in
               preparation of oral argument; review of case
               file; draft and review of email correspondence
               with S. Rattigan regarding case file
               organization.

04/30/20   RONALD R. ROSSI                                          1.40
           Attention to discovery schedule; review legal
           research re ██████████████████████;
           discussions with AM re same.

04/30/20   ANN M. ST. PETER-GRIFFITH                                1.40
           Strategy conference with R. Rossi re ██ and
           next steps; attend to email from ██; review ████
           ████████████.

04/30/20   KALITAMARA L. MOODY                                      2.60
           Draft and revise discovery plan per Judge
           Liman; research re Rule 26(f) per ARJM; draft
           and revise ████████████████████.

04/30/20   ANDREW MUIR                                              4.10
           Draft and revise ████████████████ and
           discovery plan and draft action item report for
           R. Rossi.

04/30/20   MAXWELL SANDGRUND                                        2.60
           Draft and review of email correspondence with
           ██████████████regarding ██████████████;
           review and revise preservation letter; review
           and revise case management plan; review and
           revise discovery strategy; conducted internet
           research regarding ████████████████; review
           of court order.


               TOTAL HOURS                                       529.20
```

```
HC2, Inc. d/b/a Hire Counsel                Apr 30, 2020       PAGE   15
FILE NUMBER: 12302201
INVOICE NO.: 2003905
```

|                            | HOURS  | RATE     | AMOUNT      |
|----------------------------|--------|----------|-------------|
| **PARTNER**                |        |          |             |
| DANIEL R. BENSON           | 30.80  | 1,750.00 | 53,900.00   |
| PAUL BURGO                 | 3.40   | 1,075.00 | 3,655.00    |
| MARC E. KASOWITZ           | 13.70  | 1,950.00 | 26,715.00   |
| RONALD R. ROSSI            | 81.30  | 1,150.00 | 93,495.00   |
| GAVIN D. SCHRYVER          | 13.70  | 950.00   | 13,015.00   |
| ANN M. ST. PETER-GRIFFITH  | 72.30  | 705.00   | 50,971.50   |
|                            |        |          |             |
| **ASSOCIATE**              |        |          |             |
| JACOB BENSON               | 24.90  | 625.00   | 15,562.50   |
| KALITAMARA L. MOODY        | 90.10  | 525.00   | 47,302.50   |
| ANDREW MUIR                | 124.10 | 475.00   | 58,947.50   |
| MAXWELL SANDGRUND          | 67.60  | 675.00   | 45,630.00   |
|                            |        |          |             |
| **MANAGING ATTY**          |        |          |             |
| GINO C. BARBERA            | 7.30   | 610.00   | 4,453.00    |

```
          TOTAL FEES                        $413,647.00

PROFESSIONAL SERVICES                          2,476.91
AUTOMATED RESEARCH                               392.07
DOCUMENT REPRODUCTION                             35.38
DOCUMENT DELIVERY                                 76.76

          TOTAL COSTS                         $2,981.12


       TOTAL FEES AND COSTS                 $416,628.12
```

# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
DIRECT FAX: 212-835-5010
mkasowitz@kasowitz.com

August 11, 2020

Joan Davison
HC2, Inc. d/b/a Hire Counsel
225 West Washington Street
Chicago, IL  60606

Re: Hire Counsel v. Delaney

Dear Joan:

I hope you and your family are safe and well.

I enclose our invoice for professional services rendered and disbursements incurred through May 2020.  Also enclosed is a detailed summary of services.

Please let me know if you have any questions.

Best.

Sincerely,

Marc E. Kasowitz

Enclosures

## KASOWITZ  BENSON  TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

FED. ID. 13-3720397

HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606

INVOICE NO.: 2004998                     August 11, 2020

RE: Hire Counsel v. Delaney

FOR PROFESSIONAL SERVICES rendered
through the month of May 2020
as reflected on the attached printout.

| | |
|---|---|
| Fees | $470,904.00 |
| Less 10% Discount | (47,090.40) |
| Total Fees | $423,813.60 |
| Disbursements | 11,645.49 |
| Current Amount Due | $435,459.09 |
| Previous Balance | 327,454.92 |
| **TOTAL AMOUNT DUE** | **$762,914.01** |

5401
12302201

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


MAY 31, 2020


12302201
HC2, Inc. d/b/a Hire Counsel
Hire Counsel v. Delaney


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 05/01/20 | RONALD R. ROSSI<br>Attention to expedited discovery in Delaney employment matter, PI hearing issues and sealing issues. Numerous t/c w/ KBT team re same; review and edit written discovery and Court correspondence re same. | 4.20 |
| 05/01/20 | ANN M. ST. PETER-GRIFFITH<br>Team conference call re employment matter; strategy for scheduling conference; review draft preservation demand letter; conference with A. Muir; review and revise proposed joint scheduling report and related order; review proposed standard protective order and NDA. | 2.70 |
| 05/01/20 | KALITAMARA L. MOODY<br>Conference call with RRR, ASPG, ARJM, MS, and ML; conference call with ARJM and MS re discovery tasks; draft and revise discovery plan, protective order, and preservation notice in preparation for service per ARJM. | 3.60 |
| 05/01/20 | ANDREW MUIR<br>Calls with R. Rossi and case team regarding next steps in Delaney employment matter and action items for discovery; draft and revise case management plan, stipulation regarding expedited discovery, and begin drafting proposed findings of fact. | 9.70 |
| 05/01/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence with Hire Counsel team regarding case and strategy; review and revise preservation letter; | 5.10 |

```
HC2, Inc. d/b/a Hire Counsel              May 31, 2020      PAGE    2
FILE NUMBER: 12302201
INVOICE NO.: 2004998
```

              participated in multiple telephone conferences
              with ██████████ regarding ████████
              ████████; review and revise case management
              order; review of Judge Liman's rules and
              proposed sample orders; draft of protective
              order.

05/02/20    ANN M. ST. PETER-GRIFFITH                           .90
            Conference with A. Muir; attend to email with
            R. Rossi re: strategy for call with Delaney
            counsel and scheduling order; review draft
            email from ████████and attend to related
            conference.

05/02/20    ANDREW MUIR                                        1.60
            Review discovery deadline proposal from
            opposing counsel and confer with A. St.
            Peters-Griffith, revise discovery plan and
            draft response to opposing counsel in
            furtherance of meet and confer requirement.

05/02/20    ANDREW MUIR                                        2.70
            Draft meet and confer correspondence and call
            with A. St. Peters-Griffith re same; draft
            correspondence to ████████ re ████████
            ████████; update litigation team re action
            items.

05/02/20    MAXWELL SANDGRUND                                   .30
            Draft and review of email correspondence with
            ████████████ regarding ████████████

05/03/20    ANN M. ST. PETER-GRIFFITH                          2.10
            Meet and confer conference with R. Rotman,
            Delaney's counsel re: report of conference of
            counsel, scheduling order for PI hearing and
            Delaney employment case, and protective order;
            conference with A. Muir; review revised report
            of conference of counsel; conference with B.
            Choi re: SDNY procedure for non-unilateral
            submission of conference of counsel; review
            drafts of proposed orders and conference of
            counsel.

05/03/20    MAXWELL SANDGRUND                                   .90
            Draft and review of email correspondence with
            ████████████ regarding ████████████;
            review and revise document requests to ████████
            ████.

```
HC2, Inc. d/b/a Hire Counsel              May 31, 2020      PAGE    3
FILE NUMBER: 12302201
INVOICE NO.: 2004998
```

05/04/20  RONALD R. ROSSI                                        4.30
          Attention to Delaney employment dispute,
          preliminary injunction briefing, expedited
          discovery and sealing issues; t/c with AS-G, AM
          and KM re same.

05/04/20  ANN M. ST. PETER-GRIFFITH                             5.60
          Conferences with A. Muir; conference call with
          A. Muir, R. Rossi and K. Moody; review and edit
          submission to Court for Plaintiff's proposed
          scheduling order; review Defendants proposal;
          attend parties' joint conference that Rotman
          did not attend; conference with ██████████;
          evaluate next steps for discovery; review
          Judge's and Local Rules.

05/04/20  KALITAMARA L. MOODY                                   2.40
          Conference call with ASPG, ARJM, and ██
          ██████ re document collection; research re
          SDNY filing protocols; review and analyze
          documents in preparation for filing per ARJM.

05/04/20  ANDREW MUIR                                           6.20
          Finalize joint discovery plan, correspond with
          opposing counsel, attention to filing plan and
          draft response letter re meet and confer
          efforts.

05/04/20  ANDREW MUIR                                           1.60
          Call with ██████████ re █████████████████
          ██████with litigation team regarding action items
          and briefing.

05/04/20  MAXWELL SANDGRUND                                      .40
          Draft and review of email correspondence with
          █████████████ regarding ████████████████;
          review of proposed case management orders.

05/04/20  SAMUEL RATTIGAN                                        .40
          Work updating case docket folder w/ recent
          filings re Proposed Scheduling Orders.

05/05/20  RONALD R. ROSSI                                       4.70
          Attention to Delaney employment dispute,
          Preliminary Injunction briefing, expedited
          discovery and sealing issues; t/c with AS-G, AM
          and KM re same.

HC2, Inc. d/b/a Hire Counsel            May 31, 2020        PAGE    4
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/05/20   ANN M. ST. PETER-GRIFFITH                                2.10
           Review parties' submissions in advance of
           scheduling hearing; attend to email from ███;
           attend to KBT team email.

05/05/20   KALITAMARA L. MOODY                                       .80
           Conference call with ARJM, MS, and ML re action
           items.

05/05/20   ANDREW MUIR                                              2.30
           Call with litigation team regarding ██████████
           ██████████ and ████████████████████ and research;
           draft report re meet and confer efforts for use
           by R. Rossi at hearing.

05/05/20   MAXWELL SANDGRUND                                        2.40
           Draft and review of email correspondence with
           █████████████ regarding ████████████████
           ████████████; telephone conference with ██████████
           ███████ regarding █████████████;
           conducted and reviewed federal rules of civil
           procedure in preparation of discovery requests;
           review of agreements and ██████████████████ in
           preparation of discovery requests.

05/06/20   RONALD R. ROSSI                                          4.40
           Prepare for and attend telephonic hearing in
           Delaney employment dispute re PI schedule and
           Case Management Plan, provide work direction to
           trial team re PI hearing prep; numerous t/cs w
           AS-G re same; t/c w █████████████ re same; t/c w
           ███████████ re PI hearing issues.

05/06/20   ANN M. ST. PETER-GRIFFITH                                2.60
           Review proposed scheduling orders; prepare for
           and attend strategy conference call; prepare
           for and attend telephonic status hearing with
           Court.

05/06/20   KALITAMARA L. MOODY                                      4.30
           Conference call re ████████████████████████████
           ████████████; █████document collection preparations
           per ARJM; conference call post-hearing with
           RRR, ASPG, ARJM, and MS; revise discovery
           requests per ARJM; draft and revise document
           collection requests per ARJM; conference calls
           with ARJM.

```
HC2, Inc. d/b/a Hire Counsel              May 31, 2020    PAGE    5
FILE NUMBER: 12302201
INVOICE NO.: 2004998
```

05/06/20  ANDREW MUIR                                            6.90
          Prepare for, attend, and follow up re █████████
          ███████████; review status of document
          collection from client and draft response;
          review and revise proposed offensive discovery.

05/06/20  MAXWELL SANDGRUND                                      4.30
          Draft and review of email correspondence with
          ███████ regarding ████████████
          █████████; telephone conference with █████████
          ████████████ regarding ██████████████████;
          draft of all discovery requests; review of
          local rules in preparation of discovery
          requests; review of record in preparation of
          discovery requess.

05/07/20  RONALD R. ROSSI                                        2.30
          Prepare issue/evidence outline; discuss same w/
          AS-G, provide work direction to AM re PI
          hearing; correspond w ████████ re same.

05/07/20  ANN M. ST. PETER-GRIFFITH                              3.40
          Attend to email re: hearing on scheduling;
          review ████████████████; conference
          with R. Rossi; review and edit Requests for
          Production, Requests for Admission, and
          Interrogatories.

05/07/20  KALITAMARA L. MOODY                                    1.70
          Draft and revise discovery requests per ARJM.

05/07/20  ANDREW MUIR                                            6.00
          Complete drafting requests for production,
          interrogatories and requests for admission;
          attention to document collection. .

05/07/20  MAXWELL SANDGRUND                                      3.10
          Draft and review of email correspondence with
          ███████████ regarding ███████████████
          █████████; review and revise all discovery
          requests.

05/07/20  SAMUEL RATTIGAN                                         .20
          Update case docket folder w/ recent Protective
          Order and Proposed Case Management Plan.

05/08/20  RONALD R. ROSSI                                        4.80
          Attention to Delaney employment dispute re
          ██████████████████, expedited
          discovery and sealing issues; t/c with AS-G, AM
          and KM re same.

```
HC2, Inc. d/b/a Hire Counsel              May 31, 2020      PAGE    6
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/08/20   ANN M. ST. PETER-GRIFFITH                              2.50
           Attend to communications with ███████ at ███;
           review discovery drafts; review Delaney
           discovery and attend to related email.

05/08/20   KALITAMARA L. MOODY                                    3.90
           Draft and revise review protocol per ARJM;
           draft and revise discovery requests per ARJM.

05/08/20   ANDREW MUIR                                            3.80
           Revise and finalize discovery requests for
           exchange.

05/08/20   MAXWELL SANDGRUND                                      4.20
           Draft and review of email correspondence with
           ████████████ regarding discovery requests;
           conducted and reviewed applicable rules
           regarding discovery requests; review of edits
           to discovery requests; review and revise all
           discovery requests.

05/08/20   SAMUEL RATTIGAN                                         .30
           Review exhibits ISO Request for Admissions to
           confirm requests match.

05/09/20   RONALD R. ROSSI                                        1.20
           Attention to Delany employment dispute re
           ████████████████████████████; t/c
           with AS-G, AM and KM re same.

05/09/20   ANN M. ST. PETER-GRIFFITH                              1.40
           KBT Team conference call to review discovery.

05/09/20   KALITAMARA L. MOODY                                    2.40
           Conference call with RRR, ASPG, and ARJM; call
           with ARJM; draft revise discovery responses.

05/09/20   ANDREW MUIR                                            5.40
           Call with R. Rossi and team regarding ████████
           ████████████████; draft memorandum re ████████
           ████████████; and begin drafting HC2's responses
           and objections to Delaney's RFAs.

05/10/20   RONALD R. ROSSI                                        1.40
           Attention to Delany employment dispute re
           ████████████████████████████; t/c
           w AS-G, AM and KM re same.
```

HC2, Inc. d/b/a Hire Counsel                May 31, 2020       PAGE    7
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/10/20   KALITAMARA L. MOODY                                          5.90
           Research re ██████████████████████████████
           ███████████ per ARJM; conference call with
           ███████████ and ARJM re collection and
           production; conference call with ARJM; draft
           and revise R&Os to interrogatories per ARJM;
           review and analyze initial document collection
           per ARJM.

05/10/20   ANDREW MUIR                                                  7.90
           Call with ██████████████ re ██████and ██████████
           ██████████████████, report to R. Rossi re
           from ███████, and continue to draft RFA
           responses as well as responses to
           interrogatories.

05/10/20   RICARDO P. MCLEAN                                            6.50
           Prepare electronic discovery documents for
           attorney review as requested by associate K.
           Moody.

05/11/20   RONALD R. ROSSI                                             3.30
           Attention to Delany employment dispute re
           █████████████████████████████████████████████
           ███████████████████; t/c with AS-G, AM
           and KM re same.

05/11/20   ANN M. ST. PETER-GRIFFITH                                   2.60
           Conference call with KBT Team re: ██████████████
           ███████████████████;
           strategize for next filings; attend to
           communication with ██████████████.

05/11/20   KALITAMARA L. MOODY                                         6.10
           Review and analyze ██████████████ in preparation
           for production per ARJM; conference call with
           ARJM re ██████████████████; conference call
           with ARJM; review and analyze collections per
           ARJM.

05/11/20   ANDREW MUIR                                                 3.90
           Call with ██████████████ re ██████████████████;
           Confer with K. Moody re ██████████████████,
           review and production; calls with R.Rossi and
           A. St. Peters-Grifith re ██████████████████████
           ██████████; draft responses to RFAs.

```
HC2, Inc. d/b/a Hire Counsel               May 31, 2020      PAGE    8
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/11/20   ANDREW MUIR                                            2.10
           Review and analyze documents collected by
           ██████████ for privilege, confidentiality and
           responsiveness in order to produce same in
           response to defendant's requests for
           production.

05/11/20   MAXWELL SANDGRUND                                       .60
           Draft and review of email correspondence with
           ███████████████ regarding strategy; review of
           ███████████ discovery demands.

05/11/20   RICARDO P. MCLEAN                                      4.30
           Prepare electronic discovery documents for
           attorney review as requested by associate K.
           Moody.

05/12/20   RONALD R. ROSSI                                        3.40
           Attention to Delany employment dispute re
           ████████████████████████████████; t/c with AS-G, AM
           and KM re same.

05/12/20   ANN M. ST. PETER-GRIFFITH                              5.40
           Attend KBT team strategy call; review and
           revised RFA responses; review draft letter re:
           ████████████████████████; review and edit
           draft interrogatory answers.

05/12/20   KALITAMARA L. MOODY                                    6.90
           Call with ML re document review; review and
           analyze documents in preparation for production
           per ARJM; review correspondence re service of
           complaint per ARJM.

05/12/20   ANDREW MUIR                                            5.90
           Call with litigation team re document
           collection and review and strategy for
           disclosing documents and review by ██████████
           ██████; revise responses and objections to
           Delaney's RFAs, .

05/12/20   ANDREW MUIR                                            2.20
           Complete researching and drafting ████████
           responses and objections to Delaney's RFAs.

05/12/20   MAXWELL SANDGRUND                                      1.80
           Draft and review of email correspondence with
           █████████████ regarding ███████████; telephone
           conference with A. Muir regarding ████████████████████
```

HC2, Inc. d/b/a Hire Counsel                    May 31, 2020        PAGE    9
FILE NUMBER: 12302201
INVOICE NO.: 2004998

&#9608;&#9608;&#9608;&#9608;; review of client documents in
preparation of &#9608;&#9608; &#9608;&#9608;&#9608; affidavit.

05/12/20    RICARDO P. MCLEAN                                          3.70
            Attend to the preparation of electronic
            discovery documents for attorney review as
            requested by associate K. Moody.

05/13/20    RONALD R. ROSSI                                           4.20
            Attention to Delany employment dispute re
            &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;; t/c with AS-G, AM
            and KM re same.

05/13/20    ANN M. ST. PETER-GRIFFITH                                 4.80
            Review draft responses to RFPs; attend to email
            with team re production and other discovery
            responses; review various drafts of discovery
            answers; review production plan; call with K.
            Moody; review Delaney production; attend
            conference call with KBT Team; review latest
            draft of letter to Court re: &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;
            &#9608;&#9608;&#9608;&#9608;&#9608;; review answer and counterclaims.

05/13/20    KIRSTEN C. JACKSON                                        4.50
            Review pleadings, &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;
            &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; for Delaney employment
            dispute matter.

05/13/20    KALITAMARA L. MOODY                                       6.60
            Review and analyze documents in preparation for
            production; draft and revise production letter;
            review and analyze Delaney's R&Os per ASPG;
            conference call with RRR, ASPG, and ARJM.

05/13/20    ANDREW MUIR                                               6.50
            Calls with &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;, and litigation team re
            &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;; serve discovery
            responses.

05/13/20    ANDREW MUIR                                               7.10
            Review production of documents from Delaney and
            begin revising draft &#9608;&#9608;&#9608;&#9608; declaration.

05/13/20    MAXWELL SANDGRUND                                         5.80
            Draft and review of email correspondence with
            &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; regarding &#9608;&#9608;&#9608;&#9608;; review of
            client documents in preparation of Hire Counsel
            affidavit; review of internet research
            regarding &#9608;&#9608;&#9608;&#9608;&#9608;&#9608; and covid-19 in
            preparation of &#9608;&#9608;&#9608;&#9608;&#9608;&#9608; affidavit; draft of

HC2, Inc. d/b/a Hire Counsel                     May 31, 2020       PAGE   10
FILE NUMBER: 12302201
INVOICE NO.: 2004998

affidavit on behalf of ██████████████████
███████.

05/13/20  SAMUEL RATTIGAN                                                .30
          Review/monitor the Court's docket to confirm
          deadlines calendared on same match internally
          calendared deadlines and work updating case
          Docket folder w/ recently filed Answer.

05/13/20  RICARDO P. MCLEAN                                             6.60
          Assist case team with the preparation of
          discovery documents for attorney review and
          production as requested by associate K. Moody.

05/14/20  MARC E. KASOWITZ                                               .50
          Review counterclaims, media.

05/14/20  RONALD R. ROSSI                                              4.90
          Attention to Delaney employment dispute re
          ████████████████████████████████
          █████████████████████; t/c with AS-G, AM
          and KM re same.

05/14/20  ANN M. ST. PETER-GRIFFITH                                   3.70
          Review and revise draft of ██████████ affidavit;
          review edits to in camera review letter; attend
          to email re: ████████; begin preparing ████████;
          KBT Team call.

05/14/20  KIRSTEN C. JACKSON                                          3.90
          Review ███████████████ policies; draft
          notices of claim.

05/14/20  KALITAMARA L. MOODY                                         6.10
          Review and analyze documents in preparation for
          production per ARJM; draft and revise ██████████
          declaration per ARJM; conference call with RRR,
          ASPG, .

05/14/20  ANDREW MUIR                                                 5.70
          Finalize ██████████ declaration, review
          production set ████████████████, confer with R.
          Rossi and litigation team re ██████████████████████
          ███████████████████.

05/14/20  ANDREW MUIR                                                 4.00
          Review production of documents from Delaney and
          begin revising draft ██████████ declaration.

HC2, Inc. d/b/a Hire Counsel                    May 31, 2020      PAGE   11
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/14/20   MAXWELL SANDGRUND                                              5.20
           Draft and review of email correspondence with
           █████████████ regarding ████████; telephone
           conference with ████████████ regarding
           ███████████████; review and revise
           client declaration; review of client production
           in preparation of client declaration; review of
           ████████████ edits to client declaration.

05/14/20   RICARDO P. MCLEAN                                             5.30
           Prepare discovery documents for attorney review
           as requested by associate K. Moody.

05/15/20   MARC E. KASOWITZ                                               .30
           Review emails.

05/15/20   RONALD R. ROSSI                                               6.70
           Attention to Delaney employment dispute re
           ███████████████████████████████; attention to
           completion of ██████████████████
           ████████████, t/c with AS-G, AM and KM re same,
           t/c ████████████ re same.

05/15/20   ANN M. ST. PETER-GRIFFITH                                     4.30
           Review of various drafts of ████████████
           declaration; attend to email; review verified
           complaint for consistency; review revisions
           from ███; review of declaration from Delaney's
           attorney and attachments thereto and compare to
           ████████████; review ███declaration;.

05/15/20   KIRSTEN C. JACKSON                                            2.90
           Review and revise ███████████████.

05/15/20   KALITAMARA L. MOODY                                           5.10
           Review and analyze production per ARJM; draft
           and revise production letter; conference call
           re ███████████████████ with RRR, ASPG, ARJM.

05/15/20   ANDREW MUIR                                                  11.10
           Finalize ██████████ declaration for service,
           including coordinate revisions from ████████████
           ████████; confer with opposing counsel re
           declaration exchanges; call with litigation
           team re strategy ██████████████████████████████
           ████████████████████.

```
HC2, Inc. d/b/a Hire Counsel            May 31, 2020     PAGE  12
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/15/20  MAXWELL SANDGRUND                                     5.20
          Draft and review of email correspondence with
          ███████████████ regarding ████████; prepare
          █████████████ declaration for filing; review and
          revise declaration; review and revise letter
          motion regarding in camera review; review of
          Delaney document production in preparation of
          filing; review of ████████████ document
          production in preparation of filing.

05/15/20  SAMUEL RATTIGAN                                        .20
          Work updating docket file w/ Declaration ISO of
          Preliminary Injunction.

05/15/20  RICARDO P. MCLEAN                                     3.80
          Assist case team with the preparation of
          discovery documents for attorney review and
          production as requested by associate K. Moody.

05/16/20  MARC E. KASOWITZ                                       .50
          Review emails re ██████████████.

05/16/20  RONALD R. ROSSI                                       1.30
          Attention to Delaney employment dispute re
          ██████████████████; revise letter to court
          re same.

05/16/20  ANN M. ST. PETER-GRIFFITH                              .70
          Draft revisions to letter to Court re: ██
          █████████; conference with K. Moody; attend
          to related email.

05/16/20  KALITAMARA L. MOODY                                   2.90
          Preliminary injunction briefing prep.

05/16/20  RICARDO P. MCLEAN                                     4.30
          Prepare electronic discovery documents for
          attorney review as requested by associate K.
          Moody.

05/17/20  MARC E. KASOWITZ                                       .30
          Review papers.

05/17/20  ANN M. ST. PETER-GRIFFITH                             3.20
          Revise initial disclosures; conference with R.
          Rossi.

05/17/20  ANDREW MUIR                                           6.20
          Draft initial disclosures, research ████████████
          ████ and research and draft ████████ letter.
```

```
HC2, Inc. d/b/a Hire Counsel                May 31, 2020      PAGE   13
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/18/20   MARC E. KASOWITZ                                          .50
           T/c RR re ██████████████; review emails.

05/18/20   RONALD R. ROSSI                                          8.20
           T/c w MEK re ████████████████; draft and revise letter to
           SDNY re ████████████████████████████
           ████████; t/c w AS-P, AM and KM re initial
           disclosures and PI work; prepare ████████████
           for deposition; ████████
           ████████; review initial disclosures.

05/18/20   ANN M. ST. PETER-GRIFFITH                               4.90
           Attend to email with R. Rossi and ██████████
           review Court order re: ██████████;
           review/edit letter response to Court; review
           ████████; call with R. Rossi; attend to email
           with
           ████████████████; KBT Team call; review ██████
           ████████████████████; call with R. Rossi and
           ████████████ in preparation for deposition; ████████
           ████████.

05/18/20   KALITAMARA L. MOODY                                     5.90
           Draft and revise ████████ motion per ARJM; draft
           and revise letter response to Rotman 5.15
           letter per ASPG; research re ███████████████
           per ASPG; conference call with RRR, ASPG, and
           ARJM re status and to-do list; review and
           analyze exhibits to the declaration of ████ber
           ARJM.

05/18/20   ANDREW MUIR                                             1.10
           Continue to draft ████████ letter.

05/18/20   ANDREW MUIR                                             7.60
           Review Court's orders regarding multiple letter
           motions; ████████████████; revise initial disclosures and
           strategy call with litigation team regarding
           ████████████; call with ████████████████████
           ██████████████████, and begin drafting
           proposed findings of fact.

05/18/20   MAXWELL SANDGRUND                                       1.80
           Draft and review of email correspondence with
           ████████████████regarding filings; ████████████
           ██████████████████; review of defendant
```

HC2, Inc. d/b/a Hire Counsel                    May 31, 2020      PAGE   14
FILE NUMBER: 12302201
INVOICE NO.: 2004998

         declarations; review of court filings regarding
         ███████████████████.

05/18/20  SAMUEL RATTIGAN                                            .40
          Monitor/review the Court's docket and work
          updating case Docket file re ████████████
          ███████████████████████████████████████████
          ██████████.

05/18/20  RICARDO P. MCLEAN                                          .50
          Prepare deposition transcripts for attorney
          review as requested by K. Moody.

05/19/20  MARC E. KASOWITZ                                           .50
          █████████████████.

05/19/20  RONALD R. ROSSI                                           7.10
          Prepare for and defend ███████ deposition, t/c
          w/ trial team to discuss status and strategy;
          t/c w/ ██████████ re ████████████████; attention
          to revision of ████████ letter briefs and
          completion of ██████████ applications.

05/19/20  ANN M. ST. PETER-GRIFFITH                                 6.90
          Team call with A. Muir and K. Moody; ████████
          ████████████████████████; review proposed
          letter motion re: ██████████████; KBT Team
          call; █████████; conference to discuss ██████████ and
          ██████████████; review ██████████ motion to
          file under seal declaration; ████████████████
          █████████████████.

05/19/20  KALITAMARA L. MOODY                                       9.10
          Call with ASPG and ARJM re ██████████; draft and
          revise motion to seal per ARJM; research re
          ███████████████████████████ per ASPG;
          sealing application; draft and revise
          conclusions of law.

05/19/20  ANDREW MUIR                                              12.70
          Research ███████████████████████████████████
          ████████████████ ████ ██████████; calls with A.
          St. Peters-Grifith, M. Sandgrund, R. Rossi and
          K. Moody re ███████████████████████████████
          █████████████████████████████; continue to
          draft proposed findings of fact.

```
HC2, Inc. d/b/a Hire Counsel              May 31, 2020      PAGE   15
FILE NUMBER: 12302201
INVOICE NO.: 2004998
```

05/19/20   MAXWELL SANDGRUND                                        4.10
           Draft and review of email correspondence with
           ██████████████ regarding ███████████
           ██████████; telephone conference with A. Muir
           regarding legal research; conducted and
           reviewed legal research regarding ███████████
           ███████████████████████████████████████████;
           draft of letter to court regarding ████████████
           ██████████████

05/19/20   SAMUEL RATTIGAN                                           .90
           Update Docket filings related to Plaintiffs
           Motion for Preliminary Injunction and
           Opposition to same.

05/20/20   ANN M. ST. PETER-GRIFFITH                               10.70
           Review and revise letter motion to strike
           Rotman declaration; conference with R. Rossi;
           draft and revise proposed findings of fact and
           conclusions of law; review court's orders;
           attend to email to Rotman; review proposed
           findings of fact ███████████████████████████
           ██████████; review ████████████████████ and R. Rossi
           designations.

05/20/20   KALITAMARA L. MOODY                                      7.60
           Draft and revise conclusions of law per ARJM;
           draft and revise findings of fact per ARJM.

05/20/20   ANDREW MUIR                                             11.80
           Revise draft letter motion to strike the Rotman
           affirmation; call with A. St. Peters-Griffith
           re proposed findings of fact and continue to
           draft proposed findings of fact, including
           review declarations and deposition testimony,
           and coordinate with litigation team regarding
           action items.

05/20/20   MAXWELL SANDGRUND                                        8.80
           Draft and review of email correspondence with
           ██████████████████ and the ████████████████████
           ██████████████regarding ██████████████████████;
           telephone conference with ████████████████████
           regarding ████████████████; review of
           declarations in preparation of preliminary
           injunction brief; review of deposition
           transcripts in preparation of preliminary
           injunction brief; review of record and court
           docket in preparation of preliminary injunction
           brief; draft of preliminary injunction brief.

HC2, Inc. d/b/a Hire Counsel                    May 31, 2020        PAGE   16
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/20/20   SAMUEL RATTIGAN                                            .90
           Work re ████████████████████████████; continue
           work updating docket file w/ filings related to
           Plaintiffs Motion for Preliminary Injunction
           and Opposition to same; review/monitor the
           Court's docket and work updating case file.

05/21/20   MARC E. KASOWITZ                                           .30
           Review proposed findings of fact and conclusion
           of law re ███████████████████████

05/21/20   ANN M. ST. PETER-GRIFFITH                               10.50
           Continue reviewing and editing Proposed
           Findings of Fact and Conclusions of Law re
           ████████████; review and revise
           memorandum of law; KBT team call; call with
           Attorney Rotman for court ordered meet and
           confer; identify transcript pages for
           submission.

05/21/20   KALITAMARA L. MOODY                                      8.60
           Research and draft and revise conclusions of
           law; draft and revise proposed findings of
           fact; preparations for filing.

05/21/20   ANDREW MUIR                                              5.10
           Draft proposed findings of fact re evidence
           from ████████████.

05/21/20   ANDREW MUIR                                              9.90
           Prepare for call and meet and confer with R.
           Rotman re sealing procedures; review and revise
           draft memorandum of law and proposed findings
           of fact.

05/21/20   MAXWELL SANDGRUND                                        8.80
           Draft and review of email correspondence with
           ████████████ regarding legal research and
           filings; further draft of preliminary
           injunction brief; review of proposed
           conclusions of law; review of proposed findings
           of fact; review of factual record in
           preparation of filing; review and revise of
           proposed facts and conclusions of law; review
           of edits to briefs.

05/21/20   AMANDA NUNEZ                                             3.20
           Phone call with K. Moody; Prepare Preliminary
           Injunction Motion exhibits.

```
HC2, Inc. d/b/a Hire Counsel          May 31, 2020      PAGE   17
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/21/20   SAMUEL RATTIGAN                                        1.90
           Work updating documents in case file w/
           ██████████████████ and work
           monitoring the Court's docket to update Docket
           file.

05/22/20   MARC E. KASOWITZ                                        .40
           Review filings and draft motion.

05/22/20   RONALD R. ROSSI                                        5.30
           Attention to Delaney employment dispute re
           ██████████████████████, review and
           revise PI memo of law and supporting papers;
           discuss same with AM and AS-G.

05/22/20   ANN M. ST. PETER-GRIFFITH                              7.10
           Review draft memorandum of law; remit email to
           R. Rotman re: designation of deposition
           transcript pages; ████████████; attend
           to email with R. Rotman, Defense counsel re:
           parties' joint submission of deposition
           excerpts; review notice of motion; review Rossi
           declaration; review filing submitted by Delaney
           and identify cited exhibits; ████████████████
           ██████████.

05/22/20   KALITAMARA L. MOODY                                    8.30
           Draft and revise proposed findings of fact and
           conclusions of law per ARJM; assist with
           preliminary injunction filing per ARJM.

05/22/20   ANDREW MUIR                                            2.30
           Complete revising draft MOL and confirming
           record citations.

05/22/20   ANDREW MUIR                                            7.60
           Draft Rossi declaration for filing and
           attention to finalizing all other papers for
           filing on the public docket and under seal.

05/22/20   MAXWELL SANDGRUND                                     10.30
           Draft and review of email correspondence ███████
           ██████████████regarding ██████████; review and
           revise of proposed facts and conclusions of
           law; review of exhibits in preparation of
           filing and sealing; conducted and reviewed
           legal research ██████████████████████; draft
           of notice of motion in preparation of filing;
           prepare exhibits for filing.
```

```
HC2, Inc. d/b/a Hire Counsel          May 31, 2020     PAGE  18
FILE NUMBER: 12302201
INVOICE NO.: 2004998
```

05/22/20   AMANDA NUNEZ                                            4.10
           Preparation for Preliminary Injunction Motion
           filing.

05/22/20   SAMUEL RATTIGAN                                        2.60
           Work updating docket folder w/ recent filings
           related to HC2's Motion for Preliminary
           Injunction and work quality checking exhibits
           ISO of same to confirm correct exhibits filed.

05/22/20   RICARDO P. MCLEAN                                       .80
           Prepare discovery documents for court filing as
           requested by A. Nunez.

05/23/20   KALITAMARA L. MOODY                                    2.30
           Draft Preliminary Injunction hearing outline
           per ARJM.

05/23/20   MAXWELL SANDGRUND                                       .50
           Draft and review of email correspondence ██████
           ████████████████████regarding oral argument
           preparation.

05/24/20   KALITAMARA L. MOODY                                    3.30
           Draft case timeline for PI hearing; oral
           argument outline drafting.

05/24/20   ANDREW MUIR                                            5.60
           Draft oral argument preparation materials,
           including chart of contract provisions and
           revise argument outline, chronology and
           evidence of improper disclosures.

05/24/20   MAXWELL SANDGRUND                                      2.30
           Draft and review of email correspondence ██████
           ████████████regarding ███████████████████
           ████████████; review of ██████████████████
           █████████; review of ██████████████████
           declaration and deposition; ███████████
           ████████████████████████████████████████████
           ██████████████████████████████.

05/25/20   RONALD R. ROSSI                                        2.70
           Prepare for PI hearing re Delaney employment
           dispute.

05/25/20   KALITAMARA L. MOODY                                    3.10
           Preliminary Injunction hearing preparations per
           ARJM.

```
HC2, Inc. d/b/a Hire Counsel              May 31, 2020      PAGE  19
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/25/20   ANDREW MUIR                                              2.50
           Review authorities cited ██████████████
           ████████████ in order to update
           R. Rossi re same in preparation for preliminary
           injunction hearing.

05/25/20   MAXWELL SANDGRUND                                         .60
           Review of email correspondence from ██████
           ████████████ regarding oral argument
           preparation; review of case summaries in
           preparation of oral argument.

05/26/20   MARC E. KASOWITZ                                          .50
           Work re oral argument and report.

05/26/20   RONALD R. ROSSI                                          5.60
           Prepare for and attend PI hearing re Delaney
           employment dispute; debrief w AS-G, MEK, ██████
           ████████████████████████ re same.

05/26/20   ANN M. ST. PETER-GRIFFITH                               3.10
           Conference with R Rossi; attend preliminary
           injunction hearing re Delaney employment
           dispute; conference with K. Moody and A. Muir.

05/26/20   ANDREW MUIR                                             4.10
           Review counterclaims and begin researching
           grounds to dismiss in preparation for drafting
           motion to dismiss; prepare materials for and
           attend preliminary injunction hearing re
           Delaney employment dispute.

05/26/20   MAXWELL SANDGRUND                                       1.20
           Draft and review of email correspondence ██████
           ████████████████ regarding oral argument;
           review of court rules regarding oral argument;
           review of defendant's counterclaims; review of
           court updates.

05/26/20   SAMUEL RATTIGAN                                         1.30
           Continue work updating case Docket file w/
           recently filed exhibits ISO of HC2's Motion for
           Preliminary Injunction and work updating and
           organizing all documents filed under seal.

05/27/20   MARC E. KASOWITZ                                         .30
           Work re Judge Liman decision; work re ██████.
```

```
HC2, Inc. d/b/a Hire Counsel              May 31, 2020        PAGE  20
FILE NUMBER: 12302201
INVOICE NO.: 2004998


05/27/20   RONALD R. ROSSI                                            1.80
           Attend PI hearing re Delaney employment
           dispute; numerous discussions debriefing re
           same.

05/27/20   ANN M. ST. PETER-GRIFFITH                                  4.10
           Attend to email re: ███████████████████
           ██████████; draft letter to Court and assemble
           case exhibits; ██████████████████; attend
           conference with Court announcing order; attend
           to email re: █████████████; conference with R.
           Rossi re: ████████████; ██████████████████████
           ████████████████.

05/27/20   KALITAMARA L. MOODY                                         .60
           Draft and revise letter to the Court per ASPG.

05/27/20   ANDREW MUIR                                                1.10
           Attend hearing re order on application for
           preliminary injunction.

05/27/20   ANDREW MUIR                                                3.00
           Research causes of action alleged in
           counterclaims in preparation for motion to
           dismiss.

05/27/20   MAXWELL SANDGRUND                                           .80
           Draft and review of email correspondence ██████
           ████████████regarding oral argument;
           review of legal research regarding potential
           motion to dismiss of counterclaims.

05/28/20   RONALD R. ROSSI                                            1.20
           Attention to MTD Delaney counterclaims; discuss
           same w AM and AS-G.

05/28/20   ANN M. ST. PETER-GRIFFITH                                  1.40
           Conference with R. Rotman re: ██████████████████
           ██████████████; KBT team call re: counterclaims;
           ██████████████████████████.

05/28/20   ANDREW MUIR                                                2.40
           Attention to response to ████████ re ████████;
           attention to ordering transcript of PI order;
           correspond with M. Sandgrund re ██████████████
           ██████████████; calls with A. St.
           Peters-Griffith and R. Rossi re strategy for
           responding to complaint; meet and confer call
           with R. Rotman re ████████████.
```

```
HC2, Inc. d/b/a Hire Counsel          May 31, 2020      PAGE  21
FILE NUMBER: 12302201
INVOICE NO.: 2004998
```

05/28/20   MAXWELL SANDGRUND                                    7.80
           Draft and review of email correspondence █████
           ████████████ regarding ██████;
           review of ████████████ in preparation of
           legal research; conducted and reviewed legal
           research regarding counterclaims in preparation
           of motion to dismiss.

05/29/20   RONALD R. ROSSI                                      2.30
           Attention to MTD.

05/29/20   ANN M. ST. PETER-GRIFFITH                            2.30
           Team call re: Motion to Dismiss strategy re
           Delaney's counterclaims; attend to email with
           ████████; attend to email with R. Rossi; draft
           response email to R. Rotman re: enlargement;
           conference call with ████████████████████;
           conference call with R. Rotman
           concerning enlargement.

05/29/20   KALITAMARA L. MOODY                                  1.40
           ████conference call re motion to dismiss
           Delaney's counterclaims; conference call with
           ARJM and MS re motion to dismiss.

05/29/20   ANDREW MUIR                                          4.00
           Research case law re motions to dismiss
           Delaney's counterclaims and correspond with
           case team re research and drafting strategy.

05/29/20   MAXWELL SANDGRUND                                   11.40
           Draft and review of email correspondence █████
           ████████████regarding motion to dismiss
           Delaney's counterclaims; participated in
           telephone conferences ████████████████████
           regarding motion to dismiss; review of
           counterclaims in preparation of motion to
           dismiss; conducted and reviewed legal research
           regarding counterclaims in preparation of
           motion to dismiss; draft of motion to dismiss.

05/29/20   SAMUEL RATTIGAN                                      .70
           Review/monitor the Court's Docket in order to
           confirm internal Docket file to be updated w/
           all filings and confirm all upcoming hearings
           dates are on calendar.

05/30/20   ANDREW MUIR                                          5.30
           Revise draft motion to dismiss and call with M.
           Sandgrund re same.

```
HC2, Inc. d/b/a Hire Counsel          May 31, 2020      PAGE  22
FILE NUMBER: 12302201
INVOICE NO.: 2004998
```

| | | |
|---|---|---|
| 05/30/20 | MAXWELL SANDGRUND | 12.20 |
| | Draft and review of email correspondence ▆▆▆ | |
| | ▆▆▆▆▆▆▆▆▆▆ regarding motion to dismiss; | |
| | participated in telephone conferences with A. | |
| | Muir regarding motion to dismiss; conducted and | |
| | reviewed legal research regarding counterclaims | |
| | in preparation of motion to dismiss; further | |
| | draft of motion to dismiss. | |
| 05/31/20 | KALITAMARA L. MOODY | 4.30 |
| | Draft and revise motion to dismiss Delaney's | |
| | counterclaims per ARJM. | |
| 05/31/20 | ANDREW MUIR | 11.90 |
| | Research re Delaney's counterclaims and revise | |
| | draft motion to dismiss the same. | |
| 05/31/20 | MAXWELL SANDGRUND | 10.10 |
| | Draft and review of email correspondence ▆▆▆ | |
| | ▆▆▆▆▆▆ regarding motion to dismiss | |
| | Delaney' counterclaims; conducted and reviewed | |
| | legal research regarding ▆▆▆▆▆▆▆▆▆ in | |
| | preparation of motion to dismiss; further draft | |
| | of motion to dismiss. | |

```
          TOTAL HOURS                              692.90
```

```
HC2, Inc. d/b/a Hire Counsel                 May 31, 2020      PAGE   23
FILE NUMBER: 12302201
INVOICE NO.: 2004998
```

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| KIRSTEN C. JACKSON | 11.30 | 600.00 | 6,780.00 |
| MARC E. KASOWITZ | 4.10 | 1,950.00 | 7,995.00 |
| RONALD R. ROSSI | 85.30 | 1,150.00 | 98,095.00 |
| ANN M. ST. PETER-GRIFFITH | 99.00 | 705.00 | 69,795.00 |
| | | | |
| **ASSOCIATE** | | | |
| KALITAMARA L. MOODY | 113.20 | 825.00 | 93,390.00 |
| ANDREW MUIR | 206.80 | 475.00 | 98,230.00 |
| MAXWELL SANDGRUND | 120.00 | 675.00 | 81,000.00 |
| | | | |
| **PARALEGAL** | | | |
| RICARDO P. MCLEAN | 35.80 | 315.00 | 11,277.00 |
| AMANDA NUNEZ | 7.30 | 325.00 | 2,372.50 |
| SAMUEL RATTIGAN | 10.10 | 195.00 | 1,969.50 |

```
              TOTAL FEES                      $470,904.00

FILING FEES                                       400.00
PROFESSIONAL SERVICES                           5,523.15
AUTOMATED RESEARCH                              5,331.32
DOCUMENT REPRODUCTION                             391.02

              TOTAL COSTS                      $11,645.49


        TOTAL FEES AND COSTS                  $482,549.49
```



**Intelligence**Options

163 BROADWAY
NEW YORK, NY 10019
TEL 212-506-1352
FAX 212-506-1479

WWW.INTELLIGENCEOPTIONS.COM
INFO@INTELLIGENCEOPTIONS.COM

Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

MARC E. KASOWITZ
K12302201

INVOICE NUMBER 2003622                    May 31, 2020

**RE: HC2, Inc. d/b/a Hire Counsel / Hire Counsel v. Delaney**

FOR INVESTIGATIVE SERVICES rendered through May 15, 2020

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 05/15/2020 Investigative Duties. | 7.50 | 350.00 | 2,625.00 |
| TOTAL HOURS/AMOUNT | 7.50 |  | $2,625.00 |
| TOTAL DISBURSEMENTS |  |  | $2,447.93 |

| | |
|---|---|
| FEES | $2,625.00 |
| DISBURSEMENTS | 2,447.93 |
| SALES TAX | 450.22 |
| **TOTAL AMOUNT DUE** | **$5,523.15** |

INTELLIGENCE OPTIONS LLC IS A SUBSIDIARY COMPANY OF THE LAW
FIRM KASOWITZ BENSON TORRES LLP

# KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
DIRECT FAX: 212-835-5010
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

September 25, 2020

Joan Davison
HC2, Inc. d/b/a Hire Counsel
225 West Washington Street
Chicago, IL  60606

Re: <u>Hire Counsel v. Delaney</u>

Dear Joan:

I hope you and your family are safe and well.

I enclose our invoice for professional services rendered and disbursements incurred from June through July 2020.  Also enclosed is a detailed summary of services.

Please let me know if you have any questions.

Best.

Sincerely,

Marc E. Kasowitz

Enclosures

**KASOWITZ BENSON TORRES LLP**
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

FED. ID. 13-3720397

HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606

INVOICE NO.: 2005911                    September 25, 2020

RE: Hire Counsel v. Delaney

FOR PROFESSIONAL SERVICES rendered
through the month of July 2020
as reflected on the attached printout.

| | |
|---|---|
| Fees | $153,922.50 |
| Less 10% Discount | (15,392.25) |
| Total Fees | $138,530.25 |
| Disbursements | 2,686.31 |
| Current Amount Due | $141,216.56 |
| Previous Balance | 467,914.01 |
| **TOTAL AMOUNT DUE** | **$609,130.57** |

5401
12302201

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


JULY 31, 2020


12302201
HC2, Inc. d/b/a Hire Counsel
Hire Counsel v. Delaney


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 06/01/20 | RONALD R. ROSSI<br>Review and revise draft MTD; legal research re same; t/c w AS-G and AM re same; attention to sealing issues. | 7.80 |
| 06/01/20 | ANN M. ST. PETER-GRIFFITH<br>Review Motion to Dismiss draft; email Attorney Rotman re: meet and confer concerning sealing; ██████████████████████████████; strategy call with A. Muir; meet and confer with Delaney counsel; conference with R. Rossi;. | 2.80 |
| 06/01/20 | ANDREW MUIR<br>Research and revise draft motion to dismiss counterclaims. | 6.80 |
| 06/01/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence ████ ████████████ regarding motion to dismiss; conducted and reviewed legal research regarding counterclaims in preparation of motion to dismiss; review and revise motion to dismiss. | 3.40 |
| 06/02/20 | RONALD R. ROSSI<br>Draft MTD; legal research re same; numerous t/cs w AM re same; AS-G re sealing issues; t/c w ██████████; t/c w ██████████ re status and strategy. | 8.90 |
| 06/02/20 | ANN M. ST. PETER-GRIFFITH<br>Continue revising/editing Motion to Dismiss; ██████████████████████. | 2.30 |

```
HC2, Inc. d/b/a Hire Counsel              Jul 31, 2020      PAGE    2
FILE NUMBER: 12302201
INVOICE NO.: 2005911
```

06/02/20   KIRSTEN C. JACKSON                                         1.00
           Draft correspondence to ██████████████.

06/02/20   KALITAMARA L. MOODY                                        2.30
           Research in preparation for moving to dismiss
           per ARJM.

06/02/20   ANDREW MUIR                                                9.60
           Research and revise motion to dismiss
           counterclaims; call with R.Rossi re arguments
           in motion to dismiss.

06/02/20   MAXWELL SANDGRUND                                          3.10
           Draft and review of email correspondence ███
           ████████████ regarding motion to dismiss;
           conducted and reviewed legal research regarding
           counterclaims in preparation of motion to
           dismiss; review of court rules in preparation
           of motion to dismiss.

06/02/20   MATTHEW LAWRENCE                                           2.00
           Review ███████████████████ Case Law;
           correspond with A. Muir, K. Moody, and M.
           Sandgrund regarding same.

06/03/20   MARC E. KASOWITZ                                            .20
           Review correspondence.

06/03/20   RONALD R. ROSSI                                            6.20
           Draft MTD and finalize supporting papers; t/c w
           AM re same; attention to ████████████; t/c
           with AS-G re same; t/c w ████████ re same.

06/03/20   ANN M. ST. PETER-GRIFFITH                                  6.40
           Prepare letter to court re: sealing and
           scheduling; evaluate what will be unsealed;
           attend to ████████; conference with ████████;
           review and provide comments re: Motion to
           Dismiss; attending to drafting/editing proposed
           order.

06/03/20   KALITAMARA L. MOODY                                        5.90
           Draft and revise motion to dismiss per ARJM;
           draft and revise letter motion to seal per
           ASPG.

06/03/20   ANDREW MUIR                                                9.10
           Conduct additional research re ████████████
           sections alleged in counterclaims and revise
           draft motion to dismiss.

HC2, Inc. d/b/a Hire Counsel                    Jul 31, 2020        PAGE    3
FILE NUMBER: 12302201
INVOICE NO.: 2005911


06/03/20   MAXWELL SANDGRUND                                              12.40
           Draft and review of email correspondence ███
           ████████████ regarding motion to dismiss;
           review and revise motion to dismiss; prepare
           motion to dismiss for filing; draft of notice
           of motion; conducted and reviewed legal
           research regarding counterclaims in preparation
           of motion to dismiss.

06/03/20   SAMUEL RATTIGAN                                                  .90
           Draft shell of declaration of R. Rossi ISO
           HC2's Motion to Dismiss Counterclaims; work
           finalizing exhibits ISO of Motion to Dismiss
           Counterclaims.

06/04/20   MARC E. KASOWITZ                                                 .50
           Review correspondence; work re strategy.

06/04/20   ANN M. ST. PETER-GRIFFITH                                        .60
           Review notice from Court re: proposed order;
           review redactions and attend to related email;.

06/04/20   MAXWELL SANDGRUND                                               .10
           Review of docket.

06/04/20   SAMUEL RATTIGAN                                                  .70
           Work updating docket file w/ HC2's motion to
           dismiss Defendant's counter-claims;
           review/monitor the court's docket in order to
           confirm docket file to be up to date.

06/05/20   ANN M. ST. PETER-GRIFFITH                                        .10
           Attend to email with ████████████████re:
           response from Delaney to our letter motion
           concerning sealing.

06/05/20   MAXWELL SANDGRUND                                                .20
           Draft and review of email correspondence ███
           ████████████ regarding legal research.

06/06/20   MATTHEW LAWRENCE                                               1.80
           Research case law concerning ███████████
           ██████████████████.

06/08/20   KIRSTEN C. JACKSON                                               .70
           Review and revise correspondence to ███████.

06/08/20   MAXWELL SANDGRUND                                              3.60
           Draft and review of email correspondence ███
           ███████████████regarding ███████████;
           conducted and reviewed legal research regarding

```
HC2, Inc. d/b/a Hire Counsel          Jul 31, 2020      PAGE    4
FILE NUMBER: 12302201
INVOICE NO.: 2005911
```

████████████████████████.

06/08/20   MATTHEW LAWRENCE                                       1.70
           Research case law concerning ██████████████
           ██████████████████ and correspond with
           A. Muir, K. Moody, and M. Sandgrund regarding
           same.

06/09/20   RONALD R. ROSSI                                         .30
           T/c with ████████████ re ██████████.

06/09/20   KIRSTEN C. JACKSON                                      .50
           Review and revise correspondence to ████████.

06/09/20   MAXWELL SANDGRUND                                      1.20
           Review of Delaney answer; conducted and
           reviewed legal research regarding ███████████
           █████████████.

06/10/20   MARC E. KASOWITZ                                        .30
           Review emails.

06/10/20   KIRSTEN C. JACKSON                                      .50
           Review and revise correspondence to ████████.

06/10/20   ANDREW MUIR                                             .60
           Prepare documents in response to request ██████
           ████████ and attention to transmitting same.

06/12/20   ANDREW MUIR                                             .60
           Attention to research re ██████████████████
           ███████████████████████████████████████.

06/12/20   MAXWELL SANDGRUND                                      4.30
           Draft and review of email correspondence with
           A. Muir regarding ████████████████; conducted and
           reviewed legal research regarding ███████████
           █████████.

06/14/20   KALITAMARA L. MOODY                                    1.30
           Review █████████████████████████████████
           █████████████████████ per ARJM.

06/15/20   ANN M. ST. PETER-GRIFFITH                               .70
           Attend to email with ████████████ re:
           ████████████████████; conference with
           K. Moody re: same; attend to team email re:
           ████████████████████████████████████████
           █████████████.
```

```
HC2, Inc. d/b/a Hire Counsel          Jul 31, 2020      PAGE    5
FILE NUMBER: 12302201
INVOICE NO.: 2005911
```

| 06/15/20 | ANDREW MUIR | 2.60 |
| | Attention to research regarding ████████████████████. | |

| 06/15/20 | MAXWELL SANDGRUND | 3.30 |
| | Draft and review of email correspondence with A. Muir regarding legal research; conducted and reviewed legal research regarding ██████████████. | |

| 06/16/20 | ANN M. ST. PETER-GRIFFITH | .30 |
| | Conference with R. Rossi; attend to email to ██ ████ re: █████████████. | |

| 06/16/20 | ANDREW MUIR | .60 |
| | Attention to deposition confidentiality designations ████████████████████ re same. | |

| 06/16/20 | ANDREW MUIR | 1.00 |
| | Call with M.Sandgrund re l█████████████ ██████████████. | |

| 06/16/20 | MAXWELL SANDGRUND | 4.80 |
| | Draft and review of email correspondence with A. Muir regarding legal research; telephone conference with A. Muir regarding legal research; conducted and reviewed legal research regarding personal service requirements; draft of letter to defendant's counsel regarding personal service. | |

| 06/17/20 | ANN M. ST. PETER-GRIFFITH | .40 |
| | Attend to email re: ████████████████████ ████████████; conference with ██████████████. | |

| 06/17/20 | ANDREW MUIR | 3.40 |
| | Attention to submitting █████████████ ██████████ to ████████████; research ██████████ and begin revising draft letter to opposing counsel; conference with A. St.Peters-Griffith re same. | |

| 06/17/20 | MAXWELL SANDGRUND | 1.30 |
| | Draft and review of email correspondence with A. Muir regarding ██████████████; conducted and reviewed legal research ████████████████████ ███████. | |

```
HC2, Inc. d/b/a Hire Counsel              Jul 31, 2020      PAGE    6
FILE NUMBER: 12302201
INVOICE NO.: 2005911
```

| | | |
|---|---|---|
| 06/18/20 | RONALD R. ROSSI<br>Review opposition to MTD, discuss same with AM<br>and AS-G. | 1.50 |
| 06/18/20 | ANN M. ST. PETER-GRIFFITH<br>Review opposition to motion to dismiss<br>counterclaims; team conference call; attend to<br>email from K. Moody re: ███████████████<br>███████. | 1.10 |
| 06/18/20 | KALITAMARA L. MOODY<br>Prepare for and attend call re ████████<br>████████████████ with RRR, ASPG,<br>ARJM, and MS; review Delaney opposition to<br>motion to dismiss per ARJM. | 1.40 |
| 06/18/20 | ANDREW MUIR<br>Begin analyzing opposition to motion to dismiss<br>and call with litigation team regarding reply. | 1.70 |
| 06/18/20 | ANDREW MUIR<br>Analyze research regarding ██████████████<br>and revise draft letter to Delaney's counsel re<br>acceptance of service. | 2.40 |
| 06/18/20 | MAXWELL SANDGRUND<br>Draft and review of email correspondence ████<br>████████regarding motion to dismiss; telephone<br>conference with ████████ regarding motion to<br>dismiss; review of defendant's opposition to<br>motion to dismiss; review of motion to dismiss;<br>review of complaint. | 2.30 |
| 06/18/20 | SAMUEL RATTIGAN<br>Work organizing and indexing materials for ARJM<br>in preparation for drafting Reply to Motion to<br>Dismiss; monitor/review the Court's docket in<br>order to confirm case docket file to be up to<br>date and all upcoming hearings and deadlines<br>confirmed. | 3.70 |
| 06/19/20 | ANDREW MUIR<br>Begin drafting arguments for reply in further<br>support of motion to stay. | .80 |
| 06/20/20 | ANDREW MUIR<br>Analyze Delaney's counterclaims and begin to<br>research case law for inclusion in reply in<br>support of Motion to dismiss. | 4.60 |

HC2, Inc. d/b/a Hire Counsel                    Jul 31, 2020      PAGE    7
FILE NUMBER: 12302201
INVOICE NO.: 2005911


06/21/20    ANN M. ST. PETER-GRIFFITH                              .50
            Conference with A. Muir re: reply to opposition
            to Motion to Dismiss.

06/21/20    ANDREW MUIR                                          10.00
            Review counterclaims and opposition, research
            case law in opposition brief and draft reply.

06/22/20    RONALD R. ROSSI                                       1.30
            Attention to reply brief re MTD.

06/22/20    ANDREW MUIR                                          13.10
            Research and draft reply in further support of
            motion to dismiss.

06/23/20    RONALD R. ROSSI                                       8.80
            Attention to review and revision of reply to
            MTD; numerous correspondence and t/c w AM re
            same.

06/23/20    PAUL BURGO                                            .10
            Review audit letter and related corr. w/ R.
            Rossi, G. Schryver, B. Rutcofsky, and J. Recine
            re same.

06/23/20    ANN M. ST. PETER-GRIFFITH                             .50
            Review and revise Reply memorandum to
            Opposition to Motion to Dismiss Counterclaim;
            ███████████████████████████████████████████
            ████████.

06/23/20    ANDREW MUIR                                           4.60
            Revise draft reply in further support of motion
            to dismiss counterclaims based on review by R.
            Rossi.

06/23/20    MAXWELL SANDGRUND                                     4.60
            Draft and review of email correspondence ████
            ██████████ regarding reply brief; review of reply
            brief; conducted and reviewed legal research
            regarding abuse of process; conducted and
            reviewed legal research regarding defamation.

06/23/20    SAMUEL RATTIGAN                                       1.10
            T/C w/ ARJM re preparing draft letter to ████
            and work drafting same; review/monitor the
            Court's docket to confirm case docket file to
            be current.

```
HC2, Inc. d/b/a Hire Counsel              Jul 31, 2020     PAGE    8
FILE NUMBER: 12302201
INVOICE NO.: 2005911


06/24/20   RONALD R. ROSSI                                        5.20
           Attention to review and revision of reply brief
           to MTD; supervise filing of same.

06/24/20   ANDREW MUIR                                           2.70
           Finalize reply brief and attention to filing
           same.

06/24/20   MAXWELL SANDGRUND                                     1.80
           Draft and review of email correspondence ████
           ████████and ███████████████
           regarding reply brief; review of reply brief;
           conducted and reviewed legal research regarding
           abuse of process; conducted and reviewed legal
           research regarding defamation.

07/02/20   KIRSTEN C. JACKSON                                    1.20
           Review ███████████.

07/02/20   ANDREW MUIR                                           4.00
           Attention to ███████████████ issues.

07/06/20   SAMUEL RATTIGAN                                        .30
           Initial reviews of deposition notices for
           Hartstein, Davison, and Ayala and work saving
           same to case file.

07/08/20   ANDREW MUIR                                            .60
           Revise, finalize and transmit letter to R.
           Rotman re service.

07/10/20   ANDREW MUIR                                            .60
           Analyze response from opposing counsel; draft
           reply and coordinate with R. Rossi; correspond
           with opposing counsel re acceptance of service.

07/10/20   MAXWELL SANDGRUND                                      .40
           Review of email correspondence from A. Muir
           regarding case update; review of defendant
           document requests.

07/13/20   KIRSTEN C. JACKSON                                    2.00
           Attention to ███████████████ issues.

07/13/20   ANDREW MUIR                                            .30
           Attention to ███████████████ issues.

07/13/20   SAMUEL RATTIGAN                                        .20
           Work updating case file w/ Delaney's second
           discovery requests and recently filed Court
           Order.
```

HC2, Inc. d/b/a Hire Counsel                 Jul 31, 2020      PAGE    9
FILE NUMBER: 12302201
INVOICE NO.: 2005911


07/14/20   ANDREW MUIR                                              .40
           Attention to ██████████████ issues.

07/15/20   ANDREW MUIR                                              .20
           Confirm delivery of document production to
           client and correspond with client re same.

07/16/20   ANDREW MUIR                                             1.30
           Attention to ███████████ ████████████
           █████████.

07/17/20   MARC E. KASOWITZ                                         .20
           Review Judge Liman decision.

07/17/20   RONALD R. ROSSI                                         1.20
           Attend conference re MTD decision, update trial
           team re same.

07/17/20   ANDREW MUIR                                              .40
           Attend hearing re motion to dismiss.

07/17/20   MAXWELL SANDGRUND                                        .30
           Draft and review of email correspondence with
           R. Rossi regarding court conference; review of
           court docket.

07/20/20   ANDREW MUIR                                             3.00
           Review ██████████████, prior requests from
           ████████, orders re filing under seal and
           protective order and draft reply to ████████ for
           use by R. Rossi.

07/21/20   ANDREW MUIR                                             4.90
           Review and revise draft letters to opposing
           counsel re discovery; attention to researching,
           preparing and filing certificate of service re
           summons and complaint.

07/21/20   MAXWELL SANDGRUND                                        .30
           Draft and review of email correspondence with
           A. Muir regarding service dates.

07/21/20   SAMUEL RATTIGAN                                          .40
           Work editing and preparing emails to be used as
           exhibits ISO declaration to dismiss
           counter-claims.

07/22/20   ANDREW MUIR                                             1.60
           Revise correspondence re discovery deficiencies
           and correspond with R. Rossi re same.

```
HC2, Inc. d/b/a Hire Counsel              Jul 31, 2020      PAGE  10
FILE NUMBER: 12302201
INVOICE NO.: 2005911
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/23/20 | ANDREW MUIR | Finalize correspondence to opposing counsel re discovery and transmit same; draft update to and correspond with ███████████. | .70 |
| 07/23/20 | SAMUEL RATTIGAN | Finalize outgoing correspondence from ARJM; work researching requirements and costs and ordering transcript of hearing re motion to dismiss counterclaims. | .90 |
| 07/24/20 | KIRSTEN C. JACKSON | Strategy re: ████████████████████. | .50 |
| 07/29/20 | SAMUEL RATTIGAN | Review/monitor the Court's docket to confirm case file to be current. | .20 |
| 07/30/20 | ANDREW MUIR | Attention to upcoming deadlines re settlement conference. | .20 |
| 07/30/20 | SAMUEL RATTIGAN | Review/monitor the Court's docket and work updating case docket file. | .30 |

```
                TOTAL HOURS                          229.50
```

```
HC2, Inc. d/b/a Hire Counsel              Jul 31, 2020      PAGE   11
FILE NUMBER: 12302201
INVOICE NO.: 2005911
```

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PARTNER | | | |
| PAUL BURGO | .10 | 1,075.00 | 107.50 |
| KIRSTEN C. JACKSON | 6.40 | 600.00 | 3,840.00 |
| MARC E. KASOWITZ | 1.20 | 1,950.00 | 2,340.00 |
| RONALD R. ROSSI | 41.20 | 1,150.00 | 47,380.00 |
| ANN M. ST. PETER-GRIFFITH | 15.70 | 705.00 | 11,068.50 |
| | | | |
| ASSOCIATE | | | |
| MATTHEW LAWRENCE | 5.50 | 475.00 | 2,612.50 |
| KALITAMARA L. MOODY | 10.90 | 825.00 | 8,992.50 |
| ANDREW MUIR | 92.40 | 475.00 | 43,890.00 |
| MAXWELL SANDGRUND | 47.40 | 675.00 | 31,995.00 |
| | | | |
| PARALEGAL | | | |
| SAMUEL RATTIGAN | 8.70 | 195.00 | 1,696.50 |

```
            TOTAL FEES                    $153,922.50

OFFICIAL RECORDS SEARCH                        76.90
PROFESSIONAL SERVICES                         443.53
AUTOMATED RESEARCH                          1,990.91
DOCUMENT REPRODUCTION                         153.18
DOCUMENT DELIVERY                              21.79

            TOTAL COSTS                     $2,686.31


        TOTAL FEES AND COSTS            $156,608.81
```

# KASOWITZBENSONTORRESLLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
DIRECT FAX: 212-835-5010
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

October 15, 2020

Joan Davison
HC2, Inc. d/b/a Hire Counsel
225 West Washington Street
Chicago, IL 60606

Re: <u>Hire Counsel v. Delaney</u>

Dear Joan:

I hope you and your family are safe and well.

I enclose our invoice for professional services rendered and disbursements incurred through August 2020. Also enclosed is a detailed summary of services.

Please let me know if you have any questions.

Best.

Sincerely,

Marc E. Kasowitz

Enclosures

**KASOWITZ BENSON TORRES LLP**
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

FED. ID. 13-3720397

HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606

INVOICE NO.: 2006506                    October 15, 2020

RE: Hire Counsel v. Delaney

FOR PROFESSIONAL SERVICES rendered
through the month of August 2020
as reflected on the attached printout.

| | |
|---|---|
| Fees | $1,674.50 |
| Less 10% Discount | (167.45) |
| Total Fees | $1,507.05 |
| Disbursements | 332.91 |
| Current Amount Due | $1,839.96 |
| Previous Balance | 576,675.65 |
| **TOTAL AMOUNT DUE** | **$578,515.61** |

5401
12302201

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**

**Federal I.D. # 13-3720397**

AUGUST 31, 2020

12302201
HC2, Inc. d/b/a Hire Counsel
Hire Counsel v. Delaney

DATE      ATTORNEY OR ASSISTANT                                    HOURS

07/17/20 DANIEL R. BENSON                                            .50
          Work re ████████████ re J. Liman decision.

08/03/20 SAMUEL RATTIGAN                                             .10
          Confer w/ ARJM re status of hearing transcript
          on motion to dismiss counterclaims.

08/04/20 SAMUEL RATTIGAN                                             .30
          Email w/ SD Reporters re the status of
          transcript from hearing on Motion to Dismiss
          Counter-Claims and work updating case file re
          same.

08/07/20 SAMUEL RATTIGAN                                             .20
          Update case file w/ recently filed notice of
          counsel and review/monitor the Court's Docket
          to confirm file to be complete.

08/10/20 SAMUEL RATTIGAN                                             .10
          Update case discovery folder w/ HC2's responses
          to Delaney's second discovery requests.

08/11/20 SAMUEL RATTIGAN                                             .20
          Update case file w/ recently file Notice of
          Filing of Transcript and confer w/ ARJM re
          the Court's error in same.

08/12/20 SAMUEL RATTIGAN                                             .70
          Update case Docket file w/ recently filed
          letter motions and responses to same and work
          re general file maintenance.

08/13/20 SAMUEL RATTIGAN                                             .20
          Work w/ B. Guignard and J. Hernandez re
          payment of invoice for hearing transcripts.

```
HC2, Inc. d/b/a Hire Counsel              Aug 31, 2020      PAGE    2
FILE NUMBER: 12302201
INVOICE NO.: 2006506
```

```
08/14/20 SAMUEL RATTIGAN                                          .10
         Review/monitor the Court's docket to identify
         any new filings not in the case Docket folder.

08/17/20 SAMUEL RATTIGAN                                          .40
         Work reviewing case file to confirm all recent
         filings and communications are in same.

08/18/20 SAMUEL RATTIGAN                                          .30
         Review/monitor the Court's Docket ot confirm
         case Docket folder to be complete.

08/20/20 SAMUEL RATTIGAN                                          .30
         Monitor/review the Court's Docket to identify
         any new filings not in the case file and
         confirm all hearings to be calendared.

08/25/20 SAMUEL RATTIGAN                                          .90
         Review/monitor the Court's docket and multiple
         emails from MAO fwd recent filings and work
         updating case docket file w/ multiple same.

08/26/20 SAMUEL RATTIGAN                                          .30
         Review/monitor the Court's Docket to confirm
         case Docket folder to be complete.
```

```
                    TOTAL HOURS                            4.60
```

```
HC2, Inc. d/b/a Hire Counsel            Aug 31, 2020     PAGE    3
FILE NUMBER: 12302201
INVOICE NO.: 2006506


                         HOURS        RATE          AMOUNT
         PARTNER
         DANIEL R. BENSON           .50    1,750.00      875.00

         PARALEGAL
         SAMUEL RATTIGAN          4.10       195.00      799.50



              TOTAL FEES                           $1,674.50

OFFICIAL RECORDS SEARCH                                  7.30
AUTOMATED RESEARCH                                     325.61

              TOTAL COSTS                            $332.91


         TOTAL FEES AND COSTS                      $2,007.41
```

# Ogletree
# Deakins

**Submit Via E-Mail Only –**
**Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615
Telephone: (864) 241-1900
Facsimile: (864) 241-1908
www.ogletreedeakins.com

July 27, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill # 90238562
Client.Matter # 029879.000036

**Re: Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through June 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees .............................................................................................................................$7,059.15
Expenses.......................................................................................................................$0.00

**Total Due This Bill**................................................................................................**$7,059.15**


**Wire Payments**


**ACH Payments**

**Check Payments**
PO Box 89
Columbia, SC 29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID:  / DUNS#:

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Page 2
07/27/20
Bill No. 90238562
029879.000036-CRP

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)

   ALLIANZ Claim No. SF-USFF03539920

   1:20-cv-03178-LJL

For professional services rendered through June 30, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/05/20 | VLW | Analyze and review pleadings. | 1.70 | 589.05 |
| 06/09/20 | MN | Review publications relating to Andrew Delaney. | 0.30 | 120.15 |
| 06/09/20 | MN | Correspondence with ▮▮▮▮▮▮▮▮▮▮ | 0.10 | 40.05 |
| 06/10/20 | MN | Begin review of background information on claims ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.50 | 600.75 |
| 06/11/20 | MN | Continue review of voluminous documents received from client; research on Andrew Delaney. | 4.60 | 1,842.30 |
| 06/11/20 | AA | Download and send all available documents from 1:20 cv 3178. | 0.90 | 186.30 |
| 06/12/20 | MN | Phone call with ▮▮▮▮▮▮▮▮▮▮ | 0.40 | 160.20 |
| 06/12/20 | MN | Begin review of deposition transcript of ▮▮▮▮▮ ▮▮▮▮▮ | 2.50 | 1,001.25 |
| 06/15/20 | MN | Continue review of ▮▮▮▮▮ deposition. | 0.80 | 320.40 |
| 06/18/20 | MN | Confer with Valerie Weiss regarding case status. | 0.30 | 120.15 |
| 06/18/20 | MN | Continue review of company documents and deposition transcript of ▮▮▮▮▮ | 1.30 | 520.65 |
| 06/22/20 | VLW | Analyze and review case documents, including performance documents. | 2.30 | 796.95 |
| 06/23/20 | MN | Continue review of voluminous company documents. | 1.20 | 480.60 |
| 06/24/20 | MN | Continue review of ▮▮▮▮▮ deposition. | 0.70 | 280.35 |
| | | Total Services: | 18.60 | 7,059.15 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Valerie L. Weiss | Associate | 346.50 | 4.00 | 1,386.00 |
| Michael Nacchio | Of Counsel | 400.50 | 13.70 | 5,486.85 |
| Andrea Alexander | Other | 207.00 | 0.90 | 186.30 |

# Ogletree
# Deakins

Page 3
07/27/20
Bill No. 90238562
029879.000036-CRP

| | |
|---|---|
| TOTAL FEES | $7,059.15 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $7,059.15 |

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1900
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

August 11, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill #  90256490
Client.Matter #  029879.000036

Re:  **Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through July 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ..................................................................................................................$19,926.00
Expenses.............................................................................................................$1,115.00

**Total Due This Bill..............................................................................................$21,041.00**




**Wire Payments**

**ACH Payments**

**Check Payments**
PO Box 89
Columbia, SC  29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID:  / DUNS#:

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

<div align="right">
Page 2
08/11/20
Bill No. 90256490
029879.000036-CRP
</div>

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

      **ALLIANZ Claim No. SF-USFF03539920**

      **1:20-cv-03178-LJL**

For professional services rendered through July 31, 2020

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/07/20 | MN | Review and respond to email from ▮▮▮▮▮ about upcoming motion date. | 0.20 | 80.10 |
| 07/13/20 | MN | Strategy call with ▮▮▮▮▮ | 0.80 | 320.40 |
| 07/13/20 | MN | Continue further review of company documents and motions received from ▮▮▮▮▮ | 2.20 | 881.10 |
| 07/14/20 | MN | Continue review of case documents, including complaint and counterclaim; timeline documents; motion to dismiss counterclaim; spreadsheets created by ▮▮▮▮▮ and related documentation for fact investigation/development; review of Delaney's written discovery responses and document productions. | 4.70 | 1,882.35 |
| 07/14/20 | MN | Communications with ▮▮▮▮▮ call to ▮▮▮▮▮ | 0.20 | 80.10 |
| 07/14/20 | MN | Confer with ▮▮▮▮▮ about ▮▮▮▮▮ case. | 0.30 | 120.15 |
| 07/15/20 | MN | Call with ▮▮▮▮▮ including preparations. | 1.10 | 440.55 |
| 07/15/20 | MN | Continue review of voluminous documents and case filings. | 2.80 | 1,121.40 |
| 07/15/20 | MN | Communications with ▮▮▮▮▮ by email and telephone. | 0.30 | 120.15 |
| 07/15/20 | MN | Conference call with ▮▮▮▮▮ | 0.90 | 360.45 |
| 07/15/20 | MN | Review transcripts of ▮▮▮▮▮ | 1.30 | 520.65 |
| 07/15/20 | MN | Call with ▮▮▮▮▮ about | 0.60 | 240.30 |
| 07/16/20 | MN | Continue review of ▮▮▮▮▮ created by ▮▮▮▮▮ relating to ▮▮▮▮▮ | 1.40 | 560.70 |
| 07/16/20 | MN | Communications with ▮▮▮▮▮ and with | 0.40 | 160.20 |

# Ogletree
# Deakins

Page 3
08/11/20
Bill No. 90256490
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | ▮▮▮▮ regarding case documents. | | |
| 07/16/20 | MN | Analysis of ▮▮▮▮▮▮ in regards to Delaney litigation. | 0.50 | 200.25 |
| 07/16/20 | MN | Continue review of ▮▮▮▮ and ▮▮▮▮ including ▮▮▮▮ | 5.70 | 2,282.85 |
| 07/16/20 | VLW | Begin drafting responses to second set of interrogatories. | 4.80 | 1,663.20 |
| 07/17/20 | MN | Analysis of Delaney's written discovery responses. | 0.80 | 320.40 |
| 07/17/20 | MN | Confer with ▮▮▮▮ about c▮▮▮▮ in light of dismissal of counterclaim. | 0.20 | 80.10 |
| 07/17/20 | MN | Call with ▮▮▮▮ about ▮▮▮▮ | 0.20 | 80.10 |
| 07/17/20 | MN | Analysis of case strategy ▮▮▮▮ | 0.40 | 160.20 |
| 07/20/20 | MN | Strategy call with ▮▮▮▮ about ▮▮ | 0.40 | 160.20 |
| 07/20/20 | MN | Confer with Valerie Weiss ▮▮▮▮. | 0.20 | 80.10 |
| 07/20/20 | MN | Continue analysis of plaintiff's written discovery deficiencies. | 0.50 | 200.25 |
| 07/20/20 | MN | Draft notice of deposition of Defendant. | 0.40 | 160.20 |
| 07/20/20 | MN | Draft deficiency letter to Defendant regarding written discovery responses and prepare deficiency letter to plaintiff; related letter pertaining to Delaney's deposition notices to HC2. | 3.50 | 1,401.75 |
| 07/21/20 | MN | Email communications with ▮▮▮▮ | 0.40 | 160.20 |
| 07/21/20 | MN | Review and revise deficiency letter, letter canceling depositions, and notice of deposition. | 0.90 | 360.45 |
| 07/21/20 | MN | Phone call with ▮▮▮▮ | 0.50 | 200.25 |
| 07/21/20 | MN | Email and phone case status communications with ▮▮▮▮ | 0.70 | 280.35 |
| 07/22/20 | MN | Draft outreach email to Delaney's counsel ▮▮ | 0.30 | 120.15 |
| 07/22/20 | MN | Continue analysis of ▮▮▮▮ and ▮▮▮▮ review of ▮▮ | 3.60 | 1,441.80 |

# Ogletree Deakins

Page 4
08/11/20
Bill No. 90256490
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | ███████████████ includes direction to research support assistant. | | |
| 07/22/20 | MN | Download and organize voluminous document productions from ██████████████████ | 0.50 | 200.25 |
| 07/22/20 | MN | Begin analysis of Delaney document production; thai language documentation requiring translation. | 0.70 | 280.35 |
| 07/23/20 | MN | Communications with ██████████████ about ██████████ | 0.30 | 120.15 |
| 07/23/20 | MN | Continue analysis of the parties first written discovery responses and objections. | 0.80 | 320.40 |
| 07/23/20 | MN | Cause and analyze voluminous file intake of Rotman declaration exhibits ████████ | 0.30 | 120.15 |
| 07/24/20 | MN | Review and analyze Delaney's document production. | 1.40 | 560.70 |
| 07/24/20 | MN | Communications (email and telephone) with ████████ Transperfect Legal Solutions ██████████████ | 0.20 | 80.10 |
| 07/24/20 | MN | Review ███████████████████████ | 0.20 | 80.10 |
| 07/24/20 | MN | Call with ████████████████ about ████████ | 0.20 | 80.10 |
| 07/27/20 | MN | Prepare follow up email to Delaney's counsel. | 0.20 | 80.10 |
| 07/29/20 | MN | Email correspondence with Delaney's counsel about settlement overture and related planning. | 0.20 | 80.10 |
| 07/29/20 | MN | Confer with ████████ abou████████s. | 0.20 | 80.10 |
| 07/29/20 | MN | Review pertinent documents from ██████████████████████████████ and prep for call with Delaney's counsel. | 1.20 | 480.60 |
| 07/29/20 | MN | Preliminary overview of ██████████ articles produced by Delaney. | 0.30 | 120.15 |
| 07/30/20 | MN | Phone call with Delaney's counsel, Robert Rotman. | 0.40 | 160.20 |
| 07/30/20 | MN | Continue review of ████████████████. | 0.50 | 200.25 |
| 07/30/20 | MN | Phone call with ████████████ about outcome of call with Delaney's counsel. | 0.50 | 200.25 |
| 07/30/20 | MN | Phone call with ██████████████ call to ████████████████ | 0.40 | 160.20 |
| 07/31/20 | MN | Confer with Valerie Weiss about written discovery responses due August 10th and prospective amended complaint. | 0.30 | 120.15 |
| 07/31/20 | MN | Follow up phone call with Delaney's counsel about settlement overture; email to ████████████████ | 0.40 | 160.20 |

# Ogletree Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
|      |          | about same. |       |        |
|      |          | Total Services: | 50.40 | 19,926.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Valerie L. Weiss | Associate | 346.50 | 4.80 | 1,663.20 |
| Michael Nacchio | Of Counsel | 400.50 | 45.60 | 18,262.80 |

### Expenses

| Description | Amount |
|-------------|--------|
| VENDOR: TransPerfect ███████ International, INVOICE#: 1914482 DATE: 7/31/2020 | 1,115.00 |
| Professional Fees - TransPerfect ███████ International, - ████████ ███████ Document - on 07/31/20 | |
| Total Expenses | 1,115.00 |

| | |
|---|---|
| TOTAL FEES | $19,926.00 |
| TOTAL EXPENSES | $1,115.00 |
| TOTAL THIS BILL | $21,041.00 |

# Ogletree
# Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

September 11, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill #  90273991
Client.Matter #  029879.000036

Re:  **Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through August 31, 2020, in connection with the above-referenced
matter as outlined on the attached detailed billing sheets:

Fees ..................................................................................................................................$37,188.45
Expenses............................................................................................................................$0.00

**Total Due This Bill**........................................................................................................**$37,188.45**



**Wire Payments**                    **ACH Payments**           **Check Payments**
PO Box 89
Columbia, SC  29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ████████ / DUNS#: ██████

**Payable upon receipt.**  Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Page 2
09/11/20
Bill No. 90273991
029879.000036-CRP

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through August 31, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/03/20 | MN | Call with ███████ regarding ██████ ███████████████ | 0.20 | 80.10 |
| 08/03/20 | MN | Continue review of Delaney's document production; ██████████████ | 1.30 | 520.65 |
| 08/03/20 | MN | Begin analysis of Plaintiff's amended counterclaims. | 0.80 | 320.40 |
| 08/03/20 | VLW | Draft Plaintiff's interrogatory responses to Defendant. | 2.90 | 1,004.85 |
| 08/04/20 | MN | Draft mediation statement for August 12th settlement conference, including revisions thereto. | 8.80 | 3,524.40 |
| 08/04/20 | MN | Initial review of document responses prepared by Valerie Weiss and attendant issues for follow up. | 0.50 | 200.25 |
| 08/04/20 | VLW | Continue drafting Plaintiff's responses to Defendant's second set of document requests. | 3.50 | 1,212.75 |
| 08/04/20 | VLW | Continue drafting Plaintiff's responses to Defendant's set of interrogatories. | 3.70 | 1,282.05 |
| 08/05/20 | MN | Continue review and revisions of responses to Defendant's second request for documents prepared by Valerie Weiss. | 1.40 | 560.70 |
| 08/05/20 | MN | Confer with Valerie Weiss about ██████ discovery ██████████. | 0.80 | 320.40 |
| 08/05/20 | MN | Review and revisions of responses to Defendant's second interrogatories prepared by Valerie Weiss. | 1.70 | 680.85 |
| 08/05/20 | VLW | Continue drafting interrogatory responses. | 3.20 | 1,108.80 |
| 08/05/20 | VLW | Draft substitution of counsel. | 0.20 | 69.30 |
| 08/05/20 | VLW | Begin drafting responses to requests for admissions. | 1.10 | 381.15 |
| 08/06/20 | MN | Phone call with ███████████████ about ██████████████████████ | 0.20 | 80.10 |
| 08/06/20 | MN | Analysis of the Amended Counterclaim. | 1.00 | 400.50 |

# Ogletree
# Deakins

<div align="right">

Page 3
09/11/20
Bill No. 90273991
029879.000036-CRP

</div>

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/07/20 | MN | Finalize settlement statement and send same to ███████████ | 0.40 | 160.20 |
| 08/07/20 | MN | Further review and revisions to settlement statement after ██████████ submission of same to Magistrate Judge Fox. | 1.60 | 640.80 |
| 08/07/20 | MN | Review and revise objections and responses to Delaney's Second Requests for Admissions, Second Interrogatories, and Second Request for Production of Documents. | 3.60 | 1,441.80 |
| 08/07/20 | MN | Draft and file notice of appearance. | 0.40 | 160.20 |
| 08/07/20 | VLW | Continue drafting responses to Defendant's requests for admission. | 1.50 | 519.75 |
| 08/07/20 | VLW | Revise discovery responses based on comments from ██████████████ | 0.40 | 138.60 |
| 08/08/20 | MN | Review email from ████████ confer with ████ | 0.10 | 40.05 |
| 08/10/20 | MN | Further review and revisions to voluminous responses to second requests for admission, second document demands, and second interrogatories from Delaney; includes related correspondence about same with ████████ ████████ and Valerie Weiss. | 3.60 | 1,441.80 |
| 08/10/20 | MN | Analysis of amended counterclaims and related case law authority. | 1.70 | 680.85 |
| 08/10/20 | MN | Begin drafting motion to dismiss amended counterclaims. | 2.30 | 921.15 |
| 08/10/20 | MN | Review Court's July 17, 2020 decision granting motion to dismiss counterclaims. | 0.30 | 120.15 |
| 08/10/20 | VLW | Revise responses to Defendant's discovery requests. | 1.60 | 554.40 |
| 08/11/20 | MN | Continue drafting brief in support of motion to dismiss counterclaims. | 9.20 | 3,684.60 |
| 08/11/20 | MN | Prepare for tomorrow's settlement conference. | 0.40 | 160.20 |
| 08/11/20 | MN | Draft and file extension request to respond to amended counterclaim; review Delaney's letter response. | 0.40 | 160.20 |
| 08/11/20 | AA | Searches in Westlaw, Bloomberg, and miscellaneous sources for information addressing ███████████████████████ Summarizing results and sending to requesting attorney along with cases. | 2.10 | 434.70 |
| 08/12/20 | MN | Preparation call with ████████████ | 0.30 | 120.15 |
| 08/12/20 | MN | Confer with Valerie Weiss about motion to dismiss | 0.20 | 80.10 |

# Ogletree
# Deakins

Page 4
09/11/20
Bill No. 90273991
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | arguments. | | |
| 08/12/20 | MN | Email communications with ███████ relating to motion to dismiss amended counterclaims. | 0.10 | 40.05 |
| 08/12/20 | MN | Review voicemail from court and respond; pre conference telephone call with chambers regarding settlement statement and Delaney's failure to submit. | 0.10 | 40.05 |
| 08/12/20 | MN | Represent client at settlement teleconference. | 0.50 | 200.25 |
| 08/12/20 | MN | Continue drafting brief in support of motion to dismiss amended counterclaims. | 9.40 | 3,764.70 |
| 08/12/20 | VLW | Begin researching New York state and federal case law to oppose counterclaim regarding abuse of process. | 2.30 | 796.95 |
| 08/13/20 | MN | Continue drafting brief in support of motion to dismiss. | 4.60 | 1,842.30 |
| 08/13/20 | VLW | Continue researching New York state and federal case law to oppose counterclaim regarding abuse of process. | 1.00 | 346.50 |
| 08/13/20 | VLW | Draft abuse of process legal argument section of brief in support of motion to dismiss. | 2.20 | 762.30 |
| 08/13/20 | VLW | Revise brief in support of motion to dismiss amended counterclaims. | 1.10 | 381.15 |
| 08/14/20 | MN | Revisions to opening brief to motion to dismiss. | 1.20 | 480.60 |
| 08/14/20 | MN | Communications with ███████████ about ███████████ about motion to dismiss. | 0.30 | 120.15 |
| 08/15/20 | MN | Continue revision and proofing of brief in support of motion to dismiss counterclaims. | 0.90 | 360.45 |
| 08/17/20 | MN | Continue review and revisions to motion to dismiss opening brief based particularly on ███████ comments. | 4.20 | 1,682.10 |
| 08/17/20 | MN | Send ██████████ deposition notice to ██████████ planning relating to same. | 0.20 | 80.10 |
| 08/20/20 | MN | Email to Plaintiff's counsel relating to deposition adjournments. | 0.10 | 40.05 |
| 08/21/20 | MN | Review email with deposition notices attached from Delaney's counsel, plan for deadlines, and email about same to ███████████ | 0.40 | 160.20 |
| 08/24/20 | MN | Email correspondence with Delaney's counsel regarding depositions and review of "reasonable notice" standards under Rule 30. | 0.50 | 200.25 |
| 08/24/20 | MN | Analyze Delaney's response to email adjourning deposition, including drafting and filing letter | 2.10 | 841.05 |

# Ogletree
# Deakins

Page 5
09/11/20
Bill No. 90273991
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | application to the Court for a conference, and attendant efforts that include phone call conferral with Plaintiff's counsel, review of ███████ | | |
| 08/24/20 | MN | Finalize substitution of counsel and email same to ███████ | 0.30 | 120.15 |
| 08/24/20 | MN | Confer with ███████ by email about deposition scheduling issues. | 0.30 | 120.15 |
| 08/25/20 | MN | Review plaintiff's letter response to the Court for a conference. | 0.50 | 200.25 |
| 08/25/20 | MN | Further Communications with ███████ at ███████ about Delaney depositions; review ███████ | 0.50 | 200.25 |
| 08/25/20 | MN | Prepare response letter to opposition to letter-motion for conference; communications about same with ███████ | 0.60 | 240.30 |
| 08/25/20 | MN | Finalize and file substitution of counsel. | 0.30 | 120.15 |
| 08/25/20 | MN | Draft second notice of deposition to Defendant; send same. | 0.30 | 120.15 |
| 08/27/20 | MN | Review ECF notification granting Court Order, advise ███████ of same, and calendar and plan for conference. | 0.10 | 40.05 |
| 08/28/20 | MN | Review filings, discovery responses, and prepare for telephone conference. | 0.70 | 280.35 |
| 08/28/20 | MN | Appear for HC2 at court mandated status conference. | 0.40 | 160.20 |
| 08/28/20 | MN | Phone call with ███████ and correspondence to ███████ relating to outcome of discovery conference; related follow up correspondence with ███████ about conferral before September 9 Plaintiff's deposition. | 0.40 | 160.20 |
| 08/31/20 | MN | Review docket sheet and preparations to order minutes of 8/27 hearing as directed by Judge Liman. | 0.20 | 80.10 |
| | | Total Services: | 97.20 | 37,188.45 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Valerie L. Weiss | Associate | 346.50 | 24.70 | 8,558.55 |
| Michael Nacchio | Of Counsel | 400.50 | 70.40 | 28,195.20 |
| Andrea Alexander | Other | 207.00 | 2.10 | 434.70 |

# Ogletree
# Deakins

Page 6
09/11/20
Bill No. 90273991
029879.000036-CRP

| | |
|---|---|
| TOTAL FEES | $37,188.45 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $37,188.45 |

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

October 18, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill #  90294311
Client.Matter #  029879.000036

Re:  **Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through September 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ........................................................................................................................$17,858.25
Expenses.................................................................................................................$1,995.74

**Total Due This Bill..............................................................................................$19,853.99**



**Wire Payments**

**ACH Payments**

**Check Payments**
PO Box 89
Columbia, SC  29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮▮▮▮ / DUNS#: ▮▮▮▮

**Payable upon receipt.**  Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

<div align="right">

Page 2
10/18/20
Bill No. 90294311
029879.000036-CRP

</div>

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)

ALLIANZ Claim No. SF-USFF03539920

1:20-cv-03178-LJL

---

For professional services rendered through September 30, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/01/20 | MN | Send Delaney's opposition filing to ███████ ███████ related communications. | 0.40 | 160.20 |
| 09/01/20 | MN | Review inquiry from ███████ and multiple ensuing communications about same with ███████ | 0.80 | 320.40 |
| 09/01/20 | MN | Analysis of Plaintiff's opposition filing. | 0.50 | 200.25 |
| 09/01/20 | MN | Return phone call to ███████ in regards to ██████ | 0.10 | 40.05 |
| 09/01/20 | MN | Strategy call with ███████ | 0.70 | 280.35 |
| 09/01/20 | MN | Phone call with ███████ about ██████ | 0.20 | 80.10 |
| 09/01/20 | MN | Review transcript of ███████ | 0.30 | 120.15 |
| 09/02/20 | MN | Analysis of plaintiff's opposition brief. | 0.70 | 280.35 |
| 09/02/20 | MN | Begin drafting reply brief to motion to dismiss. | 4.70 | 1,882.35 |
| 09/03/20 | MN | Continue drafting reply brief in support of motion to dismiss amended counterclaims. | 8.80 | 3,524.40 |
| 09/03/20 | VLW | Begin drafting reply brief argument regarding abuse of process counterclaim. | 1.30 | 450.45 |
| 09/04/20 | MN | Revisions to reply brief in support of motion to dismiss, finalize document and send same to ███████ | 4.20 | 1,682.10 |
| 09/04/20 | VLW | Continue drafting reply brief argument regarding abuse of process counterclaim. | 1.00 | 346.50 |
| 09/08/20 | MN | Phone calls with ███████ | 0.80 | 320.40 |
| 09/08/20 | MN | Prepare for tomorrow deposition of Plaintiff. | 3.50 | 1,401.75 |
| 09/08/20 | MN | Review revisions of ███████ reply brief; incorporate same and | 2.10 | 841.05 |

# Ogletree
# Deakins

Page 3
10/18/20
Bill No. 90294311
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | finalize brief; file same with the Court. | | |
| 09/09/20 | MN | Continue final preparations for Plaintiff's deposition. | 3.00 | 1,201.50 |
| 09/09/20 | MN | Appear for HC2 and conduct deposition of Defendant Andrew Delaney. | 6.70 | 2,683.35 |
| 09/10/20 | MN | Confer with ██████████████ about plaintiff's deposition. | 0.70 | 280.35 |
| 09/10/20 | MN | Begin analysis and preparation of post-deposition written discovery. | 1.80 | 720.90 |
| 09/10/20 | MN | Phone call with ███████████ about ██████ | 0.70 | 280.35 |
| 09/14/20 | MN | Review rough version of Delaney deposition. | 0.30 | 120.15 |
| 09/21/20 | MN | Review draft deposition of plaintiff. | 0.30 | 120.15 |
| 09/23/20 | MN | Review protective order regarding designation of deposition testimony as confidential. | 0.20 | 80.10 |
| 09/28/20 | MN | Review generally plaintiff's deposition, send same to ███████████ and review and respond to Plaintiff's request for transcript, including analysis of ██████████ | 0.70 | 280.35 |
| 09/28/20 | MN | Confer with Valerie Weiss about ████████ ████ | 0.40 | 160.20 |
| | | Total Services: | 44.90 | 17,858.25 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Valerie L. Weiss | Associate | 346.50 | 2.30 | 796.95 |
| Michael Nacchio | Of Counsel | 400.50 | 42.60 | 17,061.30 |

### Expenses

| Description | Amount |
|-------------|--------|
| VENDOR: U. S. Bank INVOICE#: 4275076409151408 DATE: 9/15/2020 Jill E. Glassman - Deposition/Transcript - Deposition/Court Transcription. Michael Nacchio #: 4761 deponent: (N-A) vendor: (N-A) on 09/02/20 | 103.74 |
| VENDOR: Diana L. R. Senatore, CSR INVOICE#: 20033 DATE: 9/23/2020 Depositions/Transcripts - Diana L. R. Senatore, CSR - Deposition of Andrew Delaney. - on 09/09/20 - Andrew Delaney | 1,892.00 |
| Total Expenses | 1,995.74 |

| | |
|---|---|
| TOTAL FEES | $17,858.25 |
| TOTAL EXPENSES | $1,995.74 |
| TOTAL THIS BILL | $19,853.99 |

# Ogletree
# Deakins

**Submit Via E-Mail Only –**
**Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615
Telephone: (864) 241-1801
Facsimile: (864) 241-1908
www.ogletreedeakins.com

November 13, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill #  90312290
Client.Matter #  029879.000036

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

    **ALLIANZ Claim No. SF-USFF03539920**

    **1:20-cv-03178-LJL**

For professional services rendered through October 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ...........................................................................................................................$4,886.10
Expenses......................................................................................................................$0.00

**Total Due This Bill**.................................................................................................**$4,886.10**



Wire Payments        ACH Payments        Check Payments
PO Box 89
Columbia, SC  29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮▮▮▮ / DUNS#: ▮▮▮▮

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

<div align="right">
Page 2<br>
11/13/20<br>
Bill No. 90312290<br>
029879.000036-CRP
</div>

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

   **ALLIANZ Claim No. SF-USFF03539920**

   **1:20-cv-03178-LJL**

---

For professional services rendered through October 31, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/02/20 | MN | Planning for next steps and discovery obligations; review case management plan. | 0.20 | 80.10 |
| 10/05/20 | MN | Review protective order and draft letter to Defendant to designate as confidential Defendant's deposition transcript. | 0.30 | 120.15 |
| 10/05/20 | MN | Review defendant's deposition transcript. | 1.60 | 640.80 |
| 10/05/20 | MN | Draft affirmative post deposition request for admission to defendant. | 0.30 | 120.15 |
| 10/05/20 | MN | Draft affirmative post deposition requests for production. | 0.40 | 160.20 |
| 10/06/20 | MN | Continue review of Delaney's deposition transcript. | 0.50 | 200.25 |
| 10/07/20 | MN | Review docket sheet and facilitate ordering of TRO transcript ███████████. | 0.20 | 80.10 |
| 10/07/20 | MN | Finalize and service post-deposition written discovery to plaintiff; letter designation Delaney transcript as confidential. | 1.00 | 400.50 |
| 10/27/20 | MN | Analysis of discovery deadlines and planning for next steps. | 0.20 | 80.10 |
| 10/27/20 | MN | Begin analysis and ███████████████████ ██████. | 1.00 | 400.50 |
| 10/28/20 | MN | Review plaintiff's deposition errata sheet. | 0.30 | 120.15 |
| 10/29/20 | MN | Continue analysis and digest of ██████████ ████████████. | 5.60 | 2,242.80 |
| 10/30/20 | MN | Analysis relating to deposition exhibits from Plaintiff's deposition. | 0.30 | 120.15 |
| 10/30/20 | MN | Analysis of scope of HC2 disclosures ████████ ████████████. | 0.30 | 120.15 |
| | | Total Services: | 12.20 | 4,886.10 |

# Ogletree
# Deakins

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Michael Nacchio | Of Counsel | 400.50 | 12.20 | 4,886.10 |

|  |  |
|---|---|
| TOTAL FEES | $4,886.10 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $4,886.10 |

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1801
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

December 31, 2020

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill #  90333231
Client.Matter #  029879.000036

Re:  **Hire Counsel v. Andrew Delaney (USDC SDNY)**

   **ALLIANZ Claim No. SF-USFF03539920**

   **1:20-cv-03178-LJL**

For professional services rendered through November 30, 2020, in connection with the above-referenced
matter as outlined on the attached detailed billing sheets:

Fees ........................................................................................................................$4,005.00
Expenses.................................................................................................................$0.00

**Total Due This Bill**..................................................................................................**$4,005.00**



<u>Wire Payments</u>                              <u>ACH Payments</u>                    <u>Check Payments</u>
                                                                                          PO Box 89
                                                                                          Columbia, SC  29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮▮▮▮▮ / DUNS#: ▮▮▮▮▮

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

<div align="right">

Page 2
12/31/20
Bill No. 90333231
029879.000036-CRP

</div>

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re: Hire Counsel v. Andrew Delaney (USDC SDNY)**

   **ALLIANZ Claim No. SF-USFF03539920**

   **1:20-cv-03178-LJL**

---

For professional services rendered through November 30, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/06/20 | MN | Review case status. | 0.20 | 80.10 |
| 11/06/20 | MN | Correspondence with ███████████ | 0.10 | 40.05 |
| 11/10/20 | MN | Strategy call with ████ | 0.40 | 160.20 |
| 11/10/20 | MN | Communications with ███████ | 0.10 | 40.05 |
| 11/10/20 | MN | Analysis relating to litigation strategy for remainder of case, including review discovery deadlines, review of plaintiff's deposition testimony ████████████████ | 1.00 | 400.50 |
| 11/10/20 | MN | Draft letter to Plaintiff's counsel relating to outstanding responses to post-deposition discovery demands. | 0.50 | 200.25 |
| 11/10/20 | MN | Analysis of case law on ██████████ | 1.50 | 600.75 |
| 11/11/20 | MN | Continue analysis of ██████ case law in regards to ██████ | 1.50 | 600.75 |
| 11/11/20 | MN | Prepare detailed email to ████ enclosing analysis explaining ████████ | 1.00 | 400.50 |
| 11/11/20 | MN | Email correspondence with ██████ about strategy going forward. | 0.30 | 120.15 |
| 11/11/20 | MN | Phone call with ██████ about strategy going forward. | 0.20 | 80.10 |
| 11/19/20 | MN | Phone call with ██████ regarding next steps. | 0.40 | 160.20 |
| 11/20/20 | MN | Draft letter to the Court informing on the status of | 0.80 | 320.40 |

# Ogletree
# Deakins

Page 3
12/31/20
Bill No. 90333231
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | discovery in advance of the November 30, 2020 discovery end date. | | |
| 11/20/20 | MN | Communications with Plaintiff's counsel, ███████ ████████████ about discovery letter report to Court. | 0.50 | 200.25 |
| 11/23/20 | MN | Finalize and file discovery dispute letter. | 0.30 | 120.15 |
| 11/30/20 | MN | Review and analyze Court order and draft letter to Court for clarification of same; related communications with ████████████ ███████ about same. | 1.20 | 480.60 |
| | | Total Services: | 10.00 | 4,005.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Michael Nacchio | Of Counsel | 400.50 | 10.00 | 4,005.00 |

| | | |
|---|---|---|
| TOTAL FEES | | $4,005.00 |
| TOTAL EXPENSES | | $0.00 |
| TOTAL THIS BILL | | $4,005.00 |

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615
Telephone: (864) 241-1801
Facsimile: (864) 241-1908
www.ogletreedeakins.com

February 15, 2021

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill # 90349870
Client.Matter # 029879.000036

**Re: Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through December 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ............................................................................................................................$5,995.80
Expenses.....................................................................................................................$0.00

**Total Due This Bill**................................................................................................**$5,995.80**



**Wire Payments**                **ACH Payments**                **Check Payments**
PO Box 89
Columbia, SC 29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮▮▮▮ / DUNS#: ▮▮▮▮

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re: Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through December 31, 2020

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/01/20 | MN | Further work toward obtaining pre-March 18th versions of NYC and CDC health guidance as directed by Court's November 30th Order, including communications with ▉▉▉▉▉▉▉▉▉ and ultimate revisions to letter seeking clarification of November 30, 2020 Order and electronic filing of same. | 1.00 | 400.50 |
| 12/01/20 | MN | Review declaration filed by defendant's counsel annexing guidance and executive order as directed by the court. | 0.20 | 80.10 |
| 12/02/20 | MN | Analysis of ▉▉▉▉▉▉▉▉ respond to email about same from ▉▉▉ | 0.70 | 280.35 |
| 12/02/20 | MN | Draft letter to the Court regarding Defendant's submission of new information with his declaration; includes revisions. | 1.80 | 720.90 |
| 12/02/20 | MN | Analysis of Defendant's declaration, defendant's enclosed exhibits of agency guidance, and additional research into any new case law since filing of motion to dismiss regarding ▉▉▉ | 2.30 | 921.15 |
| 12/03/20 | MN | Review Plaintiff's letter filed in response to our letter to strike new allegations from declaration. | 0.10 | 40.05 |
| 12/03/20 | MN | Analysis of ▉▉▉▉▉▉▉▉▉ | 0.30 | 120.15 |
| 12/08/20 | MN | Calls with ▉▉▉▉▉▉▉▉ | 0.20 | 80.10 |
| 12/18/20 | MN | Review and analyze Court's 32 page decision granting motion to dismiss counterclaims. | 0.80 | 320.40 |

# Ogletree
# Deakins

Page 3
02/15/21
Bill No. 90349870
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/18/20 | VLW | Analyze and review order and opinion granting HC2's Motion to Dismiss Defendant's counterclaims. | 0.30 | 103.95 |
| 12/21/20 | MN | Continue review and analysis of 32 page decision dismissing Delaney's counterclaims. | 1.60 | 640.80 |
| 12/23/20 | MN | Prepare for January 5, 2021 court appearance by ███████████████████████████████ | 0.70 | 280.35 |
| 12/23/20 | MN | Phone call with ████████████████ | 0.20 | 80.10 |
| 12/28/20 | MN | Review plaintiffs threatened Rule 11 motion, filed motion to dismiss for lack of jurisdiction, and send same to ███████████ | 0.70 | 280.35 |
| 12/28/20 | MN | Analysis of subject matter jurisdiction and ████████████████ | 0.80 | 320.40 |
| 12/28/20 | MN | Phone call with ████████████ relating to Delaney's motion to dismiss. | 0.30 | 120.15 |
| 12/28/20 | MN | Phone call ███████████ | 0.40 | 160.20 |
| 12/28/20 | MN | Review ████████████████ | 0.30 | 120.15 |
| 12/28/20 | VLW | Analyze and review Defendant's motion to dismiss based on lack of subject matter jurisdiction and ████████████████ | 0.40 | 138.60 |
| 12/28/20 | VLW | Analyze and review motion to dismiss based on diversity jurisdiction ████████████████ | 0.80 | 277.20 |
| 12/28/20 | VLW | Email ██████████ regarding Plaintiff's motion to dismiss. | 0.20 | 69.30 |
| 12/29/20 | MN | Further review of ████████████████ | 0.90 | 360.45 |
| 12/30/20 | MN | Respond to ████████████████ | 0.20 | 80.10 |
| | | Total Services: | 15.20 | 5,995.80 |

# Ogletree
# Deakins

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Valerie L. Weiss | Associate | 346.50 | 1.70 | 589.05 |
| Michael Nacchio | Of Counsel | 400.50 | 13.50 | 5,406.75 |

| | |
|---|---|
| TOTAL FEES | $5,995.80 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $5,995.80 |

# Ogletree Deakins

**Submit Via E-Mail Only –**
**Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615
Telephone: (864) 241-1801
Facsimile: (864) 241-1908
www.ogletreedeakins.com

February 15, 2021

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill # 90368402
Client.Matter # 029879.000036

Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)

   ALLIANZ Claim No. SF-USFF03539920

   1:20-cv-03178-LJL

For professional services rendered through January 31, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ...........................................................................................................................$38,976.30
Expenses....................................................................................................................$0.00

**Total Due This Bill**................................................................................................**$38,976.30**



Wire Payments                    ACH Payments          Check Payments
                                                       PO Box 89
                                                       Columbia, SC 29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮▮▮ / DUNS#: ▮▮▮

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Page 2
02/15/21
Bill No. 90368402
029879.000036-CRP

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)**

**ALLIANZ Claim No. SF-USFF03539920**

**1:20-cv-03178-LJL**

For professional services rendered through January 31, 2021

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/04/21 | MN | Analysis related to Delaney's motion to dismiss for lack of jurisdiction, including conferral with Valerie Weiss. | 1.60 | 640.80 |
| 01/04/21 | MN | Phone and email communications with ███████ relating to ████████ | 0.80 | 320.40 |
| 01/04/21 | MN | Review ████████ | 0.20 | 80.10 |
| 01/04/21 | MN | Analysis of ████████ | 1.50 | 600.75 |
| 01/04/21 | VLW | Analyze and review motion to dismiss based on subject matter jurisdiction to assess arguments for opposition motion. | 0.70 | 242.55 |
| 01/04/21 | VLW | Research Second Circuit law regarding whether ████████ | 2.10 | 727.65 |
| 01/05/21 | MN | Appear for Plaintiff at court's status conference. | 0.60 | 240.30 |
| 01/05/21 | MN | Confer ██████ with ████████ and General Counsel about risks relating to Delaney's motion to dismiss and Rule 11 motion. | 0.80 | 320.40 |
| 01/05/21 | MN | Prepare for today's Court appearance later today by reviewing ████████ | 2.60 | 1,041.30 |

# Ogletree
# Deakins

Page 3
02/15/21
Bill No. 90368402
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | ███████████████████ | | |
| 01/05/21 | MN | Review Delaney's cited cases bearing on his motion to dismiss for lack of subject matter jurisdiction. | 1.30 | 520.65 |
| 01/05/21 | MN | Confer with ███████ about ████ and motion to dismiss. | 0.40 | 160.20 |
| 01/05/21 | MN | Review docketed orders from the Court issued today. | 0.20 | 80.10 |
| 01/05/21 | VLW | Begin drafting statement of facts of opposition to motion to dismiss. | 1.00 | 346.50 |
| 01/05/21 | VLW | Research ███████████████ | 2.30 | 796.95 |
| 01/05/21 | VLW | Begin drafting preliminary statement section of brief. | 1.30 | 450.45 |
| 01/05/21 | VLW | Research ███████████████ | 2.30 | 796.95 |
| 01/06/21 | MN | Prepare and file extension request to oppose motion to dismiss; review order denying same and send same to ████ | 0.40 | 160.20 |
| 01/06/21 | MN | Continued analysis of ██████████ | 0.90 | 360.45 |
| 01/06/21 | MN | Participate in client call with ██████████ | 0.50 | 200.25 |
| 01/06/21 | MN | Review Delaney deposition transcript in regards to ██████████ | 0.80 | 320.40 |
| 01/06/21 | MN | Review and revise draft declaration for ████ ████ in support of opposition to motion to dismiss prepared by Valerie Weiss. | 1.20 | 480.60 |
| 01/06/21 | MN | Call with █████████ about ██████████ | 0.30 | 120.15 |

# Ogletree
# Deakins

<div align="right">
Page 4<br>
02/15/21<br>
Bill No. 90368402<br>
029879.000036-CRP
</div>

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/06/21 | MN | Review ████████████████████ ████████████████████ | 0.50 | 200.25 |
| 01/06/21 | MN | Confer with Valerie Weiss about ████████ | 0.40 | 160.20 |
| 01/06/21 | MN | Review ████████ | 0.20 | 80.10 |
| 01/06/21 | VLW | Draft declaration of ████████ ████████ in support of Plaintiff's opposition to Defendant's motion to dismiss for lack of subject matter jurisdiction. | 2.20 | 762.30 |
| 01/06/21 | VLW | Call with client ████████████████ regarding ████ | 0.50 | 173.25 |
| 01/06/21 | VLW | Research 2nd Circuit case law regarding ████ ████████████████ | 3.60 | 1,247.40 |
| 01/06/21 | VLW | Begin drafting legal argument section of ████ ████████████████ | 2.00 | 693.00 |
| 01/07/21 | MN | Continue review and revision to ████████ affidavit. | 1.80 | 720.90 |
| 01/07/21 | MN | Review Delaney's "exhibits ████" in regards to ████████ | 0.30 | 120.15 |
| 01/07/21 | MN | Analysis of case law  relating to ████ ████████ | 1.20 | 480.60 |
| 01/07/21 | MN | Draft letter-motion to compel production of ████. | 3.40 | 1,361.70 |
| 01/07/21 | MN | Review ████████ draft declaration prepared by Valerie Weiss. | 0.40 | 160.20 |
| 01/07/21 | MN | Continue analysis of ████████ ████ | 1.50 | 600.75 |
| 01/07/21 | VLW | Revise ████████ declaration and email same to ████ | 0.20 | 69.30 |
| 01/07/21 | VLW | Draft legal argument section regarding ████ ████████ | 2.10 | 727.65 |
| 01/07/21 | VLW | Call with ████████ regarding information about ████ ████████████ | 0.60 | 207.90 |

# Ogletree Deakins

Page 5
02/15/21
Bill No. 90368402
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/07/21 | VLW | Begin researching ██████████████████ ██████████████████ | 0.70 | 242.55 |
| 01/08/21 | MN | Revise and send letter to Delaney's counsel amending confidentiality designations. | 0.20 | 80.10 |
| 01/08/21 | MN | Review and revise ████████████; research and add additional supporting case law. | 1.20 | 480.60 |
| 01/08/21 | MN | Correspondence with ████████████ and ████ about ████████████ | 0.50 | 200.25 |
| 01/08/21 | MN | Review and revisions to draft affidavits for ████████████ in opposition to Plaintiff's motion to dismiss. | 1.80 | 720.90 |
| 01/08/21 | MN | Draft and file letter to Court seeking leave to preserve right to ████████████ is established. | 0.30 | 120.15 |
| 01/08/21 | VLW | Research Second Circuit case law regarding ████████████████████ | 1.80 | 623.70 |
| 01/08/21 | VLW | Call with ████████████ to discuss information for ████████ | 0.30 | 103.95 |
| 01/08/21 | VLW | Call with ████████████ to discuss ████████████ | 0.40 | 138.60 |
| 01/08/21 | VLW | Draft declaration of ████████ in support of Plaintiff's opposition to Defendant's Motion to Dismiss. | 0.70 | 242.55 |
| 01/08/21 | VLW | Draft declaration of ████████ in support of Plaintiff's opposition to Defendant's Motion to Dismiss. | 1.00 | 346.50 |
| 01/08/21 | VLW | Revise declaration of ████████ in support of Plaintiff's opposition to Defendant's Motion to Dismiss. | 0.80 | 277.20 |
| 01/08/21 | VLW | Revise declaration of ████████ | 0.40 | 138.60 |
| 01/08/21 | VLW | Begin drafting legal argument section regarding compliance with local rule 26.1. | 1.30 | 450.45 |
| 01/08/21 | VLW | Continue drafting statement of facts section of the brief. | 1.70 | 589.05 |
| 01/08/21 | VLW | Analyze and review multiple emails from ████████ ████████ with information to include supporting declarations, such as ████████████████ | 0.90 | 311.85 |

# Ogletree Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/09/21 | MN | ████████████████████ Further review and revisions to latest drafts of affidavits for ██████████████ ████████ | 1.10 | 440.55 |
| 01/09/21 | MN | Review and revise first and second rough drafts of opposition brief. | 2.80 | 1,121.40 |
| 01/09/21 | MN | Call with ████████████ about ████████ | 0.30 | 120.15 |
| 01/09/21 | MN | Review ████████████████████ | 0.20 | 80.10 |
| 01/09/21 | VLW | Multiple revisions to declarations of ████████ based on comments from ████ | 2.30 | 796.95 |
| 01/09/21 | VLW | Research Second Circuit case law ████████ ████████████████ | 1.70 | 589.05 |
| 01/09/21 | VLW | Draft declaration of ████████ in support of opposition to Plaintiff's motion. | 0.50 | 173.25 |
| 01/09/21 | VLW | Draft legal argument sections of brief regarding ████████████ | 2.00 | 693.00 |
| 01/09/21 | VLW | Draft legal argument section regarding ████ | 0.30 | 103.95 |
| 01/09/21 | VLW | Draft legal argument section regarding the ████ | 2.00 | 693.00 |
| 01/09/21 | VLW | Continue drafting legal argument regarding ████ | 1.70 | 589.05 |
| 01/09/21 | VLW | Begin revising brief based on comments from Michael Nacchio. | 0.10 | 34.65 |
| 01/10/21 | MN | Review continued revisions to latest drafts of HC2 ████ affidavits for opposition to Delaney's motion to dismiss, including review and responses to ████████, Stephanos Zannikos, and client executive management team. | 1.20 | 480.60 |
| 01/10/21 | MN | Review and revisions to latest drafts of opposition brief to motion to dismiss. | 1.60 | 640.80 |
| 01/10/21 | VLW | Multiple revisions of legal brief in support of opposition to motion to dismiss, based on ████ client Stephanos Zannikos. | 3.40 | 1,178.10 |
| 01/10/21 | VLW | Multiple revisions for declaration of ████████ | 1.90 | 658.35 |

# Ogletree
# Deakins

Page 7
02/15/21
Bill No. 90368402
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/10/21 | VLW | Revise ███████ declaration. | 0.30 | 103.95 |
| 01/11/21 | MN | Final review and revisions to opposition brief to motion to dismiss, affidavits, and supporting exhibits; includes related correspondence about same with ███████ and Valerie Weiss. | 4.80 | 1,922.40 |
| 01/11/21 | MN | Review and analyze ███████ | 0.50 | 200.25 |
| 01/11/21 | MN | Correspondence and phone calls ███████ about opposition filing. | 0.80 | 320.40 |
| 01/11/21 | VLW | Research ███████ | 0.20 | 69.30 |
| 01/11/21 | VLW | Draft declaration of Michael Nacchio, and multiple revisions ███████ | 2.70 | 935.55 |
| 01/11/21 | VLW | Draft Local Civil Rule 26.1 statement. | 0.40 | 138.60 |
| 01/11/21 | VLW | Multiple revisions to brief ███████ | 2.90 | 1,004.85 |
| 01/11/21 | VLW | Finalize brief and all declarations. | 1.30 | 450.45 |
| 01/11/21 | VLW | Gather and prepare exhibits to declaration of Michael Nacchio. | 0.50 | 173.25 |
| 01/11/21 | AA | Generate ███████ | 0.60 | 124.20 |
| 01/12/21 | MN | Review ███████ | 0.80 | 320.40 |
| 01/12/21 | MN | Review mediation order; confer with ███████ about same. | 0.10 | 40.05 |
| 01/13/21 | MN | Review Delaney's Rule 11 threatened sanctions motion. | 0.40 | 160.20 |
| 01/14/21 | MN | Review notice of appeal and IFP petition filed by Andrew Delaney and analysis of next steps. | 0.30 | 120.15 |
| 01/14/21 | MN | Analysis of Delaney's obligations under ███████ | 0.30 | 120.15 |
| 01/14/21 | MN | Confer with Valerie Weiss about ███████ | 0.20 | 80.10 |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/14/21 | MN | Analysis of Delaney's obligations under ▮▮▮ | 1.20 | 480.60 |
| 01/14/21 | MN | Prepare email to ▮▮▮ enclosing and explaining Delaney's ▮▮▮ | 0.30 | 120.15 |
| 01/14/21 | MN | Email correspondence with ▮▮▮ regarding ▮▮▮ | 0.20 | 80.10 |
| 01/14/21 | VLW | Analyze and review ▮▮▮ | 0.30 | 103.95 |
| 01/14/21 | VLW | Research ▮▮▮ | 0.50 | 173.25 |
| 01/15/21 | MN | Review Court of Appeals email notifications regarding Delaney's Notice of Appeal. | 0.20 | 80.10 |
| 01/15/21 | MN | General review of Delaney's court-ordered document production of ▮▮▮ | 0.20 | 80.10 |
| 01/19/21 | MN | Review Delaney's counsel's email regarding his threats and complaints of further "abuse of process.". | 0.20 | 80.10 |
| 01/19/21 | MN | Review Delaney's reply brief in support of motion to dismiss complaint; send same to ▮▮▮ | 0.60 | 240.30 |
| 01/19/21 | MN | Review Delaney's filed Rule 11 sanctions motion; plan for opposition. | 0.20 | 80.10 |
| 01/19/21 | MN | Communications with ▮▮▮ via email about Delaney's reply brief and his questions about ▮▮▮ includes analysis ▮▮▮ | 0.40 | 160.20 |
| 01/19/21 | MN | Confer with Valerie Weiss about next steps in case. | 0.20 | 80.10 |
| 01/19/21 | VLW | Analyze and review ▮▮▮ | 0.30 | 103.95 |
| 01/20/21 | MN | Review and respond to email from ▮▮▮ with impressions about ▮▮▮ | 0.20 | 80.10 |
| 01/22/21 | MN | Review mediation orders and appointment of mediator; send email to ▮▮▮ about same, and review mediator's profile. | 0.20 | 80.10 |

# Ogletree
# Deakins

Page 9
02/15/21
Bill No. 90368402
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/25/21 | MN | Communications with court assigned mediator. | 0.10 | 40.05 |
| 01/25/21 | MN | Review IFP statute, analyze ██████████ ████████████████████. | 0.30 | 120.15 |
| 01/25/21 | VLW | Review email from Delaney as pro se regarding application for in forma pauperis. | 0.10 | 34.65 |
| 01/26/21 | MN | Prepare for appearance with mediator (review court mediation order and procedures). | 0.10 | 40.05 |
| 01/26/21 | MN | Appear on pre-mediation conference call with mediator and Delaney's counsel; send follow up email to ███████████████████████ ███████████████. | 0.50 | 200.25 |
| | | Total Services: | 105.20 | 38,976.30 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Michael Nacchio | Shareholder | 400.50 | 48.30 | 19,344.15 |
| Valerie L. Weiss | Associate | 346.50 | 56.30 | 19,507.95 |
| Andrea Alexander | Other | 207.00 | 0.60 | 124.20 |

| | | |
|---|---|---|
| TOTAL FEES | | $38,976.30 |
| TOTAL EXPENSES | | $0.00 |
| TOTAL THIS BILL | | $38,976.30 |

# Ogletree
# Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615
Telephone: (864) 241-1801
Facsimile: (864) 241-1908
www.ogletreedeakins.com

March 22, 2021

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill # 90393901
Client.Matter # 029879.000036

**Re: Hire Counsel v. Andrew Delaney (USDC SDNY)
ALLIANZ Claim No. SF-USFF03539920
1:20-cv-03178-LJL**

For professional services rendered through February 28, 2021, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ...........................................................................................................................$8,024.40
Expenses.....................................................................................................................$0.00

**Total Due This Bill**............................................................................................**$8,024.40**



<u>Wire Payments</u>                    <u>ACH Payments</u>          <u>Check Payments</u>
                                                                  PO Box 89
                                                                  Columbia, SC 29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID: ▮▮▮▮ / DUNS#: ▮▮▮▮

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

Re:  Hire Counsel v. Andrew Delaney (USDC SDNY)
     ALLIANZ Claim No. SF-USFF03539920
     1:20-cv-03178-LJL

For professional services rendered through February 28, 2021

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/01/21 | MN | Review order from the Court of Appeals appearance and c█████████████████████ ████████████████████████. | 0.80 | 320.40 |
| 02/01/21 | MN | Update settlement statement for 2/10/21 mediation. | 1.60 | 640.80 |
| 02/02/21 | MN | Final revisions and proof of mediation statement and█████████████████████. | 0.30 | 120.15 |
| 02/04/21 | MN | Analysis and developments of arguments for opposition to Delaney's appeal under FRCP 54 and 28 USC 1292(b). | 1.20 | 480.60 |
| 02/04/21 | MN | Confer with Valerie Weiss about opposing Delaney's appeal█████████████████and motion to disimiss in the Second Circuit. | 0.40 | 160.20 |
| 02/04/21 | VLW | Research case law regarding █████████ ████████████. | 1.40 | 485.10 |
| 02/04/21 | VLW | Draft letter brief in opposition of motion for defendant to proceed in forma pauperis on appeal. | 1.20 | 415.80 |
| 02/05/21 | MN | Correspondence with█████████████about mediation statement. | 0.20 | 80.10 |
| 02/05/21 | MN | Finalize mediation statement, prepare and add exhibits, execute mediation confidentiality agreement, and same documents to mediator. | 0.60 | 240.30 |
| 02/09/21 | MN | Review Delaney's Chapter 7 bankruptcy petition. | 0.60 | 240.30 |
| 02/09/21 | MN | Multiple phone calls with████████████████ ████████████████████████████████████████. | 0.40 | 160.20 |

# Ogletree
# Deakins

Page 3
03/22/21
Bill No. 90393901
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/09/21 | MN | Draft letter to the court informing of suggestion of bankruptcy, prepare exhibits, and file same. | 0.50 | 200.25 |
| 02/09/21 | MN | Correspondence to mediator informing of suggestion of bankruptcy. | 0.20 | 80.10 |
| 02/09/21 | MN | Review Delaney's counsel's letter in response to suggestion of bankruptcy; send same to ███ | 0.30 | 120.15 |
| 02/09/21 | MN | Analyze impact of Delaney's Chapter 7 bankruptcy filing on ███ | 0.60 | 240.30 |
| 02/09/21 | MN | Phone calls and emails with ███ | 0.40 | 160.20 |
| 02/09/21 | MN | Emails and phone calls with ███ about ███ | 0.40 | 160.20 |
| 02/09/21 | MN | Phone call with Delaney's Counsel, Robert Rotman, about bankruptcy filing. | 0.20 | 80.10 |
| 02/09/21 | VLW | Analyze and review Delaney's petition for bankruptcy in light of filing motion to proceed in forma pauperis,. | 0.10 | 34.65 |
| 02/10/21 | MN | Appear at court ordered mediation. | 0.70 | 280.35 |
| 02/10/21 | MN | Review Plaintiff's letter filed with the Court about mediation not being held in light of bankruptcy filing. | 0.20 | 80.10 |
| 02/10/21 | MN | Appear and participate in ███ call between ███ | 1.10 | 440.55 |
| 02/10/21 | MN | Review and respond to email from ███ about strategy follow up questions based on ███ | 0.30 | 120.15 |
| 02/11/21 | MN | Draft letter to the Court  as directed by January 29, 2021 order reporting on settlement status,. | 0.30 | 120.15 |
| 02/11/21 | MN | As requested by ███ further correspondence by phone and email with ███ follow up email to ███ enclosing prior briefings and Delaney's pending motion to dismiss. | 0.70 | 280.35 |
| 02/11/21 | MN | Review ███ Stephanos Zannikos. | 0.70 | 280.35 |

# Ogletree
# Deakins

Page 4
03/22/21
Bill No. 90393901
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/18/21 | MN | Review letter to the Court letter in accordance with Order dated January 29, 2021 instructing the parties to report by February 19, 2021 on the outcome of settlement discussions, and in regards to Defendant's request that the Court decide his motion to dismiss despite the automatic stay. | 0.60 | 240.30 |
| 02/18/21 | MN | Review ███████████████████████ | 0.80 | 320.40 |
| 02/19/21 | MN | Phone call with█████████████ | 0.40 | 160.20 |
| 02/19/21 | MN | Follow up phone calls with█████████ and next steps, ████████ | 0.60 | 240.30 |
| 02/19/21 | MN | Phone call with███████████████ | 0.40 | 160.20 |
| 02/19/21 | MN | Revise status letter███████████ and file same. | 0.20 | 80.10 |
| 02/20/21 | MN | Strategy call with█████████████ | 0.70 | 280.35 |
| 02/22/21 | MN | Further review case correspondence, Judge's order on sanctions, and Delaney's EDNY bankruptcy petition. | 0.20 | 80.10 |
| 02/23/21 | MN | Review Court's sua sponte order withdrawing motion to dismiss and same to██████ | 0.20 | 80.10 |
| 02/25/21 | MN | Review████████████and confer with███ | 0.20 | 80.10 |
| 02/26/21 | MN | Review email from█████████enclosing voluminous████ | 0.30 | 120.15 |
| 02/26/21 | MN | Review Delaney deposition transcript testimony ████████████████ | 0.40 | 160.20 |
|  |  | Total Services: | 20.40 | 8,024.40 |

# Ogletree
# Deakins

<div align="right">
Page 5<br>
03/22/21<br>
Bill No. 90393901<br>
029879.000036-CRP
</div>

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Michael Nacchio | Shareholder | 400.50 | 17.70 | 7,088.85 |
| Valerie L. Weiss | Associate | 346.50 | 2.70 | 935.55 |

## Expenses

| Description | | | Amount |
|---|---|---|---|
| Computer Research-Westlaw | 2.00 @ | 0.00 ea. | 0.00 |
| Total Expenses | | | 0.00 |

|  |  |
|---|---|
| TOTAL FEES | $8,024.40 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $8,024.40 |

# Ogletree Deakins

**Submit Via E-Mail Only –
Do Not Send Hard Copy**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615
Telephone: (864) 241-1801
Facsimile: (864) 241-1908
www.ogletreedeakins.com

April 30, 2021

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

PERSONAL AND CONFIDENTIAL

Bill # 90417483
Client.Matter # 029879.000036

**Re: Hire Counsel v. Andrew Delaney (USDC SDNY)
ALLIANZ Claim No. SF-USFF03539920
1:20-cv-03178-LJL**

For professional services rendered through March 31, 2021, in connection with the above-referenced
matter as outlined on the attached detailed billing sheets:

Fees ........................................................................................................................................$21,178.35
Expenses..................................................................................................................................$140.00

**Total Due This Bill**................................................................................................................**$21,318.35**



Wire Payments          ACH Payments          Check Payments
PO Box 89
Columbia, SC 29202

Credit to Ogletree Deakins Nash Smoak & Stewart / Please include bill numbers / Federal Tax ID:          / DUNS#:

**Payable upon receipt.** Direct inquiries to the billing attorney or the Account Services Department (864) 241-1801.
If you would like to receive your bills via e-mail, please notify Billing2@ogletreedeakins.com

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston
Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown
Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland, ME • Portland, OR • Raleigh
Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington

# Ogletree
# Deakins

Page 2
04/30/21
Bill No. 90417483
029879.000036-CRP

Stephanos Zannikos
Hire Counsel Legal and Review Management
SZannikos@hirecounsel.com

**Re: Hire Counsel v. Andrew Delaney (USDC SDNY)**
   **ALLIANZ Claim No. SF-USFF03539920**
   **1:20-cv-03178-LJL**

For professional services rendered through March 31, 2021

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/21 | MN | Further review of ▮▮▮▮▮▮ | 1.20 | 480.60 |
| 03/01/21 | MN | Further review of ▮▮▮▮▮▮ | 0.20 | 80.10 |
| 03/10/21 | MN | Review ▮▮▮▮▮ ▮▮▮▮▮ send same to ▮▮▮▮ | 0.30 | 120.15 |
| 03/10/21 | MN | Communications with ▮▮▮▮▮ relating to ▮▮ | 0.50 | 200.25 |
| 03/11/21 | MN | Phone calls with ▮▮▮▮▮ about | 0.20 | 80.10 |
| 03/11/21 | MN | Phone calls with ▮▮▮▮▮ | 0.30 | 120.15 |
| 03/18/21 | MN | Communications with ▮▮▮▮▮ relating to ▮▮ | 1.30 | 520.65 |
| 03/18/21 | MN | Review newly filed NY Supreme Court Complaint and develop litigation course of action ▮▮▮▮▮ | 1.40 | 560.70 |
| 03/18/21 | VLW | Analyze and review recently filed New York State Court Complaint ▮▮▮▮▮ | 1.80 | 623.70 |
| 03/18/21 | VLW | Analyze and review New York State Court law regarding ▮▮▮▮▮ | 1.50 | 519.75 |
| 03/19/21 | MN | Review procedure ▮▮▮▮▮ during COVID-19. | 0.30 | 120.15 |
| 03/19/21 | MN | Continue analysis and development of legal and factual arguments for ▮▮▮▮▮ | 1.30 | 520.65 |

# Ogletree
# Deakins

<div align="right">
Page 3<br>
04/30/21<br>
Bill No. 90417483<br>
029879.000036-CRP
</div>

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/19/21 | MN | Participate in strategy call with John Butts at Wilmer Hale and ▌▌▌▌ regarding Order to Show Cause to seal new NY Complaint; including follow up email ▌▌▌ | 1.10 | 440.55 |
| 03/19/21 | MN | Phone call with ▌▌▌▌ about outcome of ▌▌▌ call and next steps. | 0.40 | 160.20 |
| 03/19/21 | VLW | Begin drafting statement of facts and procedural history of Brief in Support of Motion to Seal portions of the Complaint due to confidential and privileged information. | 4.30 | 1,489.95 |
| 03/19/21 | VLW | Call with ▌▌▌▌▌▌ and Michael Nacchio, Esq., regarding filing order to show cause to seal portions of the Verified Complaint. | 0.30 | 103.95 |
| 03/21/21 | VLW | Research New York case law and regulations regarding motion to seal portions of the Complaint. | 2.60 | 900.90 |
| 03/21/21 | VLW | Begin drafting legal argument section of the Brief in Support of Motion to Seal portions of the Complaint, including privileged and confidential information. | 2.20 | 762.30 |
| 03/22/21 | MN | Review and revise Brief in Support of Order to Show Cause to Seal and Attorney Affirmation in Support. | 3.40 | 1,361.70 |
| 03/22/21 | VLW | Revise Brief in Support of Order to Show Cause to Seal paragraphs five through eleven of the NY State Court Verified Complaint to include additional case law and facts/procedural history. | 3.10 | 1,074.15 |
| 03/23/21 | MN | Further review and revise draft Brief in Support of Order to Show Cause to Seal/redact new NY Complaint, Attorney Affirmation in Support, and Proposed Order to Show Cause; includes attendant review of case law and conferral with Valerie Weiss. | 4.40 | 1,762.20 |
| 03/23/21 | VLW | Prepare Notification of Order Extending the Restriction of the Verified Complaint while order to show cause is pending. | 0.20 | 69.30 |
| 03/24/21 | MN | Teleconference on Order to Show Cause with ▌▌▌▌ and Valerie Weiss, including relating correspondence. | 0.90 | 360.45 |
| 03/24/21 | MN | Further review and revisions of Order to Show Cause papers, based on ▌▌▌▌ requests. | 2.10 | 841.05 |
| 03/24/21 | MN | Prepare email notification to Andrew Delaney giving required statutory notice of intent to move for Order | 0.20 | 80.10 |

# Ogletree
# Deakins

Page 4
04/30/21
Bill No. 90417483
029879.000036-CRP

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | to Show Cause with temporary restraints tomorrow. | | |
| 03/24/21 | VLW | Revise Memorandum of Law in Support of Order to Show Cause, ███████████ | 2.90 | 1,004.85 |
| 03/24/21 | VLW | Draft Affirmation of ███████████ in Support of Order to Show Cause. | 0.60 | 207.90 |
| 03/24/21 | VLW | Prepare the Notification of Extended Restriction of the Complaint to file with the Court. | 0.30 | 103.95 |
| 03/24/21 | VLW | Review and revise proposed order to show cause. | 0.40 | 138.60 |
| 03/24/21 | VLW | Gather and prepare exhibits to include with Declaration of Michael Nacchio, Esq., in Support of Order to Show Cause. | 0.90 | 311.85 |
| 03/24/21 | VLW | Revise Affirmation of Michael Nacchio, Esq., in Support of Order to Show Cause. | 0.70 | 242.55 |
| 03/24/21 | VLW | Call with ███████████ | 0.30 | 103.95 |
| 03/25/21 | MN | Final review and revisions to Order to Show Cause papers based on additional ███████ and related communications with Wilmer Hale and Stephanos Zannikos about same. | 2.20 | 881.10 |
| 03/25/21 | MN | Multiple phone calls to Chambers regarding motion status and urgency of Order to Show Cause, including follow up emails to ████████ | 0.40 | 160.20 |
| 03/25/21 | MN | Analysis of seeking ███████████ | 0.60 | 240.30 |
| 03/25/21 | MN | Review granted Order to Show Cause, redact Complaint, file same. | 0.80 | 320.40 |
| 03/25/21 | MN | Phone and email communications with ████████ regarding ███████████ | 0.80 | 320.40 |
| 03/25/21 | MN | Prepare email to ███████████ | 0.40 | 160.20 |
| 03/25/21 | MN | Electronically file Order to Show Cause, supporting Memorandum of Law, and Affirmations of ███████████ | 1.10 | N/C |
| 03/25/21 | MN | Review Clerk's notifications in response to Order to | 1.30 | N/C |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | Show Cause filing; draft and file Affirmation of Service, draft and file Affirmation pursuant to 22 NYCRR § 202.7, as directed by clerk. | | |
| 03/26/21 | MN | Review Court docket and correspondence with Clerk's office in continued efforts to effectuate the sealing of the Complaint per yesterday's Order. | 0.30 | 120.15 |
| 03/26/21 | MN | Continued correspondence with ▮▮▮▮▮▮ about ▮▮▮ | 0.20 | 80.10 |
| 03/26/21 | VLW | Draft notification of sealing the Complaint to file with the court, as requested by the court clerks. | 0.30 | 103.95 |
| 03/29/21 | MN | Review Delaney's letter to the judge request order to show; mull response and correspond about same with ▮▮▮▮▮▮▮▮ | 0.40 | 160.20 |
| 03/29/21 | MN | Phone call with ▮▮▮▮▮ regarding ▮▮▮▮▮ | 0.40 | 160.20 |
| 03/29/21 | MN | Review ▮▮▮▮▮ review ▮ | 1.00 | 400.50 |
| 03/29/21 | MN | Review ▮▮▮▮▮ with SDNY matter and NY Supreme Court matter. | 1.40 | 560.70 |
| 03/30/21 | MN | Participate in strategy call with ▮▮▮▮ regarding ▮ | 0.60 | 240.30 |
| 03/30/21 | MN | Confer with Valerie Weiss about ▮▮▮ and ▮▮▮ | 0.20 | 80.10 |
| 03/30/21 | MN | In preparation for client team call with ▮▮▮ and review ▮ | 1.00 | 400.50 |

# Ogletree
# Deakins

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/30/21 | MN | Review ███ | 0.70 | 280.35 |
| 03/30/21 | MN | Review ███ | 0.20 | 80.10 |
| 03/30/21 | MN | Review and respond to email from ███ enclosing requested copies of ███ | 0.20 | 80.10 |
| 03/31/21 | MN | Numerous phone calls and email correspondence with ███ about ███ | 1.50 | 600.75 |
| 03/31/21 | MN | Confer with ███ about HC2 data Investigation. | 0.30 | 120.15 |
| 03/31/21 | MN | Analysis of ███ | 0.40 | 160.20 |
|  |  | Total Services: | 58.30 | 21,178.35 |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Michael Nacchio | Shareholder | 400.50 | 33.50 | 13,416.75 |
| Michael Nacchio | Shareholder | 0.00 | 2.40 | N/C |
| Valerie L. Weiss | Associate | 346.50 | 22.40 | 7,761.60 |

## Expenses

| Description | Amount |
|-------------|--------|
| VENDOR: U. S. Bank INVOICE#: 4504738303301605 DATE: 3/30/2021 Jill E. Glassman - Filing Fees - Fee for e-filing request for Judicial Intervention. Valerie Weiss #: 5563 on 03/18/21 | 95.00 |
| VENDOR: U. S. Bank INVOICE#: 4515519204071302 DATE: 4/7/2021 Jill E. Glassman - Filing Fees - Fee for e-filing Order to Show Cause. Michael Nacchio #: 4761 on 03/25/21 | 45.00 |
| Total Expenses | 140.00 |

# Ogletree
# Deakins

Page 7
04/30/21
Bill No. 90417483
029879.000036-CRP

| | |
|---|---|
| TOTAL FEES | $21,178.35 |
| TOTAL EXPENSES | $140.00 |
| TOTAL THIS BILL | $21,318.35 |

**KASOWITZ BENSON TORRES LLP**
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

<u>FED. ID</u>. 13-3720397

HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606

INVOICE NO.: 2005911 – **REVISED**          **March 25, 2021**

RE: Hire Counsel v. Delaney

FOR PROFESSIONAL SERVICES rendered
through the month of July 2020
as reflected on the attached printout.

| | |
|---|---:|
| Fees | $153,922.50 |
| Less Credit for K. Moody Rate | (3,270.00) |
| Less 10% Discount | (15,065.25) |
| Total Fees | $135,587.25 |
| Disbursements | $2,686.31 |
| Current Amount Due | $138,273.56 |
| Less Payment | (20,104.91) |
| **TOTAL AMOUNT DUE** | **$118,168.65** |

5401
12302201

### KASOWITZ BENSON TORRES LLP
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

FED. ID. 13-3720397

HC2, Inc. d/b/a Hire Counsel
Joan Davison
225 West Washington Street
Chicago, IL 60606

INVOICE NO.: 2004998 - **REVISED**          **March 25, 2021**

RE: Hire Counsel v. Delaney

FOR PROFESSIONAL SERVICES rendered
through the month of May 2020
as reflected on the attached printout

| | |
|---|---:|
| Fees | $470,904.00 |
| Less Credit for K. Moody Rate | (33,960.00) |
| Less 10% Discount | (43,694.40) |
| Total Fees | $393,249.60 |
| Disbursements | $11,645.49 |
| Current Amount Due | $404,895.09 |
| Less Payments | (425,000.00) |
| Balance of Retainer *** | (20,104.91) |

*** to be applied on
inv.2005911

### *The Killian Firm PC*
555 Route 1 South
Suite 430
Iselin, New Jersey 08830

Ph:(732) 912-2100          Fax(732) 912-2101

HC2, Inc. d/b/a Hire Counsel                                    Sep 10, 2020
360 Lexington Avenue
11th Floor
New York, NY 10017

File#:        20200050
Inv #:          7051

Attention:    Stephanos Zannikos, Esq.

RE:    Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-13-20 | Review client documents; telephone call client | 0.60 | 240.00 | K |
| Aug-21-20 | Review file; e-mail to ▓▓ with proposed language to ▓▓▓▓ | 0.30 | 120.00 | K |
| Aug-24-20 | Review and respond to ▓▓ inquiry | 0.10 | 40.00 | K |
| | Totals | 1.00 | $400.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$400.00** |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$400.00** |

### *The Killian Firm PC*
555 Route 1 South
Suite 430
Iselin, New Jersey 08830

Ph:(732)912-2100         Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                                    Oct 12, 2020
360 Lexington Avenue
11th Floor
New York, NY 10017

                                          File #:        20200050
Attention:   Stephanos Zannikos, Esq.     Inv #:         7127

RE:   Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-08-20 | E-mail client re: responding to ▮▮▮▮ | 0.20 | 80.00 | K |
| Sep-10-20 | Telephone call ▮▮▮ including preparation | 0.20 | 80.00 | K |
| Sep-28-20 | Review ▮▮▮▮ and file; telephone call ▮▮▮ re: preparing letter ▮▮▮ | 1.00 | 400.00 | K |
| | Totals | 1.40 | $560.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$560.00** |
| Previous Balance | $400.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$960.00** |

### *The Killian Firm PC*
555 Route 1 South
Suite 430
Iselin, New Jersey 08830

Ph:(732)912-2100                     Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                                              Nov 10, 2020
360 Lexington Avenue
11th Floor
New York, NY 10017

|                  |                              | File #:  | 20200050 |
| Attention:       | Stephanos Zannikos, Esq.     | Inv #:   | 7179     |

RE:   Delaney EPLI Matter

| DATE      | DESCRIPTION                                                                                                 | HOURS | AMOUNT    | LAWYER |
|-----------|-------------------------------------------------------------------------------------------------------------|-------|-----------|--------|
| Oct-02-20 | Review correspondence from ▮▮▮▮ research applicable law on coverage fo▮ ▮▮▮▮ telephone call ▮▮▮▮ re: same | 1.60  | 640.00    | K      |
| Oct-09-20 | Review file and various correspondence regarding underlying claim; e-mail ▮▮▮ re: same                      | 1.00  | 400.00    | K      |
| Oct-13-20 | Telephone call ▮▮▮ re: strategy; e-mail ▮▮▮▮▮▮ requesting conference                                     | 0.30  | 120.00    | K      |
| Oct-15-20 | Review file and prepare fo▮ ▮▮▮▮ with ▮▮▮▮ ▮▮▮▮                                                        | 1.00  | 400.00    | K      |
| Oct-16-20 | Conference call with ▮▮▮▮ re: claim                                                                         | 0.40  | 160.00    | K      |
|           | Telephone call ▮▮▮ outline letter to ▮▮▮                                                                 | 0.50  | 200.00    | K      |
| Oct-19-20 | Status report to ▮▮▮                                                                                        | 0.20  | 80.00     | K      |
| Oct-20-20 | Review ▮▮▮ documents and draft letter to ▮▮▮                                                             | 2.20  | 880.00    | K      |
| Oct-22-20 | Review ▮▮▮▮ and documents; prepare correspondence to ▮▮ regarding ▮▮ e-mail ▮▮ regarding same         | 3.00  | 1,200.00  | K      |
| Oct-26-20 | Review and revise ▮▮▮▮▮▮▮ to ▮▮▮ (including review of additional documents); e-mail client re: same       | 1.50  | 600.00    | K      |
|           | Totals                                                                                                      | 11.70 | $4,680.00 |        |

| | |
|---|---|
| **Total Fees, Disbursements** | **$4,680.00** |
| Previous Balance | $960.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$5,640.00** |

### *The Killian Firm PC*
555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:(732)912-2100          Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                                    Dec 11, 2020
360 Lexington Avenue
11th Floor
New York, NY 10017

|                |        |
|----------------|--------|
| File #:        | 20200050 |

Attention:   Stephanos Zannikos, Esq.        Inv #:        7255

RE:   Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-20-20 | Review and respond to correspondence from ███ ███ respond to correspondence from ███ regarding reservation of rights | 1.10 | 440.00 | K |
| | Totals | 1.10 | $440.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$440.00** |
| Previous Balance | $5,640.00 |
| Previous Payments | $5,640.00 |
| **Balance Due Now** | **$440.00** |

### *The Killian Firm PC*
555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:(732)912-2100                    Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                                        Jan 07, 2021
360 Lexington Avenue
11th Floor
New York, NY 10017

|                |            |
|----------------|------------|
| File #:        | 20200050   |

Attention:   Stephanos Zannikos, Esq.                    Inv #:        7316

RE:   Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-03-20 | Telephone call ███████ re: responding to ████ correspondence | 0.30 | 120.00 | K |
| Dec-29-20 | Review ███████ review correspondence ████ review correspondence from ████ review correspondence from ████ | 2.20 | 880.00 | K |
| Dec-31-20 | Study ████████ and documents from ████ research of law re: ████████ | 3.00 | 1,200.00 | K |
| | Totals | 5.50 | $2,200.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$2,200.00** |
| Previous Balance | $440.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$2,640.00** |

### *The Killian Firm PC*
555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:(732)912-2100          Fax(732)912-2101

HC2, Inc. d/b/a Hire Counsel                                    Feb 09, 2021
360 Lexington Avenue
11th Floor
New York, NY 10017

File#:          20200050

Attention:   Stephanos Zannikos, Esq.                Inv #:          7382

RE:    Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-04-21 | E-mail to ███ re:████████ | 0.50 | 200.00 | K |
| Jan-21-21 | Review prior correspondence, ███ documents, and ████████ draft e-mail to ██████ | 2.80 | 1,120.00 | K |
| Jan-29-21 | Correspondence with ███████ re:███ | 0.50 | 200.00 | K |
|  | Telephone call ████████ re:████████ ██████ re: same | 1.10 | 440.00 | K |
|  | Totals | 4.90 | $1,960.00 | |

**Total Fees, Disbursements**                                    **$1,960.00**

Previous Balance                                                     $2,640.00
Previous Payments                                                   $2,640.00

**Balance Due Now**                                                **$1,960.00**

### The Killian Firm PC
555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:(732) 912-2100          Fax(732) 912-2101

HC2, Inc. d/b/a Hire Counsel                                        Mar 09, 2021
360 Lexington Avenue
11th Floor
New York, NY 10017

File #:        20200050

Attention:    Stephanos Zannikos, Esq.                    Inv #:        7449

RE:    Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-03-21 | E-mails with ██████ re: ████████ ██ | 0.10 | 40.00 | K |
| Feb-11-21 | Review file to prepare for ████ call; e-mails ████ re: coverage issues | 1.00 | 400.00 | K |
| Feb-12-21 | Strategy call with client | 0.60 | 240.00 | K |
| Feb-19-21 | Review file; review correspondence from ████ draft memo to ████ regarding ██ | 2.00 | 800.00 | K |
| Feb-21-21 | Draft and send letter to ████ ██ ████ regarding claim | 2.50 | 1,000.00 | K |
| Feb-22-21 | Follow up e-mails with ████ ██ re: ████ ██ | 0.20 | 80.00 | K |
| Feb-23-21 | Conference call with ████ re: ████ | 0.30 | 120.00 | K |
| | E-mails with client re: outstanding fees of underlying counsel | 0.10 | 40.00 | K |
| | Totals | 6.80 | $2,720.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$2,720.00** |
| | |
| Previous Balance | $1,960.00 |
| Previous Payments | $0.00 |
| | |
| **Balance Due Now** | **$4,680.00** |

██████████████████████████████████████

**The Killian Firm, P.C.**

555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:     (732) 912-2100
Fax:    (732) 912-2101

Apr 12, 2021

HC2, Inc. d/b/a Hire Counsel                          File #:     20200050

360 Lexington Avenue                                  Inv #:        7517
11th Floor
New York, NY 10017
Attention:     Stephanos Zannikos, Esq.

RE:            Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-03-21 | Correspondence with Aon regarding claim | 0.10 | 40.00 | K |
| Mar-05-21 | Telephone call with ███ and ████ (including preparation for call) re: ██████ | 0.50 | 200.00 | K |
| Mar-09-21 | Review and respond to client e-mail re: claim strategy | 0.20 | 80.00 | K |
| Mar-12-21 | Review Aon correspondence; e-mail S. Zannikos ███ ██████████████████████ | 0.20 | 80.00 | K |
| Mar-15-21 | E-mail ███████████ re:████████ | 0.10 | 40.00 | K |
|  | Correspondence with ███ re: ██████████ | 0.20 | 80.00 | K |
| Mar-17-21 | Telephone call ███ (including preparation) | 0.30 | 120.00 | K |
| Mar-18-21 | Review and respond to spreadsheet and claim correspondence from ██████ | 0.50 | 200.00 | K |
| Mar-24-21 | Review spreadsheets from client; conference with ███ ██████ o review ██████████ | 0.70 | 280.00 | K |
| Mar-25-21 | Review spreadsheets; correspondence to ███ | 0.50 | 200.00 | K |
| Mar-26-21 | Correspondence to ███ re: ██████████ (including review of ██████████ | 0.20 | 80.00 | K |
|  | Totals | 3.50 | $1,400.00 |  |

| | |
|---|---|
| **Total Fees & Disbursements** | $1,400.00 |
| | |
| Previous Balance | $4,680.00 |
| Previous Payments | $0.00 |
| | |
| **Balance Due Upon Receipt** | $6,080.00 |

**The Killian Firm, P.C.**

555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:    (732) 912-2100
Fax:    (732) 912-2101

May 11, 2021

HC2, Inc. d/b/a Hire Counsel                                  File #:    20200050

360 Lexington Avenue                                          Inv #:    7578
11th Floor
New York, NY 10017
Attention:    Stephanos Zannikos, Esq.

RE:    Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-08-21 | Review documents forwarded by client | 0.40 | 160.00 | K |
| Apr-19-21 | Telephone call███ and ███ regarding ███ (including preparation) | 0.40 | 160.00 | K |
| Apr-20-21 | Review and respond to e-mails from ███ | 0.10 | 40.00 | K |
| Apr-29-21 | Review letter from ███ telephone call ███ | 0.60 | 240.00 | K |
| Apr-30-21 | Review latest ███ letter and begin drafting respone | 1.00 | 400.00 | K |
| | Totals | 2.50 | $1,000.00 | |

| | | |
|---|---|---|
| **Total Fees & Disbursements** | | **$1,000.00** |
| Previous Balance | | $6,080.00 |
| Previous Payments | | $1,960.00 |
| **Balance Due Upon Receipt** | | **$5,120.00** |

██████████████████████████████████████████

### The Killian Firm, P.C.

555 Route 1 South
Suite 420
Iselin, New Jersey 08830

Ph:    (732) 912-2100
Fax:    (732) 912-2101

Jun 08, 2021

HC2, Inc. d/b/a Hire Counsel                         File #:        20200050

360 Lexington Avenue                                 Inv #:         7636
11th Floor
New York, NY 10017
Attention:    Stephanos Zannikos, Esq.

RE:        Delaney EPLI Matter

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| May-06-21 | Review prior correspondence with ███████ prepare response to most recent letter; e-mail ██ re: same | 2.00 | 800.00 | K |
| May-11-21 | Revise letter to █████ reveiw documents from ███ with respect to same; e-mail to ███ with respect to same | 0.90 | 360.00 | K |
| May-14-21 | Review file and revise and edit letter to █████ e-mail ████ re: same | 1.00 | 400.00 | K |
| May-17-21 | Review, finalize and send letter to █████ | 0.50 | 200.00 | K |
| May-24-21 | Review and respond to █████ from ████████ re: ██████ | 0.10 | 40.00 | K |
| May-26-21 | Review file and prior claim correspondence; telephone conference ██████████ send status ████ to ███ █████ | 1.00 | 400.00 | K |
| | Totals | 5.50 | $2,200.00 | |

**Total Fees & Disbursements**                                    **$2,200.00**

Previous Balance                                                  $5,120.00
Previous Payments                                                 $4,120.00

**Balance Due Upon Receipt**                                      **$3,200.00**



**SPECTOR &
EHRENWORTH, P.C.**
*Attorneys at Law*

30  Columbia  Turnpike,  Florham Park,  New Jersey  07932-2261      973.593.4800      Fax: 973.593.4848

Taxpayer Identification No. 22-3483515

HC2, Inc. d/b/a Hire Counsel                                                                        April 7, 2021
360 Lexingston Avenue
Suite 1100
New York, NY 10017
Attention: Stephanis Zannikos, Esq.

For legal services rendered through  March 31, 2021                                  Invoice No.  20210095
in connection with the following matter:

*Andrew Delaney, Debtor*

<div align="center">

### Invoice Summary

</div>

|  | Amount |
|---|---|
| Total amount of this bill | $17,882.62 |
| Balance due | $17,882.62 |

**HC2, Inc. d/b/a Hire Counsel**

April 7, 2021
Page   2

Re: *Andrew Delaney, Debtor*

Invoice No. 20210095

<u>Professional services:</u>

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/11/21 | DAG | Review filed documents of A. Delaney concerning matter; confer with BDS | 0.30 | 135.00 |
| | DAG | Review e-mails exchanged with S. Zannikos of Mestel re: new matter (multiple); review (briefly) district court and bankruptcy filings; confer with BDS; retrieve documents from both cases on PACER | 0.80 | 360.00 |
| | BDS | E-mail messages from and to S. Zannikos re: new matter (multiple); review bankruptcy filing | 0.50 | 287.50 |
| 03/12/21 | DAG | Preparation of list of issues to discuss; t/c/w S. Zannikos and BDS re: prospective new matter for HC2; revise BDS's e-mail to S. Zannikos | 0.70 | 315.00 |
| | BDS | Telephone conference with S. Zannikos and DAG; e-mail to S. Zannikos | 0.50 | 287.50 |
| 03/15/21 | ALL | Preparation of Notice of appearance; office conference with DAG re: same | 0.20 | 32.00 |
| | DAG | E-mail message from S. Zannikos re: debtor's motion to dismiss; review PACER, retrieve and review motion to dismiss, notice of new address and amended schedules; review bankruptcy petition; evaluate grounds to oppose motion to dismiss; confer with BDS re: grounds to oppose motion to dismiss; review (briefly) applicable law re: motion to dismiss; e-mail message to S. Zannikos re: next steps, motion to dismiss | 1.80 | 810.00 |
| | BDS | E-mail messages from and to S. Zannikos; discuss with DAG | 0.40 | 230.00 |
| 03/16/21 | ALL | Preparation of Opposition to the Debtor's Motion to Dismiss; office conference with DAG re: same | 0.20 | 32.00 |

**HC2, Inc. d/b/a Hire Counsel**                                                    April 7, 2021
                                                                                    Page    3

---

Re: *Andrew Delaney, Debtor*                                        Invoice No. 20210095

---

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 03/16/21 | DAG | E-mail messages from (2) and to S. Zannikos; confer with BDS; review dockets in Delaney v. Delaney and Delaney v. Sullivan & Cromwell lawsuits; briefly review filed pleadings and papers in pending lawsuits; e-mail message to G. Messer with introduction, discuss undisclosed information; electronically file notice of appearance | 2.00 | 900.00 |
|  | BDS | E-mail message from S. Zannikos; discuss with DAG; review additional e-mails exchanged with him, with G. Messer, and with A. Delaney | 0.50 | 287.50 |
| 03/17/21 | ALL | Continued preparation of the Opposition to Debtor's Motion to Dismiss | 0.40 | 64.00 |
|  | DAG | E-mail messages from and to S. Zannikos re: new lawsuit filed by A. Delaney, my t/c/w G. Messer; review NY ecourts (briefly) re: new lawsuit (not available online yet); e-mail messages from and to (2) G. Messer re: new lawsuit filed, request transcript from meeting of creditors and asset report; telephone conference with G. Messer re: introduction, pending lawsuits, status of bankruptcy case, next steps | 1.40 | 630.00 |
|  | BDS | E-mail messages exchanged S. Zannikos; discuss with DAG; review e-mails exchanged with G. Messer; review e-notice from court | 0.50 | 287.50 |
| 03/18/21 | DAG | E-mail messages from (4) and to S. Zannikos re: ▋▋▋▋ ▋▋▋▋▋ t/c/w (2) S. Zannikos re: ▋▋▋▋ ▋▋▋▋▋; receive and review (briefly) NY Supreme Court complaint; t/c/w G. Messer re: need to seal complaint; e-mail message from G. Messer with attached Lexis report and transcript of meeting of creditors; receive and review notice of assets, notification list; receive and review (briefly) order dismissing counterclaims, amended counterclaims; legal research re: ▋▋▋▋ confer with BDS re: ▋▋▋; instructions to ALL re: ▋▋▋▋ ▋▋▋▋▋ | 3.10 | 1,395.00 |

---

**HC2, Inc. d/b/a Hire Counsel**

April 7, 2021
Page   4

Re: *Andrew Delaney, Debtor*

Invoice No. 20210095

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/18/21 | BDS | E-mail messages from S. Zannikos (3); discuss with DAG re: ███████ | 0.50 | 287.50 |
| 03/19/21 | ALL | Office conference with DAG re: ████████ ████████ office conference with DAG re: findings | 0.50 | 80.00 |
| | ALL | Preparation of Motion for Extension of Time; office conference with DAG re: same | 0.60 | 96.00 |
| | DAG | Review file, search report and transcript of meeting of creditors; e-mail message to S. Zannikos ███████; instructions to ALL re: ███████ receive and review ███████ e-mail messages from (2) and to (2) S. Zannikos re: ███████ | 1.70 | 765.00 |
| | BDS | Receive and review e-mails exchanged with ███████ | 0.40 | 230.00 |
| 03/22/21 | ALL | Check ███████ | 0.10 | 16.00 |
| | DAG | Preparation of pleadings -- motion to extend time to file discharge objection and dischargeability determination | 2.40 | 1,080.00 |
| 03/23/21 | DAG | E-mail messages from and to S. Zannikos re: ███████ | 0.20 | 90.00 |
| | BDS | Review e-mails exchanged with S. Zannikos | 0.20 | 115.00 |
| 03/24/21 | ALL | Check ███████; preparation of Proof of Claim ███████ | 0.50 | 80.00 |
| | DAG | Preparation of pleadings -- motion for extension of time to file discharge and dischargeability complaint; instructions to ALL for preparation of proof of claim; legal research re: ███████ | 4.60 | 2,070.00 |

**HC2, Inc. d/b/a Hire Counsel**

April 7, 2021

Page   5

Re: *Andrew Delaney, Debtor*

Invoice No. 20210095

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/25/21 | DAG | Confer with BDS re: ████████████████ with ███████████████████████████ research ███████████████████████████ █████████, e-mail message to S. Zannikos re: ██████████████, legal research re: ████████████████████████████ ████████████████████████ preparation of motion for extension of time; preparation of opposition to motion to dismiss; e-mail message to S. Zannikos ████ ██████████ | 5.10 | 2,295.00 |
| | BDS | Telephone conference with DAG re: ████████████ review e-mails exchanged with S. Zannikos; review and revise motion for extension of time and opposition to motion to dismiss | 1.00 | 575.00 |
| 03/26/21 | JCS | Download documents from PACER and attach to case record | 0.30 | 21.00 |
| | ALL | E-mail message tp S. Zannikos ████████████████ ███████████████████ | 0.10 | 16.00 |
| | ALL | Revision to the cert. of service for the Motion for Extension of Time to Object; check ██████████████████ ████████████████████████ correspondence drafted to Judge Mazer-Marino encl. courtesy copy of Motion for Extension of Time to Object; correspondence drafted to Judge Mazer-Marino encl. courtesy copy of Opposition to Debtor's Motion to Dismiss Case; revision to certificates of services for the Motion for Extension of Time to Object and the Opposition to Debtor's Motion to Dismiss Case; preparation of cover page for the exhibits to the Motion for Extension of Time to Object and the Opposition to Debtor's Motion to Dismiss Caseattention to service of both the Motion for Extension of Time to Object and the Opposition to Debtor's Motion to Dismiss Case | 3.30 | 528.00 |

**HC2, Inc. d/b/a Hire Counsel**                                    April 7, 2021

                                                                   Page   6

---

Re: *Andrew Delaney, Debtor*                               Invoice No. 20210095

---

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 03/26/21 | DAG | Revision to, redraft opposition to motion to dismiss and motion for extension of time; receive and review G. Messer's opposition to motion to dismiss, motion for extension of time to object to discharge; t/c/w S. Zannikos re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ redraft motion and opposition papers, certifications; preparation of proposed form of order; revise and redraft certificate of service; ==e-mail message to trustee's attorneys re: error in their affidavit of service;== electronically file motion for extension of time and opposition to motion to dismiss; e-mail message to and from (multiple) S. Zannikos | 4.80 | 2,160.00 |
| | BDS | Office conference with DAG re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review e-mails exchanged with S. Zannikos | 0.50 | 287.50 |
| 03/29/21 | DAG | Receive and review chapter 7 trustee's paper copies of motion papers, review exhibits | 0.20 | 90.00 |
| 03/30/21 | ALL | Preparation of supplemental certificates of service for the Motion for an extention of time and the opposition to debtor's motion to dismiss; service of same | 0.20 | 32.00 |
| | DAG | Receive and review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ retrieve and review ▓▓▓▓▓▓▓▓▓▓▓▓ instructions to ALL re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, electronically file 2 supplemental certificates of service; e-mail message to S. Zannikos ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.40 | 180.00 |
| | BDS | Office conference with DAG re: status | 0.20 | 115.00 |
| 03/31/21 | DAG | Receive and review chapter 7 trustee's supplemental certificate of service re: objection and motion for extension of time | 0.10 | 45.00 |

---

|  |  |
|---|---|
| For professional services rendered | 41.20   $17,307.00 |

---

SPECTOR & EHRENWORTH, P.C.  30 Columbia Turnpike, Florham Park, New Jersey 07932-2261

[(973) 593-4800/FAX (973) 593-4848]

HC2, Inc. d/b/a Hire Counsel

April 7, 2021

Page   7

Re: *Andrew Delaney, Debtor*

Invoice No. 20210095

Disbursements:

| | | | | Qty/Price | Amount |
|---|---|---|---|---|---|
| 03/25/21 | DAG | Research charges from 3rd party providers | | 1<br>79.92 | 79.92 |
| 03/26/21 | JCS | Postage | | 1<br>8.80 | 8.80 |
| | JCS | Postage | | 18<br>7.70 | 138.60 |
| | JCS | Postage | | 2<br>8.55 | 17.10 |
| | JCS | Postage | | 1<br>8.25 | 8.25 |
| | JCS | Postage | | 1<br>9.90 | 9.90 |
| | JCS | Photocopies | | 1,870<br>0.15 | 280.50 |
| 03/30/21 | JCS | Postage | | 1<br>8.55 | 8.55 |
| | JCS | Photocopies | | 160<br>0.15 | 24.00 |

Total disbursements $575.62

## User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian D. Spector, Esq. | 5.20 | 575.00 | $2,990.00 |
| Douglas A. Goldstein, Esq. | 29.60 | 450.00 | $13,320.00 |
| Abigail L. Lynch (Paralegal) | 6.10 | 160.00 | $976.00 |
| Jackie C. Sokol | 0.30 | 70.00 | $21.00 |



**SPECTOR &
EHRENWORTH, P.C.**
*Attorneys at Law*

30 Columbia Turnpike,  Florham Park,  New Jersey  07932-2261      973.593.4800      Fax: 973.593.4848

Taxpayer Identification No. 22-3483515

HC2, Inc. d/b/a Hire Counsel                                                   May 5, 2021
360 Lexingston Avenue
Suite 1100
New York, NY 10017
Attention: Stephanis Zannikos, Esq.

For legal services rendered through  April 30, 2021                  Invoice No.  20210132
in connection with the following matter:

*Andrew Delaney, Debtor*

### Invoice Summary

|                              | Amount      |
| ---------------------------- | ----------- |
| Previous balance             | $17,882.62  |
| Total amount of this bill    | $13,948.94  |
| Balance due                  | $31,831.56  |

**HC2, Inc. d/b/a Hire Counsel**

May 5, 2021

Page    2

Re: *Andrew Delaney, Debtor*

Invoice No. 20210132

Professional services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 04/01/21 | DAG | E-mail messages from and to ███████ re: ██████ receive and review ██████████ review ████ ██████ amended bankruptcy schedules); confer with BDS re: ██████ bankruptcy case ██████ | ██ | ██ |
| | BDS | Receive and review e-mails exchanged with ████ and new complaint filed by Delaney; discuss with DAG | 0.50 | 287.50 |
| 04/05/21 | DAG | Receive and review ██████ reply to our opposition to his motion to dismiss case; review file; e-mail messages to (2) and from (2) █████ re: ████████████ ██████ | 0.60 | 270.00 |
| | BDS | Review debtor's response to objection to motion to dismiss; discuss with DAG; e-mails from and to ██████ | 0.40 | 230.00 |
| 04/06/21 | DAG | Electronically file proof of claim, enter claim information into CM/ECF; e-mail message to ████ with filed proof of claim | 0.20 | 90.00 |
| | DAG | E-mail messages from and to ██████ re: ██████ review file (briefly) re: discussion re: ██████ █████ legal research (briefly) re: ██████ t/c/w ████ and ██ re: strategy and next steps; e-mail message to ████ re: ████ | ██ | ██ |
| | BDS | Receive and review e-mails exchanged with ██████ | 0.20 | 115.00 |
| 04/08/21 | DAG | Review file, docket in preparation for hearing on debtor's motion to dismiss; telephonic appearance at hearing on motion to dismiss; e-mail messages from (2) and to ██ ██ re: ██████ confer with BDS re: today's hearing; e-mail message to ████ re: ██████ | 2.50 | 1,125.00 |

**HC2, Inc. d/b/a Hire Counsel**                                        May 5, 2021
                                                                       Page    3

---

**Re: *Andrew Delaney, Debtor***                              Invoice No. 20210132

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 04/08/21 | BDS | Receive and review e-mails exchanged with ███ t/c/w DAG re: results of hearing and strategy | 0.40 | 230.00 |
| 04/09/21 | DAG | E-mail message from ███ re: research ███ e-mail messages ███ e-mail message to ███ with update, ███ | 0.60 | 270.00 |
|  | BDS | Receive and review e-mails exchanged with ███ | 0.10 | 57.50 |
| 04/12/21 | DAG | Receive and review A. Delaney's motion for relief from automatic stay; e-mail message to ███ with attached stay relief motion, ███ e-mail messages from 2 ███ e-mail messages to (2) ███ with ███ | 1.10 | 495.00 |
|  | BDS | Review (brief) of Delaney's stay relief motion; review e-mails exchanged with ███ | 0.40 | 230.00 |
| 04/13/21 | DAG | E-mail message from ███ re: ███ ███ will respond later this week | ███ | ███ |
|  | BDS | Receive and review e-mails exchanged with ███ | 0.10 | 57.50 |
| 04/14/21 | ALL | Initial setup of letter to ███ re: Debtor's objection to our motion for an extension of time; e-mail same to ███ ███ | 0.20 | 32.00 |
|  | DAG | Receive and review A. Delaney's objection to our motion for extension of time to object to discharge; receive and review (briefly) order granting trustee's retention of counsel; confer with BDS re: status of case, debtor's objection to our motion, recommendations and next steps; review file re: filings and case status; receive and review A. Delaney's amended motion for relief from automatic stay; review docket on PACER re: status; correspondence drafted to ███ background, case progress and status, recommendations; e-mail messages from and to ███ review string of e-mails between ███ and | 2.70 | 1,215.00 |

---

**HC2, Inc. d/b/a Hire Counsel**

May 5, 2021

Page    4

---

**Re:** *Andrew Delaney, Debtor*

**Invoice No. 20210132**

|            |     |                                                                                                                                                                                                                                                                                                                                                      | <u>Hours</u> | <u>Amount</u> |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|---------------|
| 04/14/21   | BDS | Review (brief) of objection to motion for extension; discuss with DAG; review and revise letter ████████████                                                                                                                                                                                                                                          | 0.40         | 230.00        |
| 04/15/21   | DAG | Receive and review docket notices from bankruptcy court re: A. Delaney's stay relief motion; review file in advance of call with ██████ and ███████ Zoom meeting with ████████ and ███████                                                                                                                                                             | 1.20         | 540.00        |
| 04/16/21   | ALL | Set up reply to Debtor's opposition to Plaintiff's Motion to Extend Time; preparation of Certificate of Service for same                                                                                                                                                                                                                              | 0.20         | 32.00         |
|            | DAG | Receive and review proposed stipulation between trustee and A. Delaney re: extension of time; receive and review stipulated order for extension of trustee's time to object to discharge; e-mail messages to and from ████████ re: ██████ preparation of reply in further support of motion for extension of time; electronically file reply papers; e-mail messages from and to ████████ e-mail message to ████████ with attached reply papers, prospect of discussion with A. Delaney's attorney | 4.30         | 1,935.00      |
|            | DAG | Place a call to, and leave a message for, ████████ re: whether to file reply to opposition to motion for extension of time                                                                                                                                                                                                                            | 0.10         | No Charge     |
|            | BDS | Receive and review notices from court re: trustee obtaining consensual extension of deadline; review e-mails exchanged with ████████ review reply submission; review e-mails exchanged with ████████                                                                                                                                                   | 0.70         | 402.50        |
| 04/19/21   | DAG | E-mail messages from (2) and to (2) ████████ re: ████████                                                                                                                                                                                                                                                                                             | 0.20         | 90.00         |
|            | DAG | E-mail messages to (4) and from (3) ████████ re: ████████ ████████ t/c/w ████████ re: ██                                                                                                                                                                                                                                                              | 2.30         | 1,035.00      |

---

SPECTOR & EHRENWORTH, P.C.  30 Columbia Turnpike, Florham Park, New Jersey 07932-2261

[(973) 593-4800/FAX (973) 593-4848]

HC2, Inc. d/b/a Hire Counsel                                        May 5, 2021
                                                                   Page    5

Re: *Andrew Delaney, Debtor*                              Invoice No. 20210132

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | re: ███ ███ e-mail message from ███ re: ███ confer with BDS re: ███ review file in preparation for hearing on motion for extension of time |  |  |  |
| 04/19/21 | BDS | Receive and review e-mails exchanged with ███ | 0.20 | 115.00 |
| 04/20/21 | ALL | Review formatting instructions for a EDNY Order; revision to Order for Extension of Time; format Order for Extension of time; office conferences with DAG re: same; run a redline of the Order for Extension of Time | 0.50 | 80.00 |
|  | DAG | E-mail messages from (2) and to (3) ███ re: ███ review file (briefly) for today's motion hearing; telephonic court appearance for hearing on our motion for extension of time to object to discharge; e-mail messages from and to ███ re: ███ prepare redline of proposed order; instructions to ███ re: revision to order; e-mail message to ███ re: ███ receive and review (briefly) debtor's unsigned amended schedules and statement of financial affairs; receive and review notice of adjournment of hearing on stay relief motion | 2.80 | 1,260.00 |
|  | BDS | Receive and review e-mails exchanged with ███ | 0.20 | 115.00 |
| 04/21/21 | DAG | E-mail message from ███ with approval of proposed form of order for extension of time; prepare pdf of order; upload pdf and docx forms of order to ECF | 0.30 | 135.00 |
|  | DAG | E-mail messages to and from ███ re: proposed form of order for extension of time; e-mail message to ███ e-mail message from ███ re: ███ e-mail message to ███ re: | 0.40 | 180.00 |

**HC2, Inc. d/b/a Hire Counsel**

May 5, 2021

Page   6

Re: *Andrew Delaney, Debtor*

Invoice No. 20210132

| | | | Hours | Amount |
|---|---|---|---|---|
| 04/21/21 | BDS | Receive and review e-mails exchanged with ▇▇▇ | 0.20 | 115.00 |
| 04/22/21 | DAG | E-mail messages from and to ▇▇▇ re: ▇▇▇ e-mail messages to (3) and from (2) ▇▇▇ re: ▇▇▇ stay relief motion adjourned; receive and review (briefly) ▇▇▇ ▇▇▇ e-mail message to ▇▇▇ with instructions for comprehensive search | 0.80 | 360.00 |
| | BDS | Receive and review e-mails exchanged with ▇▇▇ | 0.20 | 115.00 |
| 04/23/21 | DAG | E-mail messages from (2) ▇▇▇ of e-mail message to ▇▇▇ re: ▇▇▇ | 0.20 | 90.00 |
| 04/26/21 | DAG | E-mail messages from (2) and to ▇▇▇ re: ▇▇▇ receive and review order, as entered, extending HC2's time to object to discharge; e-mail messages to (2) re: ▇▇▇ | 0.50 | 225.00 |
| | BDS | Receive and review e-mails exchanged with ▇▇▇ | 0.10 | 57.50 |
| 04/28/21 | DAG | E-mail messages from and to ▇▇▇ re: ▇▇▇ review (briefly) | 0.30 | 135.00 |
| | DAG | E-mail message from ▇▇▇ receive and review ▇▇▇ e-mail message to ▇▇▇ re: ▇▇▇ | 0.60 | 270.00 |
| 04/29/21 | DAG | E-mail message from ▇▇▇ re: ▇▇▇ e-mail message to ▇▇▇ | 0.20 | 90.00 |
| 04/30/21 | DAG | E-mail messages from and to ▇▇▇ re: ▇▇▇ e-mail messages to (3) and from (2) ▇▇▇ re: ▇▇▇ proceed with ▇▇▇ payment | 0.50 | 225.00 |

**HC2, Inc. d/b/a Hire Counsel**                                                May 5, 2021
                                                                                Page    7

Re: *Andrew Delaney, Debtor*                                     Invoice No. 20210132

|  | Hours | Amount |
|---|---|---|
| SUBTOTAL: | [    30.40 | 13,886.50] |

**HC2, Inc. d/b/a Hire Counsel**  May 5, 2021
Page   8

Re: *Andrew Delaney, Debtor*  Invoice No. 20210132

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | For professional services rendered | | 30.40 | $13,886.50 |

Disbursements:

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 03/31/21 | JCS | Charges from the United States courts for Pacer service | 1 46.70 | 46.70 |
| 04/16/21 | JCS | Postage | 21 0.51 | 10.71 |
| | DAG | Research charges from 3rd party providers | 1 5.03 | 5.03 |
| | SUBTOTAL: | | [ | 62.44] |

SPECTOR & EHRENWORTH, P.C.  30 Columbia Turnpike, Florham Park, New Jersey 07932-2261
[(973) 593-4800/FAX (973) 593-4848]

**HC2, Inc. d/b/a Hire Counsel**                                          May 5, 2021

                                                                         Page   9

---

**Re:** *Andrew Delaney, Debtor*                              Invoice No. 20210132

---

|  |  | Amount |
|---|---|---|
| Total disbursements |  | $62.44 |

<div align="center">User Summary</div>

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian D. Spector, Esq. | 4.10 | 575.00 | $2,357.50 |
| Douglas A. Goldstein, Esq. | 25.30 | 450.00 | $11,385.00 |
| Douglas A. Goldstein, Esq. | 0.10 | 0.00 | $0.00 |
| Abigail L. Lynch (Paralegal) | 0.90 | 160.00 | $144.00 |

## SPECTOR & EHRENWORTH, P.C.
### Attorneys at Law

30 Columbia Turnpike,  Florham Park,  New Jersey  07932-2261      973.593.4800      Fax: 973.593.4848

Taxpayer Identification No. 22-3483515

HC2, Inc. d/b/a Hire Counsel                                                              June 4, 2021
360 Lexingston Avenue
Suite 1100
New York, NY 10017
Attention: Stephanis Zannikos, Esq.

For legal services rendered through  May 31, 2021                    Invoice No.   20210183
in connection with the following matter:

*Andrew Delaney, Debtor*

## Invoice Summary

|  | Amount |
|---|---|
| Previous balance | $31,831.56 |
| Total amount of this bill | $16,962.00 |
| 5/18/2021  PAYMENT - THANK YOU | ($7,882.62) |
| 6/3/2021  PAYMENT - THANK YOU (Check No. ATA 1580) | ($10,000.00) |
| Total payments and adjustments | ($17,882.62) |
| Balance due | $30,910.94 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $16,962.00 | $13,948.94 | $0.00 | $0.00 | $0.00 |

HC2, Inc. d/b/a Hire Counsel                                          June 4, 2021
                                                                      Page   2

Re: *Andrew Delaney, Debtor*                                 Invoice No. 20210183

<u>Professional services:</u>

|            |     |                                                                                  | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------|-------|--------|
| 05/03/21   | DAG | E-mail message from ███████ e-mail message to ███ with update                     | 0.10  | 45.00  |
| 05/07/21   | DAG | E-mail message to ███████ re: ███ e-mail message from ███ re: ███ e-mail messages from (2) ███ re: question regarding ███ and ███ re: ███ Delaney's claims; e-mail messages from and to ███ re: ███ review ███ e-mail message to ███ with ███ and observations | 2.20  | 990.00 |
| 05/10/21   | DAG | E-mail messages from (3) and to (2) ███ re: ███ e-mail message to ███ re: T███   | 0.50  | 225.00 |
| 05/13/21   | DAG | E-mail messages from and to ███ re: ███ review A. Delaney's opposition to our motion for extension of time, reply in support of his motion to dismiss; preparation of memorandum ███ re: ███ | ███   | ███    |
| 05/14/21   | DAG | E-mail messages to and from ███ re: ███ receive and review ███ review file, bankruptcy schedules re: disclosures, | 2.20  | 990.00 |

**HC2, Inc. d/b/a Hire Counsel**

June 4, 2021

Page    3

---

**Re: *Andrew Delaney, Debtor***

Invoice No. 20210183

---

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | ██████████████████████re:█ ██████████████ e-mail messages to (2) and from ███████ re:█ ██████████████████ ██████████████████ e-mail messages to and from██ ██████████████re:█████ | | | |
| 05/17/21 DAG | Preparation of pleadings -- ex parte motion for entry of order granting leave to serve Rule 2004 duces tecum subpoenas | | 4.30 | 1,935.00 |
| 05/18/21 ALL | Preparation of Rule 2004 ex parte application; certification in support, proposed order, and certification of service; office conference with DAG re: same;████████████ ████████████ | | 1.50 | 240.00 |
| DAG | Preparation of pleadings -- revise ex parte application, certification and order for Rule 2004 subpoenas duces tecum; legal research re:██████████████ e-mail message to██████████with██████████ | | 3.60 | 1,620.00 |
| BDS | Revision to Rule 2004 application papers | | 0.20 | 115.00 |
| 05/19/21 DAG | Revision to, ex parte application, certification and proposed order re: Rule 2004 subpoenas; e-mail messages from (2) and to█████████re: draft application,████████████ ██████████research (briefly)██████████ █████████e-mail message to chambers re: filing of ex parte application; preparation of Rule 2004 subpoenas duces tecum | | 2.10 | 945.00 |
| BDS | Receive and review e-mails exchanged with████████████ | | 0.10 | 57.50 |
| 05/20/21 ALL | Preparation of Rule 2004 Subpoenas for the Financial Institutions identified in the Rule 2004 ex parte applications; office conferences with DAG re: same | | 0.90 | 144.00 |

---

HC2, Inc. d/b/a Hire Counsel

June 4, 2021
Page   4

Re: *Andrew Delaney, Debtor*

Invoice No. 20210183

| | | | Hours | Amount |
|---|---|---|---|---|
| 05/20/21 | DAG | E-mail message from Judge Mazer-Marino's chambers re: submission of ex parte application; finalize application for Rule 2004 subpoenas; electronically file ex parte application for order authorizing Rule 2004 subpoenas duces tecum; upload proposed order; review docket, retrieve filed copy of ex parte application; e-mail messages from and to ███████ re: ███████ ███████████████████████████████ ███████████████████████████ e-mail messages from and to ███████ re: ███████████████████████ legal research re: ███████ e-mail messages from (5) and to (5) ███████████ ███████ re: █ ███████████████████ receive and review, revise and redraft ███████████████████ █████████ | 4.40 | 1,980.00 |
| 05/21/21 | ALL | Revision to Rule 2004 Subpoenas | 0.20 | 32.00 |
| | DAG | ==E-mail message from C. Lipan requesting pleadings;== e-mail messages to (2) and from ███████ re: C. Lipan's request for pleadings and case  numbers; review file (briefly) re: C. Lipan's request; e-mail message from ███████ receive and review (briefly) ███████ redline revisions to ███████ e-mail messages from (3) ███████ re: ███████ review ███████████████ retrieve and review ███████ e-mail message to C. Lipan; review (briefly) status of ███████████████████████ revise and redraft subpoenas | 2.30 | 1,035.00 |
| 05/25/21 | DAG | E-mail messages from and to R. Blumenfeld re: service of objection to our ex parte application for Rule 2004 examination; receive notice of filing of objection; retrieve and review A. Delaney's objection; ==receive and review message from G. Herbst; place a call, leave a message for, G. Herbst;== e-mail message from C. Lipan; telephone | 2.40 | 1,080.00 |

**HC2, Inc. d/b/a Hire Counsel**

June 4, 2021
Page   5

Re: *Andrew Delaney, Debtor*

Invoice No. 20210183

| | | | Hours | Amount |
|---|---|---|---|---|
| | | conference with C. Lipan; e-mail messages to and from (2) ████████re:████████ telephone conference with G. Herbst re: solicitation of offer to settle; telephone conference with ████████ re: ████████ A. Delaney's objection to our ex parte application, ████████ ████████ | | |
| 05/26/21 | ALL | Download from PACER, save, and attach to the case record Debtor's Objection to the Proof of Claim filed by HC2; office conference with DAG re: finalizing Rule 2004 Subpoenas; correspondence drafted to Guaranteed Subpoena enclosing Subpoenas for service; finalize Subpoenas; scan and save to the case record the Subpoenas signed by DAG and the letter to Guaranteed Subpoena signed by DJE; e-mail letter and Subpoenas to Guaranteed Subpoena; forward same to ████████ set up Complaint | 1.20 | 192.00 |
| | DAG | Receive and review order granting Rule 2004 ex parte application with additional provisions; receive and review A. Delaney's objection to HC2's proof of claim; instructions to ████████ re: objection to proof of claim; e-mail message to A. Delaney re: Rule 2004 order, claim objection; attention to preparation and execution of Rule 2004 subpoenas on financial institutions; e-mail messages from (2) ████████ re: ████████ ████████re: preparation of adversary complaint; begin preparation of adversary complaint | 1.80 | 810.00 |
| | BDS | Review (brief) of debtor's opposition to application to issue Rule 2004 subpoenas; review order; review objection to HC2's claim; review e-mails exchanged with ████████ discuss with DAG | 0.80 | 460.00 |
| 05/27/21 | ALL | Office conference with DAG re:████████ re:████ ████████████████████ save and attach to the case record same | 0.20 | 32.00 |

**HC2, Inc. d/b/a Hire Counsel**                                    June 4, 2021
                                                                    Page   6

---

**Re:** *Andrew Delaney, Debtor*                          Invoice No. 20210183

---

|            |     |                                                                                                                                                                                                                                                                                                       | Hours | Amount |
|------------|-----|------|------|
| 05/27/21 | DAG | Receive and review ▮▮▮▮▮ re: ▮▮▮▮ e-mail messages to and from ▮▮▮ with ▮▮▮▮ preparation of adversary complaint; research (briefly) ▮▮▮▮ | ▮ | ▮ |
| 05/28/21 | ALL | Review service of Subpoenas on Wells Fargo, E-Trade, and Bank of America; note that E-Trade and Bank of America would not accept service as it has to be served on CT Corporation; office conference with DAG; e-mail message to Guaranteed Subpoena re: service of E-Trade and Bank of America Subpoenas on CT Corporation; e-mail message from Guaranteed Subpoena re: they were unable to serve the Subpoena on Charles Schwab; e-mail to Guaranteed Subpoena re: service of Charles Schwab Subpoena on CT Corporation | 0.40 | 64.00 |
|            | DAG | Preparation of pleadings -- complaint objecting to discharge; review reports from Guaranteed Subpoena re: attempted service of Rule 2004 subpoenas; instructions to ▮▮ re: service of Rule 2004 subpoenas; legal research (briefly) ▮▮▮▮▮ | 2.70 | 1,215.00 |
|            |     | **SUBTOTAL:** | [    40.00 | 16,861.50] |

SPECTOR & EHRENWORTH, P.C.  30 Columbia Turnpike, Florham Park, New Jersey 07932-2261

[(973) 593-4800/FAX (973) 593-4848]

**HC2, Inc. d/b/a Hire Counsel**

**June 4, 2021**

**Page   7**

**Re:** *Andrew Delaney, Debtor*

**Invoice No.** 20210183

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 40.00 | $16,861.50 |

Disbursements:

|  |  | Qty/Price |  |
|---|---|---|---|
| 05/28/21 DAG   Research charges from 3rd party providers |  | 1 | 100.50 |
|  |  | 100.50 |  |
| SUBTOTAL: |  | [ | 100.50] |

**HC2, Inc. d/b/a Hire Counsel**                                    June 4, 2021
                                                                    Page   8

**Re:** *Andrew Delaney, Debtor*                              Invoice No. 20210183

|  |  |  | Amount |
|---|---|---|---|
| Total disbursements |  |  | $100.50 |

### User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian D. Spector, Esq. | 1.10 | 575.00 | $632.50 |
| Douglas A. Goldstein, Esq. | 34.50 | 450.00 | $15,525.00 |
| Abigail L. Lynch (Paralegal) | 4.40 | 160.00 | $704.00 |

SPECTOR & EHRENWORTH, P.C.  30 Columbia Turnpike, Florham Park, New Jersey 07932-2261
[(973) 593-4800/FAX (973) 593-4848]