```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
          :
HC2, INC.,          :
          :
         Plaintiff,      :
          :      20-cv-3178 (LJL)
   -v-          :
          :      ORDER
GREGORY MESSER,      :
          :
         Defendant.     :
          :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court enters this order to inform nonparty Andrew Delaney that nonparties are not permitted to file documents in a case unless they have been granted permission to intervene under Rule 24 of the Federal Rules of Civil Procedure. If a nonparty makes a filing without having been granted permission to file documents in this case, the Clerk of Court will be directed to strike those documents from the docket.

     The Clerk of Court is respectfully directed to modify the caption in this case to reflect the current parties in this case.

     SO ORDERED.

Dated: January 6, 2022
      New York, New York

                                     _____
                                          LEWIS J. LIMAN
                                       United States District Judge