February 17, 2022

**Via ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *HC2, Inc. v. Gregory Messer*
            *Civil Action No. 20-cv-03178-LJL*

Dear Judge Liman:

    HC2, Inc. and Gregory Messer, by their undersigned counsel, respectfully submit this joint status letter as directed by the Court's November 19, 2021 order (ECF No. 153). The Court directed the parties to report on the status of the bankruptcy matter, the automatic stay, and whether the stay of this action may be lifted, and, if so, how this matter is to proceed.

    Mr. Delaney's bankruptcy case in 1-20-44372-jmm continues and the automatic stay remains in effect. The Bankruptcy Court has not issued Mr. Delaney a discharge yet. Further, Mr. Messer anticipates the bankruptcy case will remain open another 3-6 months, pending efforts to facilitate additional settlements, similar to that achieved with HC2, and the administration of the bankruptcy case.

    We thank the Court for its time and attention to this matter.

| | |
|---|---|
| LAMONICA HERBST & MANISCALCO, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: */s/ Gary F. Herbst*<br>Gary F. Herbst, Esq.<br>Cristina Lipan, Esq.<br>LaMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, New York 11793<br>*gfh@lhmlawfirm.com*<br>*cl@lhmlawfirm.com*<br>(516) 826-6500<br>*Attorneys for Gregory Messer* | By: */s/ Michael Nacchio*<br>Michael Nacchio<br>10 Madison Avenue, Suite 400<br>Morristown, NJ 07960<br>(973) 656-1600<br>Michael.nacchio@ogletree.com<br>*Attorneys for HC2, Inc.* |