UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | | |
|---|---|---|
| HC2, INC, | : | |
| | : | 1:20-CV-3178-LJL |
| Plaintiff, | : | |
| | : | **NOTICE OF MOTION FOR ORDER GRANTING WITHDRAWAL OF MICHAEL NACCHIO AS COUNSEL FOR PLAINTIFF HC2, INC.** |
| -against- | : | |
| | : | |
| GREGORY MESSER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

-------------------------------------------------------------

      PLEASE TAKE NOTICE that Michael Nacchio, a Shareholder with Ogletree, Deakins, Nash, Smoak & Stewart, P.C., seeks approval of this Court to be relieved as counsel for Plaintiff HC2, Inc., as he is leaving this law firm.  As stated in the attached Declaration of Michael Nacchio, because Ogletree, Deakins, Nash, Smoak & Stewart, P.C. has been representing HC2, Inc., and another attorney with the firm (Jocelyn Merced, Esq.) has entered her appearance and is fully familiar with the matter, the withdrawal of Michael Nacchio will not cause any disruption in this matter.

      Accordingly, pursuant to Local Rule 1.4, Plaintiff respectfully requests that the Court order the withdrawal of Michael Nacchio, terminate his NEFs and no longer send him docketing notifications via the ECF system.  Michael Nacchio is leaving Ogletree, Deakins, Nash, Smoak & Stewart, P.C., on October 24, 2023.

      As required by Local Rule 1.4, Michael Nacchio advises the Court that he is not retaining or charging a lien.

Respectfully submitted,

                                  OGLETREE, DEAKINS, NASH,
                                  SMOAK & STEWART, P.C.
                                  Attorneys for Plaintiff HC2, Inc.

                            By:  */Michael Nacchio*
                                    Michael Nacchio

Dated: October 19, 2023

The withdrawal of attorney Michael Nacchio is hereby approved and so ORDERED.

Date: _____                                       _____
                                                     Hon. Lewis J. Liman, U.S.D.J.

                                                                       47282818.1