**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys at Law*
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Jocelyn A. Merced
(973) 630-2319
Jocelyn.Merced@ogletree.com

December 16, 2025

<u>Via ECF</u>

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      <u>RE:</u>   <u>HC2, Inc. v. Gregory Messer</u>
              <u>Civil Action No. 1:20-cv-03178-LJL</u>

Dear Judge Liman:

    The Court directed the parties to report on the status of the bankruptcy matter, the automatic stay, and whether the stay of this action may be lifted, and, if so, how this matter is to proceed.

    The Bankruptcy Court (Case No. 1-20-44372-JMM) entered an Order approving the Trustee's Final Report on October 28, 2025, and the Trustee's administration of this bankruptcy case is concluded. However, the bankruptcy case has not yet been closed by the Bankruptcy Court, so the automatic stay is still in effect.

    We thank the Court for its time and attention to this matter.

                                         Respectfully submitted,

                                         <u>*s/Jocelyn A. Merced, Esq.*</u>
                                         Jocelyn A. Merced, Esq.

JAM/ss

**A South Carolina Professional Corporation** ▪ Steven J. Luckner ▪ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada)
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Honorable Lewis J. Liman
United States District Judge
December 16, 2025
Page 2

| **LAMONICA HERBST & MANISCALCO, LLP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| By: */s/ Cristina Lipan*<br>    Gary F. Herbst, Esq.<br>    Cristina Lipan, Esq.<br>    LaMonica Herbst & Maniscalco, LLP<br>    3305 Jerusalem Avenue, Suite 201<br>    Wantagh, New York 11793<br>    *gfh@lhmlawfirm.com*<br>    *cl@lhmlawfirm.com*<br>    (516) 826-6500<br>    *Attorneys for Gregory Messer* | By: */s/ Jocelyn A. Merced*<br>    Jocelyn A. Merced, Esq.<br>    10 Madison Avenue, Suite 400<br>    Morristown, New Jersey 07960<br>    (973) 656-1600<br>    jocelyn.merced@ogletree.com<br>    *Attorneys for HC2, Inc.* |