

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys at Law*
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Jocelyn A. Merced
(973) 630-2319
Jocelyn.Merced@ogletree.com

January 9, 2026

**Via ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  RE: **HC2, Inc. v. Gregory Messer**
     **Civil Action No. 1:20-cv-03178-LJL**

Dear Judge Liman:

  Plaintiff HC2, Inc. ("HC2") submits this letter to advise the Court of the status of the bankruptcy matter, the automatic stay, and whether the stay of the action may be lifted, and if so, how this matter is to proceed.

  As noted in HC2's December 16, 2025 letter [D.E. 192], the Bankruptcy Court (Case No. 1-20-44372-JMM) entered an Order approving the Trustee's Final Report on October 28, 2025. On January 8, 2026, the Bankruptcy Court entered the enclosed Order of Discharge under 11 U.S.C. § 727 to Andrew Delaney.

  In light of the Bankruptcy Court's Order of Discharge, HC2 respectfully requests the Court schedule a conference before the end of this month to determine how this matter should proceed.

  We thank the Court for its time and consideration of this request.

            Respectfully submitted,

            *s/Jocelyn A. Merced, Esq.*
            Jocelyn A. Merced, Esq.

JAM/ss
Encls.

**A South Carolina Professional Corporation** ■ Steven J. Luckner ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada)
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

94880116.v1-OGLETREE