# EXHIBIT A

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Andrew John Delaney** | Social Security number or ITIN    xxx–xx–0803 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of New York | |
| Case number: | 1–20–44372–jmm | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew John Delaney

1/8/26

**By the court:**  Jil Mazer–Marino
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

# Notice Recipients

District/Off: 0207−1                User: admin                    Date Created: 1/8/2026

Case: 1−20−44372−jmm               Form ID: 318DI7                 Total: 22

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Gregory Messer | gremesser@aol.com |
| aty | Cristina Mihaela Lipan | cl@lhmlawfirm.com |
| aty | Gary F. Herbst | gh@lhmlawfirm.com |
| aty | Gregory Messer | gremesser@aol.com |
| aty | Melanie A FitzGerald | MFitzgerald@lhmlawfirm.com |
| aty | Salvatore LaMonica | sl@lhmlawfirm.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Andrew John Delaney | 6311 Ames Avenue #1053      Omaha, NE 68104 |
| aty | LaMonica Herbst & Maniscalco, LLP | 3305 Jerusalem Avenue      Suite 201      Wantagh, NY 11793 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit      PO Box 5300      Albany, NY 12205 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn)      Alexander Hamilton Custom House      One Bowling Green, Room 510      New York, NY 10004−1408 |
| 9982063 | Christopher T. Beres, Esq. | 1600 Sarno Road Ste. 1      Melbourne, FL 32935 |
| 9921551 | DISCOVER FIN SVCS LLC | PO BOX 15316      WILMINGTON, DE 19850 |
| 9950837 | Discover Bank | Discover Products Inc      PO Box 3025      New Albany OH 43054−3025 |
| 10556148 | HC2 Inc. | 360 Lexington Avenue      New York NY 10017 |
| 9948151 | HC2, Inc. | c/o Spector & Ehrenworth, P.C.      30 Columbia Turnpike, Suite 202      Florham Park, NJ 07932 |
| 9948504 | HC2, Inc. | c/o Spector & Ehrenworth, P.C.      30 Columbia Turnpike, Suite 202      Florham Park, NJ 07932 |
| 10424408 | Internal Revenue Service | PO Box 7346      Philadelphia, PA 19101−7346 |
| 9921552 | JPMCB CARD | PO BOX 15298      WILMINGTON, DE 19850 |
| 10556509 | JPMCB CARD | PO BOX 15298      WILMINGTON, DE 19850 |
| 9958334 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.      c/o Robertson, Anschutz & Schneid, P.L.      6409 Congress Avenue, Suite 100      Boca Raton, FL 33487 |
| 9982235 | Sullivan & Cromwell LLP | 125 Broad Street      New York, NY 10004 |

TOTAL: 16